UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

----oo0oo----

| | |
|---|---|
| YBETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MAXIUMS, INC.,<br><br>        Defendant. | CIV. NO. 1:14-30 WBS<br><br>**NOTICE OF SCHEDULING CONFERENCE** |

        This action has been re-assigned to the undersigned judge.  The Court will conduct a scheduling conference for the purpose of setting deadlines in accordance with Local Rule 16.1 and Federal Rule of Civil Procedure 16.  In accordance with the time frames established during said scheduling conference, an order will be entered that will be binding upon the parties in this proceeding.

The above-entitled case has been set for a scheduling conference, at **3:00 p.m. (MDT) on April 28, 2014**, in Courtroom No. 3, 6th Floor, of the James A. McClure Federal Building and United States Courthouse in Boise, Idaho.  A **Joint** Litigation Plan (attached hereto) must be **filed fourteen (14) calendar days** prior to the scheduling conference.  In the court's discretion, the scheduling conference may be held telephonically, or the court may vacate the scheduling conference if the information in the Joint Litigation Plan is sufficient and a conference is unnecessary.

At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f).  The parties shall discuss the merits of mediation or other alternative dispute resolution options with their clients and each other prior to the Scheduling Conference.  For information on types of mediation or ADR, contact Susie Boring-Headlee, the Court's Mediation Program Administrator at (208) 334-9067.

Concurrently with the service of process, or as soon thereafter as possible, plaintiff shall serve upon each of the parties named in the complaint, and upon all parties subsequently joined, a copy of this Order, and shall file with the clerk a certificate reflecting such service.  Counsel are also directed to file with the court any additions, changes, substitutions or corrections to the listed attorneys on the certificate electronic filing and service.

In the event this action was originally filed in a state court and was thereafter removed to this court, the removing party or parties shall immediately following such removal, serve upon each of the other parties and upon all parties subsequently joined a copy of this Order, and shall file with the clerk a certificate reflecting such service.

Upon filing any motion in this case, counsel shall contact the undersigned's courtroom deputy, Karen Kirksey Smith, at KKirkseySmith@caed.uscourts.gov, to calendar a hearing on the motion.  Leave of court need not be sought in order to file any memorandum in excess of the page limits in Idaho Local Rule 7.1 in any non-discovery motions.

Dated:   January 29, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# LITIGATION PLAN

DATE OF CASE MANAGEMENT CONFERENCE: _____

CASE NO: _____    NATURE OF SUIT: _____

CASE NAME: _____

PARTY SUBMITTING PLAN:
    [ ] Plan **has been** stipulated to by all parties.
    [ ] Plan **has not been** stipulated to, but is submitted by:

    ATTORNEY: _____

    REPRESENTING: _____

I. **CASE MANAGEMENT TRACK:** Indicate the track that best fits your case. Designation of a track is not binding but will assist the Court in assessing its workload and selecting a trial date and discovery schedule that meets counsel's needs.

    [ ] **Expedited Track** - Cases on this track will typically be set for trial approximately 9 to 12 months following the case management conference; take 4 days or less to try; and involve limited discovery.

    [ ] **Standard Track** - Cases on this track will typically be set for trial approximately 12 to 15 months following the case management conference; and take about 5-10 days to try.

    [ ] **Complex Track** - Cases on this track will typically be set for trial approximately 15 to 24 months following the case management conference; take 10 days or more to try; involve extensive discovery with staggered discovery schedules; and have extensive expert testimony.

    [ ] **Legal Track** - Cases that involve legal issues likely to be resolved by motion rather than trial. A motion hearing will be set at the case management conference.

2. **ADDENDUM TO LITIGATION PLAN:** Attach a joint addendum to this Litigation Plan that includes:

    a. a brief summary of the claims;
    b. a statement as to the status of service upon all defendants and cross defendants;
    c. statement as to the possible joinder of additional parties;
    d. any contemplated amendments to the pleadings;
    e. the statutory basis of jurisdiction and venue;

    f.    any proposed modifications of standard pretrial proceedings due to the special nature of the action;

    g.    a statement as to whether the case is related to any other case, including any matters in bankruptcy

    h.    any other matters discussed that may add to the just and expeditious disposition of this matter; and

    i.    a statement by any nongovernmental corporate party identifying all of its parent and subsidiary corporations and listing any publicly held company that owns 10% or more of the party's stock.

**3.   DISCOVERY PLAN:**

    a.    Initial Disclosures to be exchanged no later than: _____

    b.    Plaintiff(s) to identify and disclose expert reports by: _____

        Defendant(s) to identify and disclose expert reports by: _____

        Parties to disclosure rebuttal experts by: _____

    c.    Discovery Cut-Off Date: _____

**4.   DISPOSITIVE MOTIONS:**

Date by which all motions shall be filed and heard: _____

**5.   ADR PLAN:**

ADR plan to be filed with the ADR coordinator by: _____
The ADR Plan must indicate the form of ADR which will be utilized and the time frame within which it will be completed. Regardless of whether the parties choose mediation, a judicially-supervised settlement conference, or some other form of ADR, the Court strongly encourages the attorneys to schedule ADR early in the proceedings.

**6.   TRIAL:**

    a.    Proposed Trial Date: _____

    b.    Estimated Length of Trial: _____

    c.    Jury demanded? _____   If yes, jury demanded by which party? _____