# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

Yvette Norton et al.                    Plaintiff(s):

vs.                                                                  **AFFIDAVIT OF SERVICE**

Maximus, Inc.                           Defendant(s):     Case Number: 1:14-cv-00030

For:
Fisher Rainey Hudson
910 W. Main St., Ste. 254
Boise, ID 83702

STATE OF IDAHO        )
                      :ss
COUNTY OF ADA         )

Received by TRI-COUNTY PROCESS SERVING LLC on February 4, 2014 to be served on **MAXIMUS, INC.**

I, Spencer K. Kent, who being duly sworn, depose and say that on Wednesday, February 5, 2014, at 8:21 AM, I:

**SERVED** the within named **Maximus, Inc.** by delivering a true copy of the **Summons in a Civil Action, Collective Action Complaint** to Megan Dickson, of Corporation Service Company, Registered Agent for Maximus, Inc., a person authorized to accept service on behalf of Maximus, Inc. Said service was effected at **Corporation Service Company, 12550 W. Explorer Dr., Ste. 100, Boise, ID 83713**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 135224
Client Reference: Jeremiah Hudson

Subscribed and sworn before me today
Sunday, February 9, 2014

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission Expires on November 20, 2018