UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>MAXIMUS INC.<br><br>    *Defendant* | Civil Action No. 1:14-cv-30-WBS<br><br>**CONSENT TO SUE** |

    I hereby consent to be a plaintiff in this Fair Labor Standards Act ("FLSA") case. I hereby consent to the bringing of claims asserted in this collective action on my behalf under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney fees, costs and other relief) against Maximus, Inc. I authorize Howard Belodoff of Belodoff Law Office, PLLC and Jeremiah Hudson of Fisher Rainey Hudson, their successors and assigns, to represent me in this case

    By signing and returning this consent to sue, I understand that I will be represented by Howard Belodoff and Jeremiah Hudson without prepayment of costs or attorney fees. I understand that if the plaintiffs are successful, costs expended by the above named attorneys on my behalf will be deducted from the settlement or judgment. I understand these costs will be divided equally among all the legacy Maximus employees who join this lawsuit as plaintiffs. I understand that the attorneys may petition the Court for an award of attorney fees and costs to be paid by Maximus on my behalf. I understand that the fees retained by the attorneys will be either the amount received from Maximus as ordered by the Court, or one-third of my settlement or judgment amount, whichever is greater.

Name: Michelle Anderson

Address: ███████████████████████

City: Boise , State: ID , Zip Code: 83713

Email address: ma8anderson@yahoo.com

Phone: 208-957-3222

Signature: Michelle Anderson    Date: 02-06-2014

**CONSENT TO SUE - 1**