Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
FISHER RAINEY HUDSON
910 West Main Street, Suite 254
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 297-2689
Email: jeremiah@frhtriallawyers.com

*Attorneys for Plaintiffs
and the Proposed Sub-Classes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MAXIMUS INC.<br><br>*Defendant* | Civil Action No. 1:14-cv-00030<br><br>**CERTIFICATE OF SERVICE** |

//
//
//
//

**CERTIFICATE OF SERVICE - 1**

PLEASE TAKE NOTICE that on the 25th of February, 2014, copies of the Court's Notice of Scheduling Conference filed January 29, 2014, (Docket # 4) along with copies of the Consents to Sue filed February 25, 2014, (Docket # 7 through 7-16) were served on counsel for Defendant Maximus in the manner and location as follows:

| | |
|---|---|
| B. Newal Squyres<br>Holland & Hart LLP<br>800 W. Main Street, Ste. 1750<br>Boise, Idaho 83702 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile (208) 343-8869 |

Attorneys for Defendant Maximus

FISHER RAINEY HUDSON

_____
Jeremiah M. Hudson

*Counsel for Plaintiffs and the Proposed Sub-Classes*

**CERTIFICATE OF SERVICE - 2**