UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

----oo0oo----

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWELES, NANCY RICHARDS, and MARK ZUMWALT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>MAXIMUS INC.,<br><br>        Defendant. | CIV. NO. 1:14-30 WBS |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

A Status (Pretrial Scheduling) Conference was held via telephone in this matter on April 28, 2014, and a Further Status Conference was held via telephone on May 12, 2014. The court's April 29 Status (Pretrial Scheduling) Order set dates for the Final Pretrial Conference and trial in this matter, as well as

1

discovery and motion deadlines for the purported Supervisors class of plaintiffs, but left the left the remaining deadlines for the Trainer class of plaintiffs open. (Docket No. 20.)

The parties have now agreed to a Joint Litigation Plan for the Trainer plaintiffs. (Docket No. 30.) After reviewing this plan, the court hereby makes the following findings and orders without needing to consult with the parties any further:

## I. DISCOVERY

The parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than June 13, 2014.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than November 28, 2014. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Rule 26(a)(2) no later than December 19, 2014.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by February 27, 2015. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

## II. MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be

2

1  filed on or before May 1, 2015.
2        Upon filing any motion in this case, counsel shall
3  contact the undersigned's courtroom deputy, Karen Kirksey Smith,
4  at KKirkseySmith@caed.uscourts.gov, to calendar a hearing on the
5  motion.  Leave of court need not be sought in order to file any
6  memorandum in excess of the page limits in Idaho Local Rule 7.1
7  in any non-discovery motion.
8        III. FINAL PRETRIAL CONFERENCE & TRIAL SETTING
9        In its April 29 Order, the court set dates for the
10 Final Pretrial Conference and trial in this matter.  The parties
11 now indicate they may seek a separate trial for the Trainer
12 plaintiffs, pending the outcome of mediation to occur in March
13 2015.  The court will address the issue of a separate trial at
14 that time.
15       IV. ADR & SETTLEMENT CONFERENCE
16       The parties propose holding a mediation in this matter
17 in March 2015.  Accordingly, the parties shall contact Susie
18 Boring-Headlee, the ADR Director, at (208) 334-9067 on or before
19 February 20, 2015, to discuss the court's settlement and ADR
20 options, and file their ADR Plan with Ms. Boring-Headlee by March
21 6, 2015.
22       A Settlement Conference will also be set at the time of
23 the Pretrial Conference.  All parties should be prepared to
24 advise the court whether they will stipulate to the trial judge
25 acting as settlement judge and waive disqualification by virtue
26 thereof.
27       Counsel are instructed to have a principal with full
28 settlement authority present at the Settlement Conference or to

be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

### V.   MODIFICATIONS TO SCHEDULING ORDER

All requests to modify the dates or terms of this Scheduling Order shall be heard and decided only by the undersigned judge.

Dated:  May 16, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4