Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Allison Blackman, ISB No. 8686
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com
         allison@frhtriallawyers.com

*Attorneys for Plaintiffs*
*And the Collective Action Members*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

_____

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　*Plaintiffs,*<br><br>v.<br><br>MAXIMUS INC.<br><br>　　　　*Defendant,*<br>_____ | Civil Action No. 1:14-cv-00030<br><br>**PLAINTIFFS' MOTION TO COMPEL AND STATEMENT PURSUANT TO DIST. LOCAL RULE 37.1** |

COME NOW Plaintiffs, individually and on behalf of all other similarly situated putative collective action members employed by Maximus as Trainers ("Plaintiffs"), by their attorneys Howard Belodoff of Belodoff Law Office PLLC and Jeremiah M. Hudson of Fisher Rainey Hudson. Plaintiffs hereby move this Court to compelling the Defendant to produce to hereby move this Court, pursuant to Federal Rule of Civil Procedure 26 and 37 and Local Rule 37.1 for an order compelling Defendant to fully and completely respond to Plaintiffs' Second Set of Interrogatories Requests for Admission, and Requests for Production to Defendant. Filed in support of this motion is a Memorandum in Support of Plaintiffs' Motion to Compel and Statement Pursuant to Local Rule 37.1

## STATEMENT PURSUANT TO DIST. LOCAL RULE 37.1

The undersigned counsel has conferred with and written letters to counsel for the Defendant concerning the subject matter of this Motion. Plaintiffs' counsel made reasonable efforts to reach agreement with Defendants' counsel but has been unable to resolve the issues set forth here.

Respectfully submitted this 29th day of June, 2015.

                                                       */s/ Howard A. Belodoff*
                                                       Howard A. Belodoff
                                                       BELLODOFF LAW OFFICE PLLC

                                                       */s/ Jeremiah M. Hudson*
                                                       Jeremiah M. Hudson
                                                       FISHER RAINEY HUDSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy of this document to the following persons:

B. Newal Squyres

Nsquyres@hollandhart.com

Pamela S. Howland

phowland@hollandhart.com

/s/_____
Howard A. Belodoff