Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Allison Blackman, ISB No. 8686
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com
       allison@frhtriallawyers.com

*Attorneys for Plaintiffs
and the Putative Collective Action Members*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MAXIMUS INC.,<br><br>*Defendant.* | Civil Action No. 1:14-cv-00030<br><br>PLAINTIFFS' MOTION TO APPROVE PROPOSED PARTIAL SETTLEMENT |

COME NOW Plaintiffs, individually and on behalf of all other similarly situated putative collective action members employed by Maximus as Trainers ("Plaintiffs"), by their attorneys

PLAINTIFFS' MOTION TO APPROVE PROPOSED PARTIAL SETTLEMENT – Page 1

Howard Belodoff of Belodoff Law Office PLLC and Jeremiah M. Hudson of Fisher Rainey Hudson. Plaintiffs hereby move pursuant to this Court's Order, Dkt. 127, to approve the Proposed Partial Settlement. This Motion is supported by the Notice of Proposed Partial Settlement attached hereto, Plaintiffs' Memorandum in Support of the Motion to Approve Partial Settlement filed contemporaneously with this Motion and the Court's file.

    Respectfully submitted this 6th day of November, 2015.

                                      */s/ Howard A. Belodoff*
                                      Howard A. Belodoff
                                      BELLODOFF LAW OFFICE PLLC

                                      */s/ Jeremiah M. Hudson*
                                      Jeremiah M. Hudson
                                      FISHER RAINEY HUDSON

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 6th day of November 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy of this document to the following persons:

B. Newal Squyres
Nsquyres@hollandhart.com

Pamela S. Howland
phowland@hollandhart.com

Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Allison Blackman, ISB No. 8686
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com
       allison@frhtriallawyers.com

*Attorneys for Participating Trainers*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> MAXIMUS INC. <br><br> *Defendant* | Civil Action No. 1:14-cv-00030 <br><br> **NOTICE OF PROPOSED PARTIAL SETTLEMENT** |

### NOTICE OF PROPOSED PARTIAL SETTLEMENT

**TO**: All former and current Trainers employed by Maximus, Inc.'s ("Maximus") Boise, Idaho or Brownsville, Texas call centers who have opted-in to the above-named lawsuit (collectively referred to as "Participating Trainers" hereafter).

**FROM**: Fisher Rainey Hudson and Belodoff Law Office, PLLC, Counsel for Participating Trainers.

**DATE**: October 8, 2015

NOTICE OF PROPOSED PARTIAL SETTLEMENT– Page 1

## 1. Your Are Receiving This Notice Because You Are A Participating Trainer

You were employed as a **Trainer** at either Maximus's Affordable Care Act call centers located in Boise, Idaho or Brownville, Texas between May 20, 2013, and January 31, 2014, and you have "opted in" to the above-named lawsuit by filing either a "Consent to Join" or a "Consent to Sue" form during the course of this litigation.

## 2. Description of Lawsuit

On January 24, 2014, Plaintiffs Yvette Norton, Jeanette Rodriguez-Guzman, Kelly Barker, Joseph Bell, Brad Epperly, Stephanie Jones, Kelley Knowles, Nancy Richards, and Mark Zumwalt, filed this lawsuit in the United States District Court for the District of Idaho alleging that Maximus Inc. violated the Fair Labor Standards Act ("FLSA") at their Boise, Idaho and Brownsville, Texas Affordable Care Act call centers. Plaintiffs filed an Amended Complaint on May 27, 2014.

In their Complaint and Amended Complaint, Participating Trainers allege that Maximus wrongfully classified all similarly-situated Trainers and Supervisors at Maximus's Affordable Care Act call centers located in Boise, Idaho and Brownsville, Texas as "exempt" from paying overtime compensation for the hours worked over forty (40) hours per week. This Proposed Partial Settlement agreement, as described in Section 3 below, only applies to the claims made by Participating Trainers.

