Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Allison Blackman, ISB No. 8686
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com
       allison@frhtriallawyers.com

*Attorneys for Plaintiffs*
*and the Putative Collective Action Members*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MAXIMUS INC.<br><br>*Defendant* | Civil Action No. 1:14-cv-00030<br><br>**PLAINTIFF TRAINERS' MOTION FOR COSTS AND ATTORNEYS' FEES** |

**MOTION FOR COSTS AND ATTORNEYS' FEES - 1**

Pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2), Dist. Idaho Local Civ. R. 54.2, and 29 U.S.C. § 216(b), Plaintiffs, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, and other Trainers who opted into the above-entitled action, ("Plaintiff Trainers" or "Trainers"), by and through their undersigned attorneys, hereby seek reimbursement for Plaintiffs' Trainers attorney fees in the amount of $837,734.00 and Plaintiff Trainers' costs advanced by Plaintiffs' counsel pursuant to 28 U.S.C. § 1920 and 29 U.S.C. § 216(b) in the amount of $19,521.88 in connection with the settlement agreement and the order imposing liquidated damages in Plaintiff Trainers' case.

This motion is based on the Memorandum in Support of Plaintiff Trainers Motion for Costs and Attorneys' Fees, the Declaration of Howard Belodoff, the Declaration of Jeremiah Hudson, the Declaration of Allison Blackman, the Declaration of Vaughn Fisher, the Declaration of Jennifer Hanway, the Declaration of Erika Birch, and the Declaration of Deborah Ferguson, filed herewith, along with any oral arguments made at the time of hearing, if any.

DATED this 11th day of December, 2015.

/s/_____
Jeremiah Hudson
Attorney for Plaintiffs

**MOTION FOR COSTS AND ATTORNEYS' FEES - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy of this document to the following persons:

B. Newal Squyres
Nsquyres@hollandhart.com

Pamela S. Howland
phowland@hollandhart.com

Douglas L. Abbot
dabbott@hollandhart.com

Jennifer Jensen
jmjensen@hollandhart.com

**MOTION FOR COSTS AND ATTORNEYS' FEES - 3**