# Exhibit 1

### HOWARD A. BELODOFF

**Education:**  College of Law, University of Idaho, Juris Doctor (1978); State University of New York at Plattsburgh, New York, Bachelor of Arts in History, Minor in Criminal Justice (1974), Magna Cum Laude.

**Licenses:**  Idaho Supreme Court (1978); United States Federal District Court (1978); Ninth Circuit Court of Appeals (1980); United States Supreme Court (1985); Shoshone-Bannock Tribes Tribal Court (2000).

**Employment Experience:**  Awarded a Reginald Heber Smith Community Lawyer Fellowship, (1978-1980). Assigned to Idaho Legal Aid Services, Inc. (ILAS). I have been the Associate Director / Litigation Director since 1981. In 1996 I started my own private law office that is primarily devoted to civil rights, employment and public interest cases.  My experience includes being lead counsel in complex litigation, administrative hearings and appeals.  I have established precedent in cases of national significance in the federal and state district and appellate courts.  I have co-counseled cases with national, regional and local law firms.  I have testified before Committees of the Idaho Legislature on proposed legislation and administrative rules and have been involved in drafting legislation and administrative rule making necessitated by successful litigation against the state and state agencies. I served on the Idaho Supreme Court's Garnishment Statute Committee.

I supervise approximately 20 attorneys in ILAS's eight statewide offices by conducing case reviews and providing substantive advice and litigation support.  Since 1996, I have been the Indian Law Unit Director and responsible for litigation on behalf of Native Americans and obtained contracts with Tribes to provide legal assistance to Tribal members.

I coordinate statewide task forces and the provision of substantive and skills training of staff at Idaho Legal Aid Services conferences. I have been a trainer at national and regional trial advocacy skills events and made numerous substantive presentations on a local, regional and national level.

### Selected Litigation Experience

**Jepsen v. Corrections Corp. of America,** Case No. CV 13-00454 WBS (D. Idaho), (2013-2014). Chief of Security brought a wrong termination complaint against private prison operator after he was terminated following the disclosure of violation of the contractual staffing requirements and violations of a consent decree. The parties reached a monetary settlement after conducting discovery.

**In re Corrections Corp. of America,** Idaho Human Rights Commission, (2013-2014). Seven female correctional officers and counselors who worked in the private prison filed an administrative complaint alleging discrimination against their employer. After an unsuccessful mediation, the parties reached a substantial monetary settlement without filing of a complaint.

**Savage v. City of Twin Falls**, Case No. CV 13-00179 EJL (D. Idaho), (2014-2015). Plaintiff brought a civil rights complaint against two police officers and the City for violation of his Fourth Amendment right not to be subjected to excessive force after he suffered severe injuries following a traffic stop for a broken windshield. Plaintiff was successful in defeating a motion for summary under the Fourth Amendment and qualified immunity. The parties reached a monetary settlement prior to trial.

**Bell v. City of Boise,** Case No. CV 09-0540-S-REB (D. Idaho), (2009-present); 709 F.3d 890 (9th Cir. 2013). Homeless individuals challenged under the Eighth Amendment their unconstitutional conviction and incarceration under the City's "Camping" and "Disorderly Conduct" Ordinances that makes it a misdemeanor to sleep outside when there are no shelter beds available. District Court dismissed the Complaint under the mootness and Rooker-Feldman doctrines. Ninth Circuit appeal reversed and remanded. On remand, the Court dismissed the claims finding the Plaintiffs did not have standing to challenge the Amended City Ordinances and under the *Heck v. Humphrey's* favorable termination requirement. The dismissal has been appealed to the Ninth Circuit Court of Appeal.

**Community House Inc. v. City of Boise,** Case No. CV 05-283-S-CWD (D. Idaho), 490 F.3d 1041 (9th Cir. 2006). CHI, the non-profit operator of a homeless shelter, and former residents challenged as a violation of the Fair Housing Act and the Idaho Constitution the City's eviction of all women, children and families from the City owned shelter under a discriminatory "men-only" Ordinance and required participation in religious activities after a faith based organization took over operations of the shelter. CHI claimed the City's takeover was in retaliation because CHI filed a fair housing complaint.  In September 2012 after a twelve day trial the Court granted a directed verdict on CHI's claim that the men-only Ordinance was a discriminatory statement and the jury held that the City violated the Fair Housing Act (FHA) by discriminating on the basis of gender and familial status and had retaliated against CHI for filing a FHA complaint and forcing CHI to turnover CH operations. The jury awarded CHI $1 million in damages. The jury held the City had violated the Idaho Constitution by granting a religious organization a preference. The Court denied the post trial motions for a JNOV, new trial and remittitur. The Court awarded $1.54 million in attorney fees. The City filed an appeal to the Ninth Circuit. The parties reached a settlement of all issues in mediation.

**Jeff D. v. Otter,** Case No. CV 80-4091-S-BLW (D. Idaho) (1980-present). A class of mentally ill children with serious emotional disturbances challenged the State's failure to provide them with education, treatment, and separate housing to protect them from adult patients, and the failure to provide community-based mental health services which resulted in unnecessary, longer and damaging institutionalizations. See 365 F.3d 844 (9th Cir.2004) and 899 F.2d 753 (9th Cir. 1990). The Court has approved three consent decrees and a plan to provide education services, separate facilities, treatment, and community-based mental health services.  The first consent decree was conditioned on counsel waiving their right to collect attorney fees. On appeal the United States Supreme Court upheld the waiver of attorney fees. *Evans v. Jeff D.*, 475 U.S. 717 (1987).

2

In 2007, after a two week compliance hearing, the Court held Defendants were in substantial compliance and vacated the consent decrees. Plaintiffs appealed and the Ninth Circuit remanded the case. *Jeff D. v. Otter*, 643 F.3d 278 (9th Cir. 2011). In 2015 the parties negotiated and the Court approved a Settlement Agreement providing for the identification and guaranteed access to a full array of mental health services for children and compliance with the consent decrees. Defendants have nine months to create a implementation plan subject to court approval and four years to implement a new system of care for mentally ill children in Idaho.

***Mangeac v. Armstrong,*** Case No. 1:08-CV-239-BLW (D. Idaho) (2009). A challenge, based upon denial of due process, to the Idaho Department of Health and Welfare's administrative procedures for placing a person on the Idaho's Adult Abuse Registry. The parties reached a settlement after IDHW agreed to revise its administrative rules, implement new notices and paid damages and attorney fees.

***Allen v. CHM2-WG Idaho,*** Case No. 4:08-CV-00422-BLW (D. Idaho) (2008). An employee claimed retaliatory termination and wrongful discharge for reporting safety violations at the Idaho Nuclear Engineering Laboratory. A substantial confidential settlement obtained through court mediation by the Honorable Randy Smith, Ninth Circuit Judge. Assisted as local counsel in the case.

***Idaho Aids Foundation Inc. v. Idaho Housing and Finance Assoc.,*** 422 F. Supp. 2d 1193 (D. Idaho 2008). IAF received a grant from the IHFA under the HOPWA program to provide housing and medical and counseling services to persons diagnosed with HIV. IAF refused to disclose confidential medical and psychological records to grant auditors, contending disclosure would violate the grant, their clients' right to privacy and the Fair Housing Act. The Court granted partial summary judgment on the IAF's right to privacy and breach of contract claims. In 2010 the IAF agreed to a multimillion dollar settlement and the payment of attorney fees.

***Radnovich v. Rebbe,*** Case No. CV-01-628-EJL-00060-EJL (D. Idaho) (2007). Parole officer retaliated against physician by filing a false report with the Board of Medicine after Dr. Radnovich complained to the officer's supervisor about the seizure of prescribed controlled medications from his patient without being notified and failed to return the medication after being ordered to by supervisor. Plaintiff filed a complaint for violation of his First Amendment rights and retaliation. The Defendants agreed to a financial settlement.

***Fort Hall Landowners Alliance v. Bureau of Indian Affairs,*** Case No. CV-99-52-E-BLW (D. Idaho) (1999-2007). Agricultural leases and rights-of-way were being granted on the Fort Hall Indian Reservation at less than fair market value due to the BIA's practice of disclosing confidential landowner information to prospective tenants and utility companies so they could obtain written consents without negotiations. Plaintiffs and the class they represented sought to prevent the disclosures and damages under the Privacy Act. See 407 F. Supp. 2d 1220 (D. Idaho 2006) The BIA agreed to a multimillion dollar settlement and to conduct opening bidding of leases without the disclosures. The

3

result has been a tripling of lease rental rates for agricultural land and utilities paying millions of dollars of compensation for rights-of-way.

***Northwest Pipeline v. Norton,*** Case No. CV-01-0192-E-BLW (D. Idaho) (2001). In 1993, Northwest Pipeline Corporation (NPC) constructed a gas pipeline on an existing reservation right-of-way on the Fort Hall Indian Reservation without the tribal landowners' consent or payment of compensation. In May 2000, a trespass notice required NPC to remove the pipeline. The landowners rejected NPC's BIA approved offer of $60,000 for a 50-year right-of-way. NPC's administrative appeals were dismissed as untimely. NPC filed an appeal under the APA. Landowners intervened and obtained a dismissal for lack of jurisdiction and failure to exhaust administrative remedies.

***Northwest Pipeline v. 95.02 Acres,*** Case No. CV-99-589-E-BLW (D. Idaho) (2001). After Northwest's appeal was dismissed in *Northwest Pipeline v. Norton*, it sought to condemn individually owned trust land on the Fort Hall Indian Reservation. Prior to trial, the individual landowners and the Tribes negotiated multimillion dollar compensation payment and trespass damages for a 25 year right-of-away.

***Papse v. Bureau of Indian Affairs,*** Case No. CV-01-628-E-BLW (D. Idaho (2001). (D. Idaho) (1997). Indian landowners challenged the BIA granting of a grazing lease without consent on the Fort Hall Indian Reservation. The BIA voided the lease but refused to award civil penalties under the American Indian Agricultural Resource Management Act ("AIARMA") because the Secretary of Interior had not promulgated final regulations. After an administrative appeal the federal court ordered the Secretary of the Department of Interior to issue the final regulations for the AIARMA and to revise the BIA agricultural leasing regulations by January 1, 2001. The BIA agreed to pay trespass damages and a civil penalty to clients.

***Denny v. Portland Area Director,*** (IBIA) (2001). Indian landowners challenged a decision to allow an existing lessee to construct an irrigation delivery system on their trust land on the Fort Hall Indian Reservation without consent or paying compensation. The BIA Regional Director found the landowners owned the improvements and the lessee had trespassed and awarded damages. Plaintiffs appealed the amount of trespass damages awarded to the Interior Board of Indian Appeals. The Board ordered the BIA to recalculate the trespass damages, substantially increasing the damages. The decision set a precedent that landowners were entitled to compensation for the use of the improvements on their trust land by lessees.