In the Complaint and Amended Complaint Participating Trainers alleged that Maximus is liable for: failing to pay Participating Trainers for all hours worked in excess of forty (40) hours per week at a rate of one-and-one-half times their regular rate of pay from on or around May 20, 2013, through January 31, 2014; liquated (double) damages in an amount equal to unpaid overtime wages; damages for lowering the annual pay for some Participating Trainers in Boise, Idaho after Maximus reclassified Trainers as non-exempt employees; and interest, attorney fees, and costs for bringing this lawsuit.

Defendant denied that it violated the FLSA, and asserted that it acted in good faith and with reasonable grounds to believe that it paid Trainers in accordance with the overtime pay requirements of the FLSA.

During the course of this litigation, the attorneys for Participating Trainers and Maximus exchanged and reviewed hundreds of thousands of documents relating to this litigation and conducted multiple depositions in both Boise, Idaho and Brownsville, Texas. Additionally, Maximus filed a Motion for Partial Summary Judgment pertaining to Plaintiffs' allegation regarding the reduction of annual income for some Trainers; Participating Trainers and Maximus held a two-day mediation of the Participating Trainers' claims; Participating Trainers filed a Motion for Summary Judgment on Participating Trainers' back overtime claims and liquidated damages, as well as other motions pertaining to the admissibility of Maximus's evidence; the non-filing party filed a response to each motion, after which the filing party filed a reply. The Court did not make a ruling on the above-mentioned motions.

If you would like to review a copy of any of the documents filed in this case, including the Complaint, Amended Complaint, Answers to the Complaint or Amended Complaint, motions, responses, replies, Court Orders, or any other filings in this case, please contact Participating Trainers' attorneys listed in Paragraph 4 below.

## 3. Terms of the Proposed Partial Settlement

Pursuant to the Proposed Partial Settlement Agreement, Maximus will pay Three Hundred Seventy-Five Thousand, Seven Hundred and Ninety-Nine Dollars and Sixteen cents ($375,799.16) to settle the back overtime pay claims for all Participating Trainers in Boise, Idaho and Brownsville, Texas. The partial settlement amount set forth above equals approximately 80.35% of all of the combined overtime compensation claims made by all Participating Trainers during the course of this litigation. The partial settlement amount will not be subjected to attorneys' fees or costs associated with this litigation, which the attorneys for Participating Plaintiffs will seek directly from Maximus and will be determined by the Court at a later date.

Your claims for liquidated damages are not included as a part of this Proposed Partial Settlement Agreement. The Court has set a hearing date on **November 19, 2015**, (a) to hear arguments from the attorneys for Trainers and Maximus to determine whether Maximus is obligated to pay Trainers an additional amount in liquidated damages, and (b) hold a **Final Fairness Hearing** to determine whether approval of the Proposed Partial Settlement Agreement is warranted.

If the Settlement is approved by the Court, and you (a) opted into this litigation, and (b) made a claim for overtime hours that you worked as a Trainer for Maximus between May 20, 2013, and January 31, 2014, you will be entitled to a Gross Settlement Payment, which will equal approximately 80.35% of your total "claimed overtime hours" between May 20, 2013, and January 31, 2014, multiplied by your hourly rate equivalent of the salary that you were offered upon being hired by Maximus, multiplied by 1.5 to account for your overtime rate. The minimum hourly rate equivalent for all Participating Trainers will be $18.36 per hour in Boise and $16.83 in Brownsville. The following is an **example** of the formula by which each Participating Trainer's Gross Settlement Payment will be calculated:

i. 160 [claimed OT hours] X 80.35% [adjustment for settlement] = 128.56 [adjusted OT hours];
ii. $40,000.00 [annual salary] / 2080 [hours in a working year] = $19.23 [hourly rate equivalent of salary];
iii. $19.23 [hourly rate] X 1.5 [OT multiplier] = $28.84 [OT rate per hour];
iv. $28.84 [OT rate per hour] X 128.56 [adjusted OT hours] = **$3,707.67** [Gross Settlement Payment]

Each Participating Trainer's Gross Settlement Payment will differ based upon the amount of claimed overtime hours each Participating Trainer claimed during the course of this litigation, which each Participating Trainer submitted to his or her attorneys, as well as the annual salary that each Participating Trainer was offered by Maximus upon being hired as a Trainer.