***U.S.A. v. Harlan,*** (D. Idaho) (1997). Case sought damages for discrimination based on national origin under the Fair Housing Act when landlord refused to approve the sale of mobile home to Hispanic buyer. After filing a complaint and conducting discovery, Plaintiffs received a settlement for $95,000.

***Tapp v. Spalding,*** (D. Idaho) (1996). Court issued preliminary injunction releasing inmate from solitary confinement after prison official placed inmate in detention in retaliation

for exercising his First Amendment right to communicate with a newspaper about guard abuse.

**Gomez v. Spalding,** (D. Idaho) (1992). Class action challenging failure of Department of Correction to provide prisoners with adequate access to the courts and for retaliating against inmates for filing lawsuits. After a trial, the Court held that officials illegally retaliated against the inmates. The Ninth Circuit affirmed the award of sanctions and the relief. 255 F.3d 1118 (9th Cir. 2001), *cert. denied*, 534 U.S.1066 (2001). Attorney fees were awarded.

**Webb v. Ada County,** (D. Idaho) (1991). Class Action. Court held the conditions of confinement in a county jail were unconstitutional and ordered the inmate population capped and increased staffing, recreation, and exercise. A Consent Decree improving other conditions of confinement and affording equal opportunities for women to be jail trustees and for work release was approved by the Court. Plaintiffs appealed the award of attorney fees under the Prison Reform Litigation Act. The Ninth Circuit reversed the court's use of a lower hourly rate of $35-$45 and held that the higher national hourly rate for CJA attorneys as established by the Federal Judicial Council applied to all PLRA cases. *See Webb v. Ada County*, 285 F.3d 829 (9th Cir. 2002), *cert. denied*, 537 U.S. 498, (2002). This decision set a national precedent for establishing hourly rates in prison litigation.

**Webb v. Ada County,** (D. Idaho) (1993). Class Action. Court issued a declaratory judgment finding unconstitutional the practice of jailing indigent criminal defendants who could not pay court fines at a statutory rate of $35.00 per day. The Legislature subsequently amended the statute prohibiting incarceration of indigents to comply with the decision.

**Kimble v. Adams County,** (D. Idaho) (1993). Class action which challenged the unconstitutional conditions of confinement and policies in a county jail. Consent decree entered which limited confinement to 48 hours, improved conditions of confinement, and increased staffing. Attorney fees were paid by the Defendants.

**Baby Boy Doe v. Indian Tribe,** 123 Idaho 464 (1993), *cert denied*. 510 U.S. 860 (1993). The Idaho Supreme Court ordered the application of the Indian Child Welfare Act in the adoption proceeding of an Indian infant and rejected the existing family exception.

**Calderon v. Espy,** (D. Idaho) (1992). Housing Authority sought to evict nine and ten member families from FmHA migrant farm worker housing based upon FmHA's occupancy restriction of two persons per bedroom. The Court awarded a preliminary injunction preventing the enforcement of the regulations and the eviction of the families under the Fair Housing Act. A settlement required the FmHA to issue new occupancy regulations. The FmHA also agreed to construct the first four and five bedroom units of migrant housing in Idaho.

**Brown v. Arave,** (State Court) (1996). Consent decree allowed Native American prisoners to equally practice their religious traditions, construct sweat lodges and use and possession of religious articles.

5

**Witke v. Spalding,** (D. Idaho) (1982-1996). A class of women prisoners challenged unconstitutional and discriminatory conditions of confinement, policies and programs. A settlement provided for the construction of a separate women's prison, an increase in medical services designed for women and the provision of additional educational, vocational, rehabilitative programming and services for women inmates.

**Keiner v. IDHW,** (1994). Administrative appeal from denial of mental health services to a developmentally disabled and mentally ill juvenile. The hearing officer reversed the denial and held IDHW had violated its administrative rules and the Idaho Administrative Procedures Act. Petitioner filed a Petition for Review challenging the denial of attorney fees. The Court reversed and awarded attorney fees for the administrative hearing and on appeal.

**Danny L. v. Bonnes,** 120 Idaho 868 (1991). Challenge to statutory mental health procedures allowing juvenile wards of state to be voluntarily committed to state hospital without right to a court commitment hearing. The Supreme Court reversed dismissal of case and state agreed to provide all juveniles with hearings and amend commitment statutes.

**Doe v. Andrus,** (D. Idaho) (1990). A class of mentally ill persons were being confined in jails, rather than hospitals, while in protective custody pending civil commitment to mental health facilities. As a result of the lawsuit, the legislature amended state statutes and prohibited the practice of jailing the mentally ill under any circumstances.

**Cortez v. Owyhee County,** 117 Idaho 1034 (1990). Appeal from denial of county medical indigence assistance under statutory administrative scheme. The Idaho Supreme Court held that a written decision had to be provided with findings and conclusions before the appeal time would start to run and remanded for decision on the application.

**Chaloux v. Killeen,** 886 F.2d 247 (9th Cir. 1989). A class action which challenged the statutory procedures which permitted the garnishment of exempt public benefits, including social security and Veteran benefits, without notice or procedural due process. The Ninth Circuit held that the 42 U.S.C. §1983 *Monell* "policy" requirements for governmental entities were not applicable to cases for injunctive and declaratory relief. The state agreed to a consent decree and I drafted new statutes that were adopted by the Idaho Legislature providing for notice of garnishment, list of all exemptions, forms for claiming exemptions and expedited hearings.

**Snowbird Construction Co. v. DVHA,** 666 F. Supp 1437 (D. Idaho 1987). The Court granted the Tribe's motion to dismiss case against the Indian Housing Authority for lack of subject matter jurisdiction, the failure to exhaust tribal court remedies and for lack of diversity.

**Lindquist v. Idaho State Board of Correction**, 776 F.2d 851 (9th Cir. 1985). Class Action. After a trial, the Court ordered improvements in the prison's system of providing inmates with legal access to courts, including the hiring and training of inmate law clerks and the provision of supplies, typewriters, and photocopiers.

***Scarbrough v. Donovan,*** (D. Idaho) (1986). Class Action. The Court enjoined the widespread delays that resulted from the statewide computerization of the eligibility determination for public assistance benefits. The state paid $40,000 in damages plus attorney fees.

***Danny O. v. Bowman,*** (D. Idaho) (1984). Class Action. After trial, the Court ordered the conditions and practices at the state's juvenile correctional institution had to be improved and the implementation of new treatment and educational programs.

***Waltman v. Putman,*** (D. Idaho) (1984). Class Action. After 22 days of trial, the Court held that the county jail was overcrowded and ordered a population cap, increased staffing, improved medical services, recreation and exercise, and provision of equal job and work opportunities for women.

***Crawford v. Dermitt,*** 104 Idaho 473 (1983). State court ordered full procedural due process for administrative transfers to maximum security under Idaho Constitution which exceeded the minimal constitutional protections recognized by the United States Supreme Court.

***Jensen v. State,*** (State Court) (1980). After a three month trial, challenging the mistreatment of the alleged "ring leaders" in the aftermath of a riot that destroyed the entire prison, the Court held that prison guards and officials had subjected the inmates to cruel and unusual punishment including beatings, denial of medical care and unsafe conditions of confinement. Court ordered the inmates released from administrative segregation.

## Court and Government Committees

**Ninth Circuit Court of Appeals Task Force on Prisoner Remedy Procedures**, 1994-1997.

**Idaho Civil Justice Reform Act Advisory Committee,** 1991-1996, United States District Court.

**Idaho Supreme Court Committee to Revise Garnishment and Exemptions Statutes,** 2014-present.

**Incarceration Work Group**, 1990-1994. Submitted Report to Idaho's Governor on prison overcrowding issues and sentencing alternatives.

## Boards and Committees

**Member of Litigation Section:** Idaho State Bar, 2012-present, Chairperson of the Section.

**Member of American Inns of Court**: 2010 to present, Bencher.

## Member of Idaho Trial Lawyers Association

**Idaho Law Foundation**, Board of Directors, July 1994-2009, Administers IOLTA and Idaho Volunteer Lawyers and Law Related Education programs and conducts attorney CLEs.

**National Legal Aid and Defender Association**, 1999 to 2007, Civil Policy Committee, Representative from the Native American Legal Services programs.  Current member of the Rules and Regulation Subcommittee.

**National Association of Indian Legal Services** (NAILS), 1999 to 2007, *Ex officio* member and presently chairperson of the Steering Committee which advocates on behalf of LSC funded Native American programs.

## Professional Awards and Activities

**"Super Lawyer"** for the Rocky Mountain Region (2010, 2012 -2015) recognizing the top 5% of lawyers in Nevada, Utah, Montana, Idaho and Wyoming.

**Idaho Parents United**, 2015 Legacy Award for Outstanding Professional.

**Idaho Federation of Families**, 2014 Outstanding Advocate Award.

**Idaho Law Foundation**, 2009 Service Award as a member of Board of Directors

**Idaho State Bar Association**, 2009 Outstanding Service Award in recognition of service to legal profession and the public.

**Idaho Legal Aid Services**, "Justice Achievement Award" presented for contributions to equal justice and for dedication and commitment to the public interest and the "Keystone Award" recognizing special abilities and skills that have enhanced the efficient and effective delivery of legal services to the client community.

**The Advocate**: March/April 2010, "Idaho Fails to Meet the Emergency Needs of Low-Income Residents."

**University of Idaho, Sherman J. Bellwood Lecture**: Panel participant on "a lawyer's calling to public service," at the College of Law on October 24 2004.