Enclosed as "Attachment A" is a chart with your annual salary, your claimed overtime hours, and the approximate amount you can expect to receive as part of your Gross Settlement Payment. If you have any questions concerning the approximate amount of your Gross Settlement Payment pursuant to this Proposed Partial Settlement Agreement, please contact one of the attorneys listed in Section 4 below.

As part of this Proposed Partial Settlement Agreement, Participating Trainers agree to dismiss portions of the claims that were asserted in the Complaint and Amended Complaint against Maximus, Inc. under the FLSA in Boise, Idaho or Brownsville, Texas. This **does not** include dismissing: (a) the

claims for liquidated damages, attorneys' fees, or costs, which have yet to be resolved by the Court in this case; or (b) any claims under the FLSA that you may have as a Participating Supervisor in this case.

**PLEASE NOTE**: Maximus will make all legally mandated payroll deductions from your Gross Settlement Payment. Any amount received from the settlement of this lawsuit is taxable. Neither the Participating Trainers' attorneys, nor any representative of Maximus is providing any advice regarding the tax consequences of the settlement payments beyond this general information. You are strongly encouraged to seek the advice of a CPA, tax lawyer, or other competent professional to appropriately account for any settlement payments on your 2015 income tax returns.

4. **Your Options Regarding Legal Representation**

The following attorneys are counsel for the Participating Trainers:

Jeremiah M. Hudson, ISB No. 8364
FISHER RAINEY HUDSON
950 W. Bannock St., Ste. 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com

Howard A. Belodoff, ISB No. 2290
Belodoff Law Office, PLLC
1004 West Fort St.
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

You have the right to be represented in this matter by (1) the above-named attorneys for the Participating Trainers' (at no additional expense to you), (2) an attorney of your own choosing (at your own expense), or (3) yourself (that is, you may speak or file documents on your own behalf without an attorney, also known as representing yourself pro se).

If you wish to represent yourself or to be represented by an attorney other than the above-named attorneys at the fairness hearing, you or your own attorney must file a document on or before **November 4, 2015**, indicating your intent. You may include your statement regarding representation with your comments in "Attachment B" or file a separate notice of appearance. Absent such a filing by **November 4, 2015**, you will be represented by Jeremiah M. Hudson of FISHER RAINEY HUDSON and Howard A. Belodoff of Belodoff Law Office, PLLC, who represent the Participating Trainers.

5. **How To Object To The Proposed Partial Settlement Agreement**

You can object to the terms of the Proposed Partial Settlement on or before **November 4, 2015**. However, if the Court approves the Proposed Partial Settlement, you may still be bound by the terms of the Settlement. You may both object to the Proposed Partial Settlement Agreement and participate in it.

To object, you must send a letter or other writing, or the "Attachment B," included with this Notice, stating that you object to the Proposed Partial Settlement in "*Norton, et al. v. Maximus, Inc.*, Civil Action Number 1:14-30 WBS." Be sure to include your name, address, telephone number, location of the Maximus facility where you were employed, signature, and a full explanation of the reasons why you object to the Proposed Partial Settlement Agreement. **Your written objections must**

NOTICE OF PROPOSED PARTIAL SETTLEMENT– Page 4

be sent to the counsel listed in Section 4 above, and must be <u>received by counsel no later than November 4, 2015</u>. Please address any objections to:

>Jeremiah M. Hudson
>FISHER RAINEY HUDSON
>950 West Bannock Street, Suite 630
>Boise, Idaho 83702
>Facsimile: (208) 514-1900
>Email: jeremiah@frhtriallawyers.com

You must also mail your Objection to the Clerk of the Court of the United States District Court for the District of Idaho, so it is <u>received by the Court no later than November 4, 2015</u>. Please address your objections to:

>Clerk of the Court
>United States District Court for the District of Idaho
>550 W. Fort Street, Suite 400,
>Boise, ID 83724

Any attorney who intends to represent an individual Participating Trainer objecting to the Proposed Partial Settlement, and any Participating Trainer who wishes to proceed pro se (i.e. to represent him or herself and not be represented by the attorneys for Participating Trainers) must file a notice of appearance with the Court on or before **November 4, 2015**. If you do not object in the manner described above, you shall be deemed to have waived any objections, and may be bound by this Proposed Partial Settlement Agreement.