## Pro Bono Work

**Annual Veteran and Homeless Stand Downs**: providing legal advice to veterans and homeless

**Street Law Clinic**: providing legal advice at free clinic

**Interfaith Sanctuary Homeless Shelter**: providing legal advice to organization and residents

**Student Mentorship Program**: Concordia University School of Law

**Student Interns and Pro Bono Supervisor**: University of Idaho College of Law/Concordia University School of Law

**Family Advocate CASA**: represented volunteer Guardian Ad Litems

8

**FC Nova Soccer Club**: Member of Board of Directors and Counsel

## Recent CLE Presentations

**Idaho Trial Lawyers Association**: Litigating Section 1983 Civil Rights Cases (2014)

**National Legal Aid and Defender Association**: Claiming and Collecting Attorney Fees in Civil Rights Cases (2010 & 2014)

**Idaho Law Foundation**: Idaho Supreme Court Civil Case Review (2013)

**Idaho Trial Lawyers Association**: Section 1988 Civil Rights Attorney Fees (2013)

**Idaho State Bar Litigation Section**: Taking Depositions & Making Objections (2014) Initial Disclosures: FRCP 26 (2013) & Disclosure of Experts (2011)

**American Inns of Court**: The Indian Child Welfare Act (2014)

**Idaho Legal Aid Services**: The Indian Child Welfare Act (2013)

**State Bar Young Lawyers Section**: Taking and Defending Depositions (2011)

**American Immigration Lawyers Association**: Federal Civil Rights Litigation (2011)

# Exhibit 2

**Howard Belodoff**   **$   425.00**

| Date | Timekeeper | Time | Billable Amount | Description |
|---|---|---|---|---|
| 11/18/2013 | HAB | 0.20 | $ 85.00 | FLSA interview of client |
| 12/30/2013 | HAB | 0.50 | $ 212.50 | Tel JH re status of investigation and developments |
| 1/28/2014 | HAB | 0.30 | $ 127.50 | Tel JH & AP story |
| 1/29/2014 | HAB | 0.20 | $ 85.00 | Tel JH re new clients |
| 1/29/2014 | HAB | 0.10 | $ 42.50 | Tel voicemail re Maximus supervisor; forward to JH |
| 1/30/2014 | HAB | 0.30 | $ 127.50 | Tel Newal Squyres re settlement |
| 1/30/2014 | HAB | 0.50 | $ 212.50 | Conf Jeremiah |
| 1/30/2014 | HAB | 0.10 | $ 42.50 | Email Newal re meeting |
| 1/31/2014 | HAB | 0.20 | $ 85.00 | Tel JH re status of new clients |
| 2/1/2014 | HAB | 0.20 | $ 85.00 | Read client emails and Business Week article re Maximus |
| 2/1/2014 | HAB | 0.10 | $ 42.50 | Email Newal re meeting times |
| 2/3/2014 | HAB | 0.30 | $ 127.50 | Tel JH: update on clients |
| 2/4/2014 | HAB | 0.50 | $ 212.50 | Review Complaint and email JH re meeting with new clients and service |
| 2/4/2014 | HAB | 2.00 | $ 850.00 | Meeting with new clients |
| 2/4/2014 | HAB | 0.20 | $ 85.00 | Email JH re new client status and meeting |
| 2/5/2014 | HAB | 0.50 | $ 212.50 | Conf JH and prep for meeting |
| 2/5/2014 | HAB | 0.50 | $ 212.50 | Tel conf Michelle Anderson |
| 2/5/2014 | HAB | 1.00 | $ 425.00 | Conf JH & attend meeting with Newal Squyres & Pam Howland |
| 2/6/2014 | HAB | 0.10 | $ 42.50 | Read & reply Pam Howland email |
| 2/6/2014 | HAB | 0.10 | $ 42.50 | Read email JH re notice to clients on meeting and Memo to Employees |
| 2/6/2014 | HAB | 0.10 | $ 42.50 | Voicemail re Maximus employees |
| 2/6/2014 | HAB | 0.30 | $ 127.50 | Tel JH: new clients and strategy |
| 2/7/2014 | HAB | 0.80 | $ 340.00 | Read cases: notice to class |
| 2/8/2014 | HAB | 2.50 | $ 1,062.50 | Read cases Idaho & California; class notice and certification |
| 2/10/2014 | HAB | 0.50 | $ 212.50 | Tel Andy MacDonald |
| 2/10/2014 | HAB | 0.10 | $ 42.50 | Email Pam Howland re sexual harassment complaint |
| 2/10/2014 | HAB | 0.20 | $ 85.00 | Email JH: status of certification & notice; research and cases |
| 2/10/2014 | HAB | 0.10 | $ 42.50 | Email JH: MacDonald appointment |
| 2/10/2014 | HAB | 0.10 | $ 42.50 | Email Kelly Barker: complaint to HR & time request email |
| 2/10/2014 | HAB | 0.10 | $ 42.50 | Conf Clare re preparation of declaration for certification |
| 2/11/2014 | HAB | 2.00 | $ 850.00 | Conf Andi MacDonald |

| Date | Initials | Amount | | Hours | Description |
|---|---|---|---|---|---|
| 2/11/2014 | HAB | | $ 212.50 | 0.50 | Con JH: status & strategy |
| 2/12/2014 | HAB | | $ 340.00 | 0.80 | Tel Jorge re voicemails and email |
| 2/13/2014 | HAB | | $ 340.00 | 0.80 | Tel & email Jorge |
| 2/13/2014 | HAB | | $ 467.50 | 1.10 | Research FLSA, DOL opinions and handbook |
| 2/18/2014 | HAB | | $ 212.50 | 0.50 | Tel conf JH: research and new clients |
| 2/18/2014 | HAB | | $ 425.00 | 1.00 | Read notice: cases, research ED/California & Arizona |
| 2/21/2014 | HAB | | $ 42.50 | 0.10 | Review consents and Affidavit of Service |
| 2/21/2014 | HAB | | $ 42.50 | 0.10 | Tel JH re new clients |
| 2/24/2014 | HAB | | $ 127.50 | 0.30 | Tel & emails JH re Maximus layoffs & new client |
| 2/24/2014 | HAB | | $ 212.50 | 0.50 | Tel Newal re layoffs and extension of time for Answer |
| 2/25/2014 | HAB | | $ 85.00 | 0.20 | Tel JH re tel conf Newal and layoffs |
| 2/25/2014 | HAB | | $ 85.00 | 0.20 | Read JH emails: speculation and layoffs |
| 2/25/2014 | HAB | | $ 127.50 | 0.30 | Tel JH: new clients |
| 2/25/2014 | HAB | | $ 127.50 | 0.30 | Tel JH: layoff claims |
| 2/27/2014 | HAB | | $ 85.00 | 0.20 | Tel Regis Harvey trainer & email JH |
| 3/5/2014 | HAB | | $ 85.00 | 0.20 | Tel conf JH: status |
| 3/6/2014 | HAB | | $ 127.50 | 0.30 | Tel JH: Answer, client meeting, Texas clients |
| 3/8/2014 | HAB | | $ 807.50 | 1.90 | Read cases: certification & notice; prepare notice |
| 3/8/2014 | HAB | | $ 42.50 | 0.10 | Tel JH |
| 3/9/2014 | HAB | | $ 1,062.50 | 2.50 | Draft notice |
| 3/10/2014 | HAB | | $ 42.50 | 0.10 | Tel Newal: letter response |
| 3/10/2014 | HAB | | $ 1,700.00 | 4.00 | Draft & finalize notice & letter; email JH |
| 3/11/2014 | HAB | | $ 42.50 | 0.10 | Tel Newal: voicemail |
| 3/11/2014 | HAB | | $ 42.50 | 0.10 | Read & reply JH email: layoff research; tel JH |
| 3/12/2014 | HAB | | $ 42.50 | 0.10 | Tel Newal: message returning call |
| 3/12/2014 | HAB | | $ 42.50 | 0.10 | Voicemail & tel Newal |
| 3/13/2014 | HAB | | $ 42.50 | 0.10 | Read email Jeanette Guzman: retaliation health insurance benefits |
| 3/13/2014 | HAB | | $ 42.50 | 0.10 | Tel JH: retaliation J Guzman email & status |
| 3/20/2014 | HAB | | $ 85.00 | 0.20 | Read & reply Newal emails: notice and time |
| 3/20/2014 | HAB | | $ 42.50 | 0.10 | Tel J Guzman; layoffs |
| 3/21/2014 | HAB | | $ 42.50 | 0.10 | Tel JH re layoffs |
| 3/21/2014 | HAB | | $ 340.00 | 0.80 | Tel CSR: Alex Steinmetz  re layoffs and email JH |
| 3/23/2014 | HAB | | $ 85.00 | 0.20 | Read & reply email Mark Zumwalt re working on CIR if required |
| 3/24/2014 | HAB | | $ 85.00 | 0.20 | Read letter Newal Squyres & tel conf JH |

| Date | | Hours | | Amount | Description |
|------|-----|------|---|---------|-------------|
| 3/25/2014 | HAB | 0.50 | $ | 212.50 | Conf JH: review spreadsheet with Clare & modify |
| 3/25/2014 | HAB | 0.20 | $ | 85.00 | Conf Regis Harvey re severance & layoffs |
| 3/26/2014 | HAB | 0.10 | $ | 42.50 | Read JH email to clients on severance agreement & Newal letter |
| 3/26/2014 | HAB | 0.50 | $ | 212.50 | Read JH email, IDOC public records and attorney-client privilege; review research & tel JH |
| 3/28/2014 | HAB | 0.50 | $ | 212.50 | Review emails: clients & All Hands on Desk policy |
| 3/28/2014 | HAB | 0.40 | $ | 170.00 | Tel & email JH |
| 3/28/2014 | HAB | 0.30 | $ | 127.50 | Tel release language in new job offers |
| 3/28/2014 | HAB | 0.30 | $ | 127.50 | Read emails Mark & Nancy |
| 3/28/2014 | HAB | 0.30 | $ | 127.50 | Tel Mark |
| 3/30/2014 | HAB | 4.00 | $ | 1,700.00 | Review email and Maximus Trainer Responsibilities; draft letter Newal & email clients for approval |
| 3/30/2014 | HAB | 0.30 | $ | 127.50 | Read & reply J Guzman email: new job description & answering calls |
| 3/31/2014 | HAB | 0.50 | $ | 212.50 | Read client email replying to letter and revise |
| 3/31/2014 | HAB | 0.80 | $ | 340.00 | Finalize letter & email H&H co-counsel and clients |
| 3/31/2014 | HAB | 0.30 | $ | 127.50 | Tel Ornoldo: letter & supervisor training and job description |
| 3/31/2014 | HAB | 0.40 | $ | 170.00 | Review documents & PowerPoint on supervisor training |
| 4/3/2014 | HAB | 0.10 | $ | 42.50 | Read Newal email: confidentiality agreement, cease letter |
| 4/3/2014 | HAB | 0.30 | $ | 127.50 | Tel & email Ornaldo re confidentiality agreement |
| 4/3/2014 | HAB | 0.10 | $ | 42.50 | Email JH: response to confidentiality agreement |
| 4/3/2014 | HAB | 0.20 | $ | 85.00 | Read confidentiality agreement Ornaldo |
| 4/4/2014 | HAB | 0.10 | $ | 42.50 | Tel JH new clients & Newal letter |
| 4/4/2014 | HAB | 0.10 | $ | 42.50 | Email JB confidentiality agreements and reply |
| 4/9/2014 | HAB | 1.80 | $ | 765.00 | JH meeting: Newal Squyres & P am Howland re scheduling orders and litigation planning |
| 4/9/2014 | HAB | 0.20 | $ | 85.00 | Conf JH |
| 4/10/2014 | HAB | 0.10 | $ | 42.50 | Read email JH & Newal re Litigation Plan, extension of time |
| 4/11/2014 | HAB | 0.10 | $ | 42.50 | Read email JH & NS re scheduling Order extension of time and meeting |
| 4/14/2014 | HAB | 0.20 | $ | 85.00 | Tel JH re scheduling order meeting and retaliation claim, NS email & letter |
| 4/15/2014 | HAB | 2.00 | $ | 850.00 | Conf JH: prep scheduling order, review retaliation claims, review legal standards for FLSA exemption and documents needed for initial disclosure |
| 4/15/2014 | HAB | 0.10 | $ | 42.50 | Read email Janette Guzman re job description |
| 4/21/2014 | HAB | 0.30 | $ | 127.50 | Tel JH re research on layoffs |
| 4/21/2014 | HAB | 0.50 | $ | 212.50 | Read research Memo and cases |
| 4/21/2014 | HAB | 0.10 | $ | 42.50 | Read Litigation Plan email |