## 6. <u>What Action Do I Take If I Agree With The Settlement?</u>

If you agree with the Proposed Partial Settlement Agreement and release your FLSA claims against Maximus as described in the Proposed Partial Settlement Agreement, you can either (a) do nothing, or (b) state your approval in the comment section of "Attachment B," and return "Attachment B" by mail, email, or fax to:

>Jeremiah M. Hudson
>FISHER RAINEY HUDSON
>950 West Bannock Street, Suite 630
>Boise, Idaho 83702
>Facsimile: (208) 514-1900
>Email: jeremiah@frhtriallawyers.com

## 7. <u>Final Fairness Hearing</u>

The Court will hold the hearing to determine liquidated damages and the Final Fairness Hearing to determine whether to approve of the Proposed Partial Settlement Agreement, set forth in Section 3 above, on **November 19, 2015**, at **2:00 p.m.** in **Courtroom No. 1 of the United States Courthouse**, located at **550 West Fort Street, Boise, Idaho 83702**. The Final Fairness Hearing may be adjourned or continued without notice to Participating Trainers. If you wish to attend, you should confirm the date of the Final Fairness Hearing with counsel listed in Section 4, above. You are not required to appear at the hearing to participate in or object to the Proposed Partial Settlement Agreement. If you

NOTICE OF PROPOSED PARTIAL SETTLEMENT– Page 5

so wish, you may be heard at that hearing by either appearing in person or through an attorney, but you must advise the Court in advance of your intention to appear by **November 4, 2015**.

You can inform the attorneys for Participating Trainers, listed in Section 4 above, whether you intend to appear by email, fax, or mail by circling the appropriate response in the "Comment or Objection about Proposed Partial Settlement" form, which is included as "Attachment B" with this Notice.

**DO NOT CONTACT THE CLERK OF THE COURT OR THE JUDGES' CHAMBERS REGARDING THIS NOTICE. THE COURT MUST REMAIN IMPARTIAL AND CANNOT MAKE ANY COMMENT ON YOUR RIGHTS.**

Date of Notice: October 8, 2015

Jeremiah M. Hudson, ISB No. 8364
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com

**Important Dates:**

Objection/Comment Deadline – **November 4, 2015**

Fairness Hearing – **November 19, 2015**

## ATTACHMENT A

| Brownsville Trainer | Annual Salary | Claimed Hours | Adjustment for Settlement | Estimated Gross Settlement Amount |
|---|---|---|---|---|
| | $37,000 | 638.75 | 80.35% | $13,695.99 |

<u>**Attachment B–Comment or Objection about Proposed Partial Settlement**</u>
<u>Yvette Norton et al. v. Maximus, Inc. (FLSA Trainer Overtime Case)</u>
<u>Civil Action No. 1:14-cv-00030</u>

Complete and submit this form to the Court <u>and</u> the attorneys for Participating Trainers on or before November 4, 2015, if you have a comment or objection to the Proposed Partial Settlement.

Please type or print in ink the following:

1. Name: _____

2. Address: _____
   (Street)          (City)          (State)          (Zip Code)

3. Dates of Employment as a Trainer with Maximus: _____

4. Do you plan to attend and speak at the fairness hearing? (circle one) **<u>Yes</u>** or **<u>No</u>**

5. Comments or detailed basis for objection (Attach additional pages if necessary, and include your signature):

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Objection/Comment Deadline – November 4, 2015**          **Fairness Hearing - November 19, 2015**