| Date | Initials | Rate | Amount | Description |
|---|---|---|---|---|
| 4/21/2014 | HAB | 0.20 | $ 85.00 | Tel JH re severance agreements and read email to clients |
| 4/22/2014 | HAB | 0.20 | $ 85.00 | Conf JH & AB; review legal arguments and facts and strategy for Complaint |
| 4/23/2014 | HAB | 0.20 | $ 85.00 | Tel JH re Maximum contract |
| 4/24/2014 | HAB | 0.30 | $ 127.50 | Tel JH re Maximum contract on trainers & response to addendum |
| 4/26/2014 | HAB | 6.00 | $ 2,550.00 | Read Defendants Addendum and outline arguments; draft Response |
| 4/27/2014 | HAB | 9.50 | $ 4,037.50 | Draft and finalize Response to Defendants Addendum |
| 4/27/2014 | HAB | 1.00 | $ 425.00 | Conf JH: finalize Response |
| 4/28/2014 | HAB | 0.40 | $ 170.00 | Conf JH; prep for hearing |
| 4/28/2014 | HAB | 1.00 | $ 425.00 | Telephone Status Conference |
| 4/28/2014 | HAB | 0.40 | $ 170.00 | Conf JH re follow-up |
| 4/29/2014 | HAB | 0.30 | $ 127.50 | Tel JH re strategy for next status conference; notice, hours, calculations, retaliation, good faith |
| 4/29/2014 | HAB | 0.50 | $ 212.50 | Conf JH Motion & strategy for status conference |
| 5/2/2014 | HAB | 0.40 | $ 170.00 | Read email re: All-Hands On Deck and email cases on notice |
| 5/6/2014 | HAB | 0.50 | $ 212.50 | Review Defs' Notice; outline objections |
| 5/6/2014 | HAB | 0.90 | $ 382.50 | Research & review Notices in cases from Idaho, ED California |
| 5/6/2014 | HAB | 2.60 | $ 1,105.00 | Revise & draft Notice Trainers |
| 5/6/2014 | HAB | 0.60 | $ 255.00 | Revise and draft Notice |
| 5/6/2014 | HAB | 2.00 | $ 850.00 | Conf JH; review notice for trainers & strategy for meeting and hearing |
| 5/6/2014 | HAB | 0.80 | $ 340.00 | Read cases; FLSA attorney fees |
| 5/6/2014 | HAB | 0.70 | $ 297.50 | Read cases, good faith for liquidated damages and contact with class |
| 5/7/2014 | HAB | 1.50 | $ 637.50 | Conf JH & attend meeting with H & H re notice to trainers & payment of hours |
| 5/8/2014 | HAB | 1.50 | $ 637.50 | Revise Notice Trainers |
| 5/8/2014 | HAB | 7.00 | $ 2,975.00 | Research & draft Memo Notice |
| 5/9/2014 | HAB | 2.50 | $ 1,062.50 | Draft Memo Notice & finalize |
| 5/11/2014 | HAB | 0.10 | $ 42.50 | Email Karen Smith re Errata Memo |
| 5/12/2014 | HAB | 0.80 | $ 340.00 | Prepare Declaration & Exhibit |
| 5/12/2014 | HAB | 0.80 | $ 340.00 | Prep for hearing; read Defs' Memo and conf JH |
| 5/12/2014 | HAB | 0.70 | $ 297.50 | Attend hearing |
| 5/12/2014 | HAB | 0.30 | $ 127.50 | Conf JH; strategy for scheduling order |
| 5/12/2014 | HAB | 0.10 | $ 42.50 | Email notice to court |
| 5/12/2014 | HAB | 0.10 | $ 42.50 | Email Newal; meet on litigation schedule |
| 5/14/2014 | HAB | 1.00 | $ 425.00 | Conf JH |
| 5/16/2014 | HAB | 0.10 | $ 42.50 | Read email; Newal re Texas FLSA Complaint |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 5/16/2014 | HAB | 0.30 | $ | 127.50 | Tel JH; Texas complaint |
| 5/31/2014 | HAB | 1.50 | $ | 637.50 | Attend client meeting with JH & AB re status and documents |
| 6/1/2014 | HAB | 2.00 | $ | 850.00 | Review & revise stipulated protective order |
| 6/2/2014 | HAB | 0.50 | $ | 212.50 | Tel JH re Brownsville clients & trainers |
| 6/2/2014 | HAB | 0.50 | $ | 212.50 | Revise stipulation for protective order & finalize; email JH |
| 6/10/2014 | HAB | 0.40 | $ | 170.00 | Tel JH re status, Texas visit |
| 6/10/2014 | HAB | 1.00 | $ | 425.00 | Conf call Ted Murdock re protective order |
| 6/11/2014 | HAB | 0.30 | $ | 127.50 | Revise ltr N Squyres re Protective Order pg. 9, use of discovery in other litigation & email JH |
| 6/11/2014 | HAB | 0.70 | $ | 297.50 | Revise paragraph 14 re privileged information in Protective Order |
| 6/17/2014 | HAB | 0.10 | $ | 42.50 | Read email N Squyres re Texas Complaint & tel JH |
| 6/18/2014 | HAB | 0.90 | $ | 382.50 | Review revised Protective Order, Motion & Agreement |
| 6/19/2014 | HAB | 0.10 | $ | 42.50 | Email JH; Protective Order documents for review |
| 6/25/2014 | HAB | 0.70 | $ | 297.50 | Review & revise Protective Order under rule 26; email H & H |
| 6/25/2014 | HAB | 0.20 | $ | 85.00 | Tel JH; status of Notices and Texas |
| 6/29/2014 | HAB | 0.50 | $ | 212.50 | Tel JH; Texas trip & meeting |
| 7/1/2014 | HAB | 0.20 | $ | 85.00 | Tel Pam Howland, hearing on motion and read emails setting hearing |
| 7/1/2014 | HAB | 0.50 | $ | 212.50 | Tel JH re hearing and Texas trip & clients |
| 7/2/2014 | HAB | 0.10 | $ | 42.50 | Read emails to class on status |
| 7/17/2014 | HAB | 0.40 | $ | 170.00 | Conf JH: finalize protective order |
| 7/17/2014 | HAB | 1.00 | $ | 425.00 | Conf JH & AB: initial disclosure documents |
| 7/17/2014 | HAB | 0.10 | $ | 42.50 | Read email and tel JH re retaliation complaint Brownsville client |
| 8/13/2014 | HAB | 4.00 | $ | 1,700.00 | Review Initial Disclosures Trainers |
| 8/14/2014 | HAB | 4.00 | $ | 1,700.00 | Review Initial Disclosures Trainers |
| 8/15/2014 | HAB | 0.20 | $ | 85.00 | Read email and reply N Squyres re trainer hours; tel JH |
| 8/15/2014 | HAB | 1.00 | $ | 425.00 | Meet with N Squyres and P Howland re trainer's settlement and hours |
| 8/19/2014 | HAB | 0.20 | $ | 85.00 | Tel JH re meeting with Maximus counsel |
| 8/25/2014 | HAB | 1.00 | $ | 425.00 | Conf JH & AB; review status of hours, discovery strategy |
| 8/31/2014 | HAB | 0.50 | $ | 212.50 | Review JH outline of Response and comment |
| 9/7/2014 | HAB | 0.30 | $ | 127.50 | Read Maximus First Set of Discovery |
| 9/7/2014 | HAB | 0.30 | $ | 127.50 | Tel conf JH & AB re P Howland letter, discovery and meeting with Trainers |
| 9/7/2014 | HAB | 0.30 | $ | 127.50 | Review Documents Deltec |
| 10/22/2014 | HAB | 1.50 | $ | 637.50 | Conf JH & meeting with Trainer clients |
| 10/29/2014 | HAB | 0.40 | $ | 170.00 | Research incentive payments to Plaintiffs and email AB |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/6/2014 | HAB | 0.40 | $ | 170.00 | Conf JH re discovery and deposition |
| 11/10/2014 | HAB | 2.00 | $ | 850.00 | Conf JH & AB; review payroll records and DOL guidance on FSLA |
| 11/16/2014 | HAB | 3.00 | $ | 1,275.00 | Review documents on flash drive PST files named Plaintiffs |
| 11/19/2014 | HAB | 0.20 | $ | 85.00 | Tel JH re N Squyres request for extension of time for disclosure of trainer experts and possible meeting with supervisors in Brownsville |
| 11/20/2014 | HAB | 0.10 | $ | 42.50 | Tel JH & read emails re extension of time |
| 11/20/2014 | HAB | 0.40 | $ | 170.00 | Tel N Squyres re extending Litigation Plan dates |
| 11/21/2014 | HAB | 0.80 | $ | 340.00 | Conf JH & review Stipulation for Extension of Scheduling Order deadline and exclusive jurisdiction |
| 11/21/2014 | HAB | 0.10 | $ | 42.50 | Tel N Squyres re changes in Litigation Plan |
| 11/24/2014 | HAB | 2.40 | $ | 1,020.00 | Research and read cases re exclusive jurisdiction of SCA & FLSA |
| 11/24/2014 | HAB | 0.20 | $ | 85.00 | Review Stipulation to Extend Scheduling Order and email N Squyres |
| 11/25/2014 | HAB | 0.50 | $ | 212.50 | Conf JH; review and revise Interrogatories |
| 12/1/2014 | HAB | 0.40 | $ | 170.00 | Read US DOL materials on FLSA exemption and coverage |
| 12/8/2014 | HAB | 1.20 | $ | 510.00 | Conf JH & AB; discovery documents and supervisor proof of duties |
| 12/12/2014 | HAB | 0.10 | $ | 42.50 | Read letter to client re spoliation |
| 12/15/2014 | HAB | 1.00 | $ | 425.00 | Meeting JH & AB re spoliation, discovery issues, and review documents on classification |
| 12/16/2014 | HAB | 0.20 | $ | 85.00 | Review ltr JH re spoliation for N Squyres and email comments |
| 12/19/2014 | HAB | 0.10 | $ | 42.50 | Read N Squyres emails re meeting on spoliation issue |
| 12/22/2014 | HAB | 0.90 | $ | 382.50 | Conf JH , tel N Squyres re supervisors Scheduling Order |
| 12/22/2014 | HAB | 0.60 | $ | 255.00 | Tel Peter Munger re experts in FSLA cases |
| 12/24/2014 | HAB | 0.50 | $ | 212.50 | Review written discovery and email JH re additional requests |
| 1/4/2015 | HAB | 0.50 | $ | 212.50 | Review Maximus Second Set of Discovery |
| 1/4/2015 | HAB | 0.20 | $ | 85.00 | Read P Howland Meet and Confer Ltr re Response to Maximus First Set of Discovery |
| 1/4/2015 | HAB | 2.50 | $ | 1,062.50 | Review documents Supplemental Discovery DTRs, badge swipes, Training report and schedules |
| 1/7/2015 | HAB | 1.00 | $ | 425.00 | Read cases on proving hours and burden; email JH |
| 1/9/2015 | HAB | 0.50 | $ | 212.50 | Tel JH re clients and strategy; read emails |
| 1/10/2015 | HAB | 0.20 | $ | 85.00 | Tel JH re meeting with clients and research for Complaint |
| 1/11/2015 | HAB | 0.50 | $ | 212.50 | Conf JH re complaint and meeting |
| 1/11/2015 | HAB | 2.00 | $ | 850.00 | Meeting with clients |
| 1/12/2015 | HAB | 2.30 | $ | 977.50 | Research and read cases: damages and using experts and representative witnesses |
| 1/12/2015 | HAB | 1.00 | $ | 425.00 | Meeting with JH & AB re discovery supplement and use of experts and representative witnesses; damages in Brown |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 1/13/2015 | HAB | 0.10 | $ 42.50 | Read email JH and N Squyres re discovery supplement |
| 1/14/2015 | HAB | 0.40 | $ 170.00 | Tel JH re Complaint research and client emails |
| 1/19/2015 | HAB | 0.90 | $ 382.50 | Conf JH & tel conf N Squyres and Pam Howland re scheduling order |
| 1/19/2015 | HAB | 0.20 | $ 85.00 | Tel B Lee re: Maximus employee |
| 1/19/2015 | HAB | 0.60 | $ 255.00 | Tel Jorge: Maximus |
| 1/19/2015 | HAB | 0.90 | $ 382.50 | Conf JH, AB & Jenn re discovery plan; scheduling order; depos |
| 1/19/2015 | HAB | 0.10 | $ 42.50 | Read Ltr. N Squyres re: trainers |
| 1/21/2015 | HAB | 0.20 | $ 85.00 | Read email on script for callers responding to ads |
| 1/23/2015 | HAB | 2.00 | $ 850.00 | Conf JH, AB & Jenn |
| 1/23/2015 | HAB | 0.50 | $ 212.50 | Tel Pam Howland re Scheduling Order |
| 1/24/2015 | HAB | 3.50 | $ 1,487.50 | Review Supplemental Discovery: check in and check out emails |
| 1/26/2015 | HAB | 0.40 | $ 170.00 | Read  reply emails N Squyres & Pam Howland; review stipulated Scheduling Order and Extension of Time |
| 1/26/2015 | HAB | 0.20 | $ 85.00 | Jenn email re questions for clients |
| 1/27/2015 | HAB | 1.50 | $ 637.50 | Conf JH & AB re discovery, hours, review Brownville hours, summary strategy on countering |
| 1/27/2015 | HAB | 2.00 | $ 850.00 | Read Supplemental Discovery: check in and check out emails |
| 1/27/2015 | HAB | 2.50 | $ 1,062.50 | Read Supplemental Discovery: badge swipes, training schedules and client emails |
| 1/27/2015 | HAB | 0.40 | $ 170.00 | Read Supplemental Discovery: check in and check out emails |
| 2/2/2015 | HAB | 0.50 | $ 212.50 | Status of discovery |
| 2/5/2015 | HAB | 0.10 | $ 42.50 | Read & reply N Squyres emails re expert report and rebuttal |
| 2/6/2015 | HAB | 0.40 | $ 170.00 | Review Supplemental discovery: training schedules, job fair, payroll file |
| 2/6/2015 | HAB | 0.20 | $ 85.00 | Read ltr: meet and confer social media and Brownville Notice of Depositions |
| 2/9/2015 | HAB | 0.60 | $ 255.00 | Tel N Squyres re mediation and expert report |
| 2/9/2015 | HAB | 0.20 | $ 85.00 | Read & reply email N Squyres re mediator and email JH |
| 2/9/2015 | HAB | 1.50 | $ 637.50 | Conf JH, AB, VF & Jenn re mediator and expert report |
| 2/9/2015 | HAB | 0.50 | $ 212.50 | Research and email cases re liquidated damages |
| 2/9/2015 | HAB | 0.60 | $ 255.00 | Research cases on attorney fees; email |
| 2/10/2015 | HAB | 1.00 | $ 425.00 | Research mediators and email JH & VF |
| 2/11/2015 | HAB | 0.10 | $ 42.50 | Read & reply N Squyres email re mediator |
| 2/11/2015 | HAB | 0.10 | $ 42.50 | Read letter Pam Howland re meet and confer on social media |
| 2/11/2015 | HAB | 0.50 | $ 212.50 | Research social media, discovery, and email AB case |
| 2/11/2015 | HAB | 0.90 | $ 382.50 | Tel attorney US DOL Seattle re mediators and strategy |
| 2/11/2015 | HAB | 0.10 | $ 42.50 | Read & reply VF re mediator |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 2/11/2015 | HAB | 0.20 | $ 85.00 | Review Judge Lukens bio as mediator |
| 2/11/2015 | HAB | 0.10 | $ 42.50 | Read & reply email VF re mediator |
| 2/11/2015 | HAB | 0.10 | $ 42.50 | Read & reply N Squyres re Judge Lukens |
| 2/12/2015 | HAB | 0.20 | $ 85.00 | Read Solis findings re liquidated damages |
| 2/12/2015 | HAB | 1.00 | $ 425.00 | Research cases and read class action and settlement |
| 2/12/2015 | HAB | 0.20 | $ 85.00 | Tel JH re mediator and depos |
| 2/12/2015 | HAB | 0.70 | $ 297.50 | Tel JH re discovery and reply to PH letter |
| 2/12/2015 | HAB | 0.40 | $ 170.00 | Review Jeanette email on time and work hours |
| 2/12/2015 | HAB | 0.50 | $ 212.50 | Review & revise meet and confer letter |
| 2/13/2015 | HAB | 0.10 | $ 42.50 | Read emails on Request for Admissions extension of time |
| 2/16/2015 | HAB | 1.80 | $ 765.00 | Conf JH, VF, AB & Jenn; review chart of expert hours, depo prep, discovery documents, strategy for mediation, discovery |
| 2/24/2015 | HAB | 1.20 | $ 510.00 | Tel JH re Alice Campean depos & prep for client depo |
| 2/24/2015 | HAB | 0.50 | $ 212.50 | Review Maximus Response to First Set of Discovery |
| 2/25/2015 | HAB | 0.70 | $ 297.50 | Tel JH re deposition Carlos and prep |
| 2/26/2015 | HAB | 0.60 | $ 255.00 | Tel JH re deposition consolidation; prep of Romero |
| 2/27/2015 | HAB | 0.60 | $ 255.00 | Tel JH re deposition Romero |
| 3/2/2015 | HAB | 1.50 | $ 637.50 | Conf JH & AB re deposition prep; settlement offers and mediation; read & reply N Squyres email re depo and settlement |
| 3/4/2015 | HAB | 4.50 | $ 1,912.50 | Attend deposition Michelle Piaz |
| 3/4/2015 | HAB | 0.50 | $ 212.50 | Conf JH & VF re mediation strategy |
| 3/4/2015 | HAB | 1.50 | $ 637.50 | Conf JH re deposition prep and review documents Norman Irrechita |
| 3/5/2015 | HAB | 6.00 | $ 2,550.00 | Attend deposition Norman Irrechita and conf JH |
| 3/9/2015 | HAB | 1.40 | $ 595.00 | Conf JH & AB re expert report evaluations and strategy; depositions of plaintiffs and 30(b)(6) |
| 3/10/2015 | HAB | 0.10 | $ 42.50 | Review deadlines for trainers |
| 3/10/2015 | HAB | 0.10 | $ 42.50 | Read JH email re deposition plaintiffs to N Squyres |
| 3/14/2015 | HAB | 0.50 | $ 212.50 | Conf JH: status |
| 3/16/2015 | HAB | 2.20 | $ 935.00 | Conf JH, AB & Jenn; review chart of hours and revise and strategy for mediation; deposition prep for clients and 30(b)(6) and documents of trainer meeting, expert report |
| 3/18/2015 | HAB | 0.30 | $ 127.50 | Review Jenn damage chart and email comments |
| 3/18/2015 | HAB | 0.30 | $ 127.50 | Read meet and confer letter and revise; email JH |
| 3/19/2015 | HAB | 2.00 | $ 850.00 | Meeting JH & AB with trainers re status, damages and mediation |
| 3/20/2015 | HAB | 0.10 | $ 42.50 | Email JH re deposition dates |

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 3/23/2015 | HAB | Conf JH & AB re mediation strategy and assignments; review damage and deposition dates and discovery letters | 1.30 | $ 552.50 |
| 3/25/2015 | HAB | Read email AB & review notes from trainer meeting on March 19 | 0.10 | $ 42.50 |
| 3/26/2015 | HAB | Read & reply email JH & AB re depo prep | 0.10 | $ 42.50 |
| 3/26/2015 | HAB | Review outline and analyze Expert Report | 2.20 | $ 935.00 |
| 3/26/2015 | HAB | Email JH re discovery request for expert documents | 0.10 | $ 42.50 |
| 3/27/2015 | HAB | Review, analyze and outline Expert Report for discovery and issues | 2.50 | $ 1,062.50 |
| 3/27/2015 | HAB | Deposition prep Jeanette Rodriquez | 2.00 | $ 850.00 |
| 3/27/2015 | HAB | Review documents cited in expert report and discovery conf JH, AB & Jenn | 1.00 | $ 425.00 |
| 3/27/2015 | HAB | Deposition prep Sharon Morales | 2.00 | $ 850.00 |
| 3/28/2015 | HAB | Review & analyze Expert Report and outline issues and discovery | 3.20 | $ 1,360.00 |
| 3/28/2015 | HAB | Read Maximus email Jeannette Rodriquez | 0.50 | $ 212.50 |
| 3/29/2015 | HAB | Draft Interrogatories and Requests on Expert Report and review discovery; research Danbert | 2.50 | $ 1,062.50 |
| 3/30/2015 | HAB | Research Daubert Motion and discovery | 2.00 | $ 850.00 |
| 3/30/2015 | HAB | Draft and finalize Interrogatories and Requests | 2.00 | $ 850.00 |
| 3/30/2015 | HAB | Conf JH re discovery and expert report | 0.50 | $ 212.50 |
| 3/30/2015 | HAB | Prep Nancy Richards deposition | 1.20 | $ 510.00 |
| 3/31/2015 | HAB | Read email Claire and check for mediation | 0.10 | $ 42.50 |
| 3/31/2015 | HAB | Read & reply email P Howland re depos | 0.10 | $ 42.50 |
| 3/31/2015 | HAB | Read Notice of Depositions re April 6, 7, 9, 10 and calendar | 0.10 | $ 42.50 |
| 3/31/2015 | HAB | Read emails AB re deposition prep times | 0.10 | $ 42.50 |
| 4/1/2015 | HAB | Conf Jeanette Rodriguez with JH & AB | 0.50 | $ 212.50 |
| 4/1/2015 | HAB | Attend deposition of Jeanette Rodriguez | 9.50 | $ 4,037.50 |
| 4/1/2015 | HAB | Conf JH & tel Nancy Richards | 0.50 | $ 212.50 |
| 4/2/2015 | HAB | Meet Nancy Richards and AB | 1.00 | $ 425.00 |
| 4/2/2015 | HAB | Attend deposition Nancy Richards. | 7.00 | $ 2,975.00 |
| 4/2/2015 | HAB | Review Shannon Morales emails and conf AB | 0.50 | $ 212.50 |
| 4/2/2015 | HAB | Conf Doug Scott with AB | 1.00 | $ 425.00 |
| 4/2/2015 | HAB | Read J Rodriquez email | 0.10 | $ 42.50 |
| 4/3/2015 | HAB | Conf Shannon Morales & AB; attend deposition | 8.00 | $ 3,400.00 |
| 4/4/2015 | HAB | Conf Chadwick & AB; prep for deposition and review docs | 3.00 | $ 1,275.00 |
| 4/6/2015 | HAB | Prep for deposition Doug Scott with AB and review documents | 1.00 | $ 425.00 |
| 4/6/2015 | HAB | Attend deposition and conf D Scott & AB | 8.00 | $ 3,400.00 |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 4/6/2015 | HAB | 1.30 | $ 552.50 | Prep Nicole Boyles and AB; review documents |
| 4/7/2015 | HAB | 0.10 | $ 42.50 | Read & reply Newal email; meet & confer re scheduling conference |
| 4/7/2015 | HAB | 0.10 | $ 42.50 | Read Scheduling Conference Order |
| 4/7/2015 | HAB | 1.00 | $ 425.00 | Prep Chadwick Davis and conf AB |
| 4/7/2015 | HAB | 7.50 | $ 3,187.50 | Attend deposition Chadwick Davis and conf AB |
| 4/8/2015 | HAB | 0.10 | $ 42.50 | Read N Squyres email and AB email on depos and Chadwick Davis |
| 4/8/2015 | HAB | 0.30 | $ 127.50 | Tel AB re strategy |
| 4/8/2015 | HAB | 0.30 | $ 127.50 | Tel JH re strategy |
| 4/8/2015 | HAB | 0.20 | $ 85.00 | Email N Squyres re second set of discovery and deposition cancellation |
| 4/8/2015 | HAB | 0.20 | $ 85.00 | Read Second set of Discovery and exhibits |
| 4/13/2015 | HAB | 2.00 | $ 850.00 | Meeting JH, AB & Jenn re Mediation Statement, damages and Summary Judgment Response strategies |
| 4/14/2015 | HAB | 1.00 | $ 425.00 | Review research for Summary Judgment Response |
| 4/14/2015 | HAB | 1.20 | $ 510.00 | Review CFR re overtime and regular hourly rate |
| 4/17/2015 | HAB | 4.50 | $ 1,912.50 | Research Daubert issues and review documents for mediation statement |
| 4/18/2015 | HAB | 2.50 | $ 1,062.50 | Research and read cases for Mediation Statement & Daubert |
| 4/23/2015 | HAB | 4.00 | $ 1,700.00 | Draft Mediation Statement and conf JH |
| 4/23/2015 | HAB | 0.10 | $ 42.50 | Read & reply emails from court re summary judgment hearing and mediation extension of time |
| 4/24/2015 | HAB | 1.00 | $ 425.00 | Draft and revise Facts on Mediation Statement |
| 4/24/2015 | HAB | 1.30 | $ 552.50 | Review and revise legal section of medial statement; email JH |
| 4/25/2015 | HAB | 7.00 | $ 2,975.00 | Draft Facts, Daubert, Expert sections of Mediation Statement |
| 4/26/2015 | HAB | 3.50 | $ 1,487.50 | Draft Mediation Statement |
| 4/27/2015 | HAB | 1.00 | $ 425.00 | Draft and revise Mediation re experts and facts |
| 4/27/2015 | HAB | 0.70 | $ 297.50 | Attend conf JH & VF re attorney fees mediation |
| 4/27/2015 | HAB | 0.30 | $ 127.50 | Conf AB re Summary Judgment Response |
| 4/27/2015 | HAB | 0.80 | $ 340.00 | Conf JH & AB re settlement strategy and Mediation Statement |
| 4/28/2015 | HAB | 1.00 | $ 425.00 | Revise and finalize attorney time 2014 for mediation |
| 4/28/2015 | HAB | 12.50 | $ 5,312.50 | Draft Mediation Statement; review deposition notes for text |
| 4/29/2015 | HAB | 0.70 | $ 297.50 | Tel N Squyres re mediation and settlement issues |
| 4/29/2015 | HAB | 3.00 | $ 1,275.00 | Revise Mediation Statement |
| 4/29/2015 | HAB | 1.10 | $ 467.50 | Tel conf AB & JH re mediation issues and settlement strategy and authority |
| 4/29/2015 | HAB | 0.80 | $ 340.00 | Review summary judgment memo and Lowry Declaration |
| 4/29/2015 | HAB | 3.30 | $ 1,402.50 | Review and revise Mediation Statement FLSA exemption and liquidated damages |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 4/29/2015 | HAB | 0.10 | $ | 42.50 | Tel D Williams: message re settlements in FLSA cases |
| 4/29/2015 | HAB | 0.40 | $ | 170.00 | Tel D Williams re FLSA cases negotiation and settlement |
| 4/29/2015 | HAB | 0.50 | $ | 212.50 | Read client emails settlement authority |
| 4/29/2015 | HAB | 0.50 | $ | 212.50 | Tel JH re settlement strategy |
| 4/30/2015 | HAB | 0.50 | $ | 212.50 | Review and prepare attorney time for lodestar calculation |
| 4/30/2015 | HAB | 0.30 | $ | 127.50 | Read & reply emails from clients on Mediation Statement |
| 4/30/2015 | HAB | 0.20 | $ | 85.00 | Review damages spreadsheet and email change to Jenn |
| 4/30/2015 | HAB | 1.50 | $ | 637.50 | Review and revise Response to Summary Judgment |
| 4/30/2015 | HAB | 2.50 | $ | 1,062.50 | Review and draft Mediation Statement |
| 4/30/2015 | HAB | 1.20 | $ | 510.00 | Analyze Boise data in Expert Report |
| 4/30/2015 | HAB | 0.80 | $ | 340.00 | Tel conf JH & AB re Mediation Statement and settlement strategy |
| 5/1/2015 | HAB | 3.50 | $ | 1,487.50 | Finalize Mediation Statement; conf JH & AB re damage calculation and meeting with clients |
| 5/1/2015 | HAB | 0.50 | $ | 212.50 | Prepare for mediation |
| 5/2/2015 | HAB | 3.00 | $ | 1,275.00 | Conf JH, AB and attend meeting with clients: mediation |
| 5/4/2015 | HAB | 2.30 | $ | 977.50 | Conf JH & AB meeting with clients |
| 5/5/2015 | HAB | 12.00 | $ | 5,100.00 | Meeting clients and settlement mediation and conf AB & JH |
| 5/6/2015 | HAB | 13.00 | $ | 5,525.00 | Meeting with clients & attend mediation; conf JH & AB |
| 5/7/2015 | HAB | 0.50 | $ | 212.50 | Email JH & AB re settlement offer |
| 5/7/2015 | HAB | 0.50 | $ | 212.50 | Tel AB re settlement, clients, and chart, mediation strategy, fees |
| 5/7/2015 | HAB | 0.20 | $ | 85.00 | Read & reply emails on settlement amounts |
| 5/8/2015 | HAB | 0.10 | $ | 42.50 | Read emails re settlement amounts |
| 5/11/2015 | HAB | 0.10 | $ | 42.50 | Read email Pam Howland: meet & confer |
| 5/11/2015 | HAB | 2.00 | $ | 850.00 | Meeting JH & AB re mediation, meeting with clients and summary judgment issues, P Howland letter |
| 5/12/2015 | HAB | 0.70 | $ | 297.50 | Draft summary judgment declaration for class members and email co-counsel |
| 5/13/2015 | HAB | 0.10 | $ | 42.50 | Tel Judge Lukens; left message |
| 5/13/2015 | HAB | 0.20 | $ | 85.00 | Tel Judge Lukens re status |
| 5/13/2015 | HAB | 2.00 | $ | 850.00 | Meeting with clients and JH & AB |
| 5/14/2015 | HAB | 0.30 | $ | 127.50 | Read 9th Circuit decision on liquidated damages Avila v. LA PD |
| 5/15/2015 | HAB | 0.70 | $ | 297.50 | Meet and conf JH & P Howland & N Squyres |
| 5/15/2015 | HAB | 0.30 | $ | 127.50 | Conf JH; meet and conf re strategy |
| 5/15/2015 | HAB | 3.50 | $ | 1,487.50 | Conf JH review strategy, documents, and expert and plaintiff hours |
| 5/18/2015 | HAB | 0.10 | $ | 42.50 | Review JAMS bill and email class re payment |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 5/19/2015 | HAB | 1.00 | $ | 425.00 | Research & read Daubert cases for Motion in Limine |
| 5/20/2015 | HAB | 1.10 | $ | 467.50 | Review discovery responses and exhibits re expert and email JH |
| 5/21/2015 | HAB | 0.70 | $ | 297.50 | Tel JH re strategy |
| 5/21/2015 | HAB | 4.50 | $ | 1,912.50 | Review expert exhibits and calendar |
| 5/22/2015 | HAB | 9.00 | $ | 3,825.00 | Review and analyze expert calculations, dates and prepare calendars |
| 5/22/2015 | HAB | 1.00 | $ | 425.00 | Conf JH & AB re summary judgment declarations |
| 5/24/2015 | HAB | 6.50 | $ | 2,762.50 | Review expert dates and prepare summaries; J Rodriquez calendar |
| 5/25/2015 | HAB | 8.00 | $ | 3,400.00 | Prepare expert rebuttal outline |
| 5/25/2015 | HAB | 1.00 | $ | 425.00 | Conf JH re summary judgment strategy |
| 5/26/2015 | HAB | 3.00 | $ | 1,275.00 | Conf JH & AB re summary judgment and evidence |
| 5/27/2015 | HAB | 1.00 | $ | 425.00 | Review and revise Stipulation, Damages, and Claims; email JH |
| 5/27/2015 | HAB | 1.50 | $ | 637.50 | Conf JH re summary judgment preparation |
| 5/28/2015 | HAB | 13.00 | $ | 5,525.00 | Prepare summary judgment Declarations, Statement of Facts, Memo; review documents and identify exhibits |
| 5/29/2015 | HAB | 0.10 | $ | 42.50 | Review Stipulation and Motions and email PH |
| 5/29/2015 | HAB | 16.00 | $ | 6,800.00 | Draft and review summary judgment memo and Statement of Facts, review exhibits and documents for Memo and evidence |
| 5/29/2015 | HAB | 0.80 | $ | 340.00 | Review case law re salary test |
| 5/29/2015 | HAB | 0.50 | $ | 212.50 | Conf JH re summary judgment strategy post order |
| 5/29/2015 | HAB | 0.10 | $ | 42.50 | Review Notice of hearing, summary judgment and order on Motions; calendar; email JH & AB |
| 5/29/2015 | HAB | 0.20 | $ | 85.00 | Conf Claire: review costs |
| 5/29/2015 | HAB | 1.60 | $ | 680.00 | Trainer:  Draft Meet and Confer letter; research and review discovery |
| 6/10/2015 | HAB | 0.10 | $ | 42.50 | Read P Howland email re status conf |
| 6/10/2015 | HAB | 0.10 | $ | 42.50 | Tel conf; email JH and reply to P Howland |
| 6/10/2015 | HAB | 2.10 | $ | 892.50 | Research and draft Meet and Confer letter, expert report |
| 6/11/2015 | HAB | 1.00 | $ | 425.00 | Draft Meet & Confer |
| 6/11/2015 | HAB | 1.00 | $ | 425.00 | Research discovery and continuing interrogatories and expert |
| 6/12/2015 | HAB | 1.80 | $ | 765.00 | Draft Meet & Confer letter |
| 6/12/2015 | HAB | 0.80 | $ | 340.00 | Read cases discovery |
| 6/12/2015 | HAB | 0.90 | $ | 382.50 | Tel JH re discovery strategy |
| 6/13/2015 | HAB | 2.00 | $ | 850.00 | Draft Meet & Confer letter |
| 6/13/2015 | HAB | 2.00 | $ | 850.00 | Review Expert Reports and exhibits; email JH & AB |
| 6/15/2015 | HAB | 0.30 | $ | 127.50 | Trainer: Finalize Meet & Confer letter; add paragraph on Requests for Production |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 6/16/2015 | HAB | 0.10 | $ 42.50 | Read emails JH & N Squyres Meet & Confer and tel JH on time for meeting |
| 6/17/2015 | HAB | 1.70 | $ 722.50 | Meet & Confer N Squyres and conf JH |
| 6/22/2015 | HAB | 0.20 | $ 85.00 | Tel Judge Lukens re status |
| 6/23/2015 | HAB | 5.00 | $ 2,125.00 | Draft Memo re Motion In Limine |
| 6/24/2015 | HAB | 0.80 | $ 340.00 | Tel JH re summary judgment reply & expert |
| 6/24/2015 | HAB | 8.70 | $ 3,697.50 | Review Declaration of Stuckwicsh and draft Memo Motion in Limine |
| 6/25/2015 | HAB | 7.00 | $ 2,975.00 | Draft Memo re Motion in Limine |
| 6/26/2015 | HAB | 8.00 | $ 3,400.00 | Draft Memo re Motion in Limine |
| 6/26/2015 | HAB | 0.50 | $ 212.50 | Tel & email Professor Leming |
| 6/26/2015 | HAB | 0.80 | $ 340.00 | Conf Professor Leming |
| 6/26/2015 | HAB | 2.50 | $ 1,062.50 | Conf JH re strategy for summary judgment reply |
| 6/27/2015 | HAB | 10.70 | $ 4,547.50 | Review & draft Memo: Motion In Limine |
| 6/27/2015 | HAB | 0.80 | $ 340.00 | Research Stuckwicsh |
| 6/28/2015 | HAB | 5.60 | $ 2,380.00 | Revise and draft Memo re Motion in Limine |
| 6/28/2015 | HAB | 0.50 | $ 212.50 | Draft Motion in Limine |
| 6/28/2015 | HAB | 1.00 | $ 425.00 | Draft Declaration Leming Qu |
| 6/28/2015 | HAB | 0.40 | $ 170.00 | Draft Declaration: Belodoff Motion in Limine |
| 6/28/2015 | HAB | 0.40 | $ 170.00 | Conf JH re summary judgment & Motion to Strike |
| 6/28/2015 | HAB | 0.60 | $ 255.00 | Conf JH re research on summary judgment & Motion to Strike |
| 6/28/2015 | HAB | 3.00 | $ 1,275.00 | Draft & research Memo: Motion to Compel |
| 6/28/2015 | HAB | 0.50 | $ 212.50 | Draft Motion to Compel |
| 6/29/2015 | HAB | 8.20 | $ 3,485.00 | Revise & draft Memo In Limine |
| 6/29/2015 | HAB | 0.50 | $ 212.50 | Finalize Leming Declaration |
| 6/29/2015 | HAB | 0.80 | $ 340.00 | Draft & finalize Declaration and exhibits |
| 6/29/2015 | HAB | 6.00 | $ 2,550.00 | Draft & finalize Motion to Compel |
| 6/30/2015 | HAB | 1.50 | $ 637.50 | Conf JH & AB re summary judgment reply strategy and arguments |
| 7/1/2005 | HAB | 3.00 | $ 1,275.00 | Review Summary Judgment Maximus documents |
| 7/2/2015 | HAB | 2.00 | $ 850.00 | Review Summary Judgment Response and declarations |
| 7/4/2015 | HAB | 0.50 | $ 212.50 | Read Response and outline Reply |
| 7/4/2015 | HAB | 0.50 | $ 212.50 | Tel JH re Summary Judgment Reply strategy |
| 7/5/2015 | HAB | 5.50 | $ 2,337.50 | Review and analyze Declaration G Bartolome and draft Reply |
| 7/5/2015 | HAB | 4.00 | $ 1,700.00 | Review and analyze G Bartolome Declaration and draft Reply |
| 7/5/2015 | HAB | 0.30 | $ 127.50 | Tel JH: SJ Reply |
| 7/5/2015 | HAB | 0.20 | $ 85.00 | Read Motion and Memo to Strike |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 7/6/2015 | HAB | 1.00 | $ 425.00 | Draft Reply to Declaration G Bartolome |
| 7/6/2015 | HAB | 2.00 | $ 850.00 | Conf JH & AB re Reply strategy and review Reply and time hours on site and home |
| 7/6/2015 | HAB | 9.00 | $ 3,825.00 | Analyze and draft and revise Reply to Declaration Brett and Declaration Bartolome |
| 7/6/2015 | HAB | 0.80 | $ 340.00 | Read M Piaz and A Compean Declarations for Objections and Reply |
| 7/6/2015 | HAB | 5.80 | $ 2,465.00 | Review SJ Response and outline arguments for Reply Memo and email JH & AB |
| 7/6/2015 | HAB | 6.00 | $ 2,550.00 | Draft Reply Memo to E Brett and Bartolome Declarations |
| 7/9/2015 | HAB | 4.00 | $ 1,700.00 | Revise Reply Memo Brett and Bartolome Declarations |
| 7/6/2015 | HAB | 0.40 | $ 170.00 | Tel JH: Reply |
| 7/6/2015 | HAB | 2.00 | $ 850.00 | Draft Reply to J Lugo's Declaration; |
| 7/6/2015 | HAB | 3.40 | $ 1,445.00 | Review Arredondo, Perez and Morelas emails for Reply |
| 7/6/2015 | HAB | 3.00 | $ 1,275.00 | Draft Reply Memo and Evidentiary Standard Section |
| 7/6/2015 | HAB | 1.10 | $ 467.50 | Draft Declaration of Belodoff |
| 7/6/2015 | HAB | 1.30 | $ 552.50 | Read Reply Memo Summary Judgment and review exhibits |
| 7/16/2015 | HAB | 0.30 | $ 127.50 | Tel Luken: Trainers mediation confidentiality agreement and N Squyres |
| 7/26/2015 | HAB | 3.50 | $ 1,487.50 | Review Opposition to Motion to Strike Documents and Declarations: compare calendars for H Bartolome and E Brett |
| 7/27/2015 | HAB | 0.80 | $ 340.00 | Review Response to Motion to Compel and Motion in Limine |
| 7/28/2015 | HAB | 1.50 | $ 637.50 | Meeting JH; review response to Motion to Strike and calendars |
| 7/30/2015 | HAB | 1.00 | $ 425.00 | Review summary judgment Reply Memo and research for Reply Memo Motion in Limine |
| 7/31/2015 | HAB | 4.00 | $ 1,700.00 | Review documents and analyze Maximus Declarations for OT compared to Plaintiffs and review Memo In Limine for Reply |
| 8/1/2015 | HAB | 2.00 | $ 850.00 | Read Response Memo In Limine and research cases |
| 8/1/2015 | HAB | 3.00 | $ 1,275.00 | Review & analyze Stuckbush OT hours with Pls and Maximus Declarations |
| 8/1/2015 | HAB | 8.50 | $ 3,612.50 | Review Declarations and outline issues for M Piaz and A Campean; read cases Rule 26 expert disclosures and outline; Review *Daubert* and Rule 702 requirements in Memo |
| 8/3/2015 | HAB | 2.50 | $ 1,062.50 | Review & analyze Response : December 21st hours |
| 8/4/2015 | HAB | 10.00 | $ 4,250.00 | Review Response to Motion in Limine; outline arguments for Reply; draft Reply Memo |
| 8/5/2015 | HAB | 7.50 | $ 3,187.50 | Draft Reply Motion in Limine; review badge swipes 12/21-12/22 |
| 8/6/2015 | HAB | 1.00 | $ 425.00 | Tel JH re strategy for Reply Motion to Strike |
| 8/6/2015 | HAB | 4.00 | $ 1,700.00 | Draft Reply Motion in Limine |
| 8/7/2015 | HAB | 1.00 | $ 425.00 | Review Offer of Judgment and tel JH |
| 8/7/2015 | HAB | 8.50 | $ 3,612.50 | Research and draft Reply Memo |
| 8/7/2015 | HAB | 0.70 | $ 297.50 | Draft Motion and Order to Extend Time for Reply to Motion |
| 8/8/2015 | HAB | 9.00 | $ 3,825.00 | Research and Draft and revise Reply Memo Motion in Limine |

| Date | Initials | Amount | | Hours | Description |
|---|---|---|---|---|---|
| 8/9/2015 | HAB | 3,400.00 | $ | 8.00 | Research and Draft and revise Reply Memo Motion in Limine |
| 8/10/2015 | HAB | 4,335.00 | $ | 10.20 | Draft and revise Reply Memo Motion in Limine |
| 8/11/2015 | HAB | 1,912.50 | $ | 4.50 | Revise and draft Reply Memo Motion in Limine |
| 8/12/2015 | HAB | 4,462.50 | $ | 10.50 | Draft and finalize Reply Motion in Limine |
| 8/12/2015 | HAB | 425.00 | $ | 1.00 | Draft 2nd Declaration of H Belodoff with Exhibits |
| 8/12/2015 | HAB | 85.00 | $ | 0.20 | Tel JH re meeting offer of judgment |
| 8/12/2015 | HAB | 127.50 | $ | 0.30 | Tel JH re reply to Motion to Strike |
| 8/12/2015 | HAB | 127.50 | $ | 0.30 | Tel JH re Reply and compare and strike arguments |
| 8/12/2015 | HAB | 1,190.00 | $ | 2.80 | Review and analyze Stuckwich spreadsheets and Response to Motion to Compel |
| 8/14/2015 | HAB | 3,400.00 | $ | 8.00 | Analyze Stuckwich spreadsheets and prepare for Reply Motion to Compel |
| 8/15/2015 | HAB | 3,485.00 | $ | 8.20 | Draft Reply Motion to Compel |
| 8/15/2015 | HAB | 127.50 | $ | 0.30 | Read Reply Motion to Strike |
| 8/16/2015 | HAB | 3,825.00 | $ | 9.00 | Draft Reply Motion to Compel; analyze Stuckwish computer code with RB |
| 8/17/2015 | HAB | 4,250.00 | $ | 10.00 | Draft and finalize Reply Motion to Compel and 2nd Declaration Belodoff and Exhibits 1-5 |
| 8/24/2015 | HAB | 425.00 | $ | 1.00 | Settlement process with Trainer:  class members |
| 8/27/2015 | HAB | 255.00 | $ | 0.60 | Tel JH re Trainer's settlement and trial strategies; offer of judgment |
| 8/31/2015 | HAB | 637.50 | $ | 1.50 | Conf JH & VF: Trainer's settlement negotiations and strategy |
| 9/1/2015 | HAB | 425.00 | $ | 1.00 | Finalize Trainer attorney time records for settlement conference |
| 9/8/2015 | HAB | 212.50 | $ | 0.50 | Conf JH; Trainer review Exhibit 5Stuckwish spreadsheets and verifiable data and extrapolated time |
| 9/9/2015 | HAB | 127.50 | $ | 0.30 | Tel JH re Trainer settlement negotiations and attorney fees |
| 9/15/2015 | HAB | 127.50 | $ | 0.30 | Trainers: Tel Judge Likens |
| 9/15/2015 | HAB | 170.00 | $ | 0.40 | Trainers: Tel JH re settlement |
| 9/17/2015 | HAB | 42.50 | $ | 0.10 | Read NS email re Trainers settlement proposal |
| 9/18/2015 | HAB | 425.00 | $ | 1.00 | Trainers: conf JH & AB re client settlement meeting |
| 9/18/2015 | HAB | 977.50 | $ | 2.30 | Trainers: Meeting with clients to review settlement proposals |
| 9/18/2015 | HAB | 170.00 | $ | 0.40 | Trainers: Conf JH & AB with Nocole and Jason |
| 9/18/2015 | HAB | 340.00 | $ | 0.80 | Trainers: Conf JH & AB re settlement counter proposal |
| 9/19/2015 | HAB | 382.50 | $ | 0.90 | Trainer: Tel JH re settlement negotiations with Newal & strategy |
| 9/21/2015 | HAB | 85.00 | $ | 0.20 | Trainer: Email JH re settlement strategy |
| 9/21/2015 | HAB | 127.50 | $ | 0.30 | Trainer: Tel JH re settlement proposal by Maximus |
| 9/21/2015 | HAB | 85.00 | $ | 0.20 | Trainer: Tel JH re settlement proposal |
| 9/21/2015 | HAB | 170.00 | $ | 0.40 | Trainer: Tel JH re update on settlement stipulation and attorney fees |
| 9/21/2015 | HAB | 637.50 | $ | 1.50 | Trainer: Prep for summary judgment and Motion hearing |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 9/22/2015 | HAB | 0.50 | $ 212.50 | Trainer: Tel JH re settlement |
| 9/22/2015 | HAB | 0.10 | $ 42.50 | Trainer: Tel Newall re liquidated damages |
| 9/22/2015 | HAB | 0.30 | $ 127.50 | Trainer: Tel JH re settlement & hearing |
| 9/22/2015 | HAB | 0.40 | $ 170.00 | Trainer: Tel JH re settlement and email to clients |
| 9/23/2015 | HAB | 1.30 | $ 552.50 | Trainer: Conf JH re hearing and attorney fees strategy |
| 9/24/2015 | HAB | 1.30 | $ 552.50 | Prep for hearing & conf JH & Shannon Morales |
| 9/24/2015 | HAB | 0.20 | $ 85.00 | Finalize & email Trainer attorney time to JH |
| 9/24/2015 | HAB | 1.50 | $ 637.50 | Attend hearing and conf JH & Shannon Moreless |
| 9/24/2015 | HAB | 0.50 | $ 212.50 | Tel JH re client concern about delay and settlement |
| 10/19/2015 | HAB | 0.70 | $ 297.50 | Conf JH re liquidated damages; Response Memo strategy |
| 10/20/2015 | HAB | 1.10 | $ 467.50 | Finalize attorney time for Trainer hours and email JH & VF |
| 10/22/2015 | HAB | 1.20 | $ 510.00 | Conf JH re liquidated damages, arguments and Response; draft admissibility paragraph for email |
| 10/22/2015 | HAB | 2.30 | $ 977.50 | Review and revise Response to Liquidated Damages and conf JH; draft Rule 56(c) paragraph |
| 10/28/2015 | HAB | 1.50 | $ 637.50 | Review decisions re settlement approval, Murillo and Ontenerous and email JH |
| 10/28/2015 | HAB | 0.30 | $ 127.50 | Read Summary Judgment Response re Liquidated Damages, Dkt 131 |
| 11/2/2015 | HAB | 2.00 | $ 850.00 | Draft Memo re Motion to Approve Settlement and email JH; research *Nat. Rural Telecom v Direct TV* |
| 11/3/2015 | HAB | 0.80 | $ 340.00 | Revise Memo to Approve Settlement |
| 11/4/2015 | HAB | 2.00 | $ 850.00 | Draft Memo to Approve Settlement |
| 11/4/2015 | HAB | 0.20 | $ 85.00 | Tel JH re liquidated damages reply & hearing |
| 11/5/2015 | HAB | 0.30 | $ 127.50 | Tel JH re Memo to Approve Partial Settlement |
| 11/5/2015 | HAB | 6.50 | $ 2,762.50 | Draft Memo to Approve Partial Settlement & research |
| 11/5/2015 | HAB | 0.50 | $ 212.50 | Draft Motion to Approve Partial Settlement |
| 11/5/2015 | HAB | 0.50 | $ 212.50 | Conf JH & VF re attorney fees |
| 11/5/2015 | HAB | 0.20 | $ 85.00 | Conf JH re liquidated damages; reply memo strategy |
| 11/6/2015 | HAB | 1.80 | $ 765.00 | Finalize Memo & Motion in Support of Approval of Settlement & email NS & PH |
| 11/6/2015 | HAB | 0.30 | $ 127.50 | Read & reply PH email on Motion to Approve Settlement |
| 11/6/2015 | HAB | 0.50 | $ 212.50 | Calculate attorney time for NS |
| 11/12/2015 | HAB | 0.40 | $ 170.00 | Conf Vaughn Fisher and JH re attorney fees |
| 11/18/2015 | HAB | 1.00 | $ 425.00 | Read Response to Memo to Approve Settlement & Pls Memo to prep for hearing |
| 11/19/2015 | HAB | 1.50 | $ 637.50 | Prep for hearing an approving settlement and outline |
| 11/19/2015 | HAB | 1.50 | $ 637.50 | Meet with clients and attend telephone hearing |

| 11/21/2015 | HAB | 0.30 | $ | 127.50 | Read Order approving Settlement |
| 11/21/2015 | HAB | 0.30 | $ | 127.50 | Read Order re Liquidated Damages |
| 11/23/2015 | HAB | 0.40 | $ | 170.00 | Tel NS re Release issues |
| 11/23/2015 | HAB | 0.40 | $ | 170.00 | Review emails and email NS and reply |
| 11/23/2015 | HAB | 0.20 | $ | 85.00 | Email JH & VF; conf Newal re Releases and Liquidated Damages |
| 11/29/2015 | HAB | 0.20 | $ | 85.00 | Attorney fee Declarations and issues |
| 12/1/2015 | HAB | 0.30 | $ | 127.50 | Tel JH re Trainer Releases |
| 12/1/2015 | HAB | 0.10 | $ | 42.50 | Read & reply email AB; update trainers on settlement checks and attorney fees |
| 12/2/2015 | HAB | 0.10 | $ | 42.50 | Read & reply email NS re release and checks |
| 12/2/2015 | HAB | 1.20 | $ | 510.00 | Research attorney fees FLSA |
| 12/2/2015 | HAB | 0.90 | $ | 382.50 | Draft H Belodoff Declaration for attorney fees |
| 12/3/2015 | HAB | 0.30 | $ | 127.50 | Tel JH re release and fees |
| 12/3/2015 | HAB | 0.20 | $ | 85.00 | Draft Belodoff Declaration for fees; reply to emails C Davis checks and Release |
| 12/3/2015 | HAB | 0.20 | $ | 85.00 | Email VF re fees |
| 12/4/2015 | HAB | 0.40 | $ | 170.00 | Tel JH: Trainer Release |
| 12/4/2015 | HAB | 0.30 | $ | 127.50 | Tel JH: Motion Liquidated Damages |
| 12/4/2015 | HAB | 1.50 | $ | 637.50 | Draft Declaration HB: attorney fees |
| 12/4/2015 | HAB | 0.20 | $ | 85.00 | Email Erika Birch and Deborah Ferguson: Declarations for attorney fees |
| 12/4/2015 | HAB | 0.40 | $ | 170.00 | Read and reply emails E Birch and D Ferguson and review Declarations for attorney fees |
| 12/5/2015 | HAB | 1.20 | $ | 510.00 | Draft Declaration HB: attorney fees |
| 12/5/2015 | HAB | 0.80 | $ | 340.00 | Draft Declaration D Ferguson: attorney fees |
| 12/6/2015 | HAB | 0.20 | $ | 85.00 | Tel JH: attorney fees |
| 12/6/2015 | HAB | 0.50 | $ | 212.50 | Tel JH: Trainer Release |
| 12/6/2015 | HAB | 0.50 | $ | 212.50 | Revise HB and D Ferguson Declarations: attorney fees |
| 12/6/2015 | HAB | 1.40 | $ | 595.00 | Draft E Birch Declaration: attorney fees |
| 12/6/2015 | HAB | 0.50 | $ | 212.50 | Revise and update HB Vitae: attorney fees |
| 12/7/2015 | HAB | 0.40 | $ | 170.00 | Read emails and tel JH: Trainer Release |
| 12/7/2015 | HAB | 0.50 | $ | 212.50 | Conf Jim Medwick: review release and liquidated damages |
| 12/7/2015 | HAB | 0.30 | $ | 127.50 | Conf Vaughn: attorney fees |
| 12/7/2015 | HAB | 0.50 | $ | 212.50 | Conf AB and JH: attorney fees Declaration and Memo |

**Total Billed Amount:**     798.90   $     339,532.50