Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Allison Blackman, ISB No. 8686
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com
        allison@frhtriallawyers.com

*Attorneys for Plaintiffs*
*and the Putative Collective Action Members*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> MAXIMUS INC. <br><br> *Defendant* | Civil Action No. 1:14-cv-00030 <br><br> **DECLARATION OF ALLISON BLACKMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

TO DEFENDANT HEREIN, AND ITS RESPECTIVE ATTORNEYS OF RECORD:

**DECLARATION OF ALLISON BLACKMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES- 1**

I, ALLISON BLACKMAN, declare under penalty of perjury as follows:

1.      I am a member in good standing of the Bar of the United States District and Bankruptcy Court in the District of Idaho and am legal counsel for the Plaintiffs in the above-entitled action. I make this declaration on behalf of the Plaintiffs and in support of Plaintiffs' Motion for Attorneys' Fees. The facts contained herein are based upon my own personal knowledge, as will be shown. If called to Court to testify, I would testify to these same facts.

2.      I am an attorney licensed to practice in Idaho and have been an active member of the Idaho State Bar since September 29, 2011. I am also a member of the bar of Idaho's United State District and Bankruptcy Court since September 29, 2011. Additionally, I am an active member of Idaho's Trial Lawyers Association, the Idaho Women Lawyers, and the American Inn of Court.

3.      I received my undergraduate degree *summa cum laude* from the College of Idaho (formerly Albertson College of Idaho), and my J.D. from the University of Idaho College of Law, where I was a member of the Idaho Law Review.

4.      I have been employed by the law offices of Fisher Rainey Hudson PLLC since March of 2014. At our firm, Jeremiah Hudson and I specialize in plaintiff's employment law, including wage and hours cases. Since beginning my employment with Fisher Rainey Hudson PLLC, I have served as counsel on four employment cases, and I have regularly provided hourly human resource and employment law consulting to the firm's business clients.

5.      Prior to my employment at Fisher Rainey Hudson PLLC, I was employed, from approximately May of 2011 through May of 2013, by the Boise law office of Stoel Rives LLP.

6.      While at Stoel Rives LLP, in the matter of *Walter D. Balla v. Idaho State Board of Corrections, et al.*, the Federal District Court of Idaho deemed my $200 hourly rate, for 2011

**DECLARATION OF ALLISON BLACKMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES- 2**

and 2012, to be reasonable. *See Memorandum Decision and Order*, Case No. CV81-1165-S-BLW, Dkt. No. 867 at 12.

7.      My current rate for employment litigation, similar to this matter, is $225 per hour. It is my professional opinion that my rate sought is well within the range charged by comparably qualified attorneys in Boise, Idaho for similar litigation.

8.      Attached hereto as **Exhibit 1** is a spreadsheet accurately listing the actual hours I spent performing professional services in this case.

9.      I began work in this matter in March 2014.  I assisted Jeremiah Hudson and Howard Belodoff in conducting litigation of this matter.  My efforts included, but were not limited to: reviewing thousands of pages of documents produced in discovery; researching and drafting assigned segments of the memorandum and declarations filed in support of the motion to conditionally certify the class; attending and defending against the depositions of the Trainers in Boise, Idaho with Howard Belodoff; researching and drafting assigned segments of the pretrial motions and memoranda and declarations and memoranda opposing Maximus's Motion for Summary Judgment; preparing for and attending mediation; and assisting Jeremiah Hudson with client communications and meetings.

10.      Whenever possible Howard, Jeremiah, our paralegal Jennifer, and I worked on separate parts of this case to avoid duplication. However, due to the number of Trainers and the complexity of the case, the attorneys and paralegal had to coordinate their efforts by meeting with each other and at times working together on tasks.

11.      I have exercised billing discretion.  The remaining charges are fair and reasonable, and represent what I would charge a contingency client for this kind of work.

**DECLARATION OF ALLISON BLACKMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES- 3**

I declare under penalty of perjury under the laws of the United States and the State of Idaho that the foregoing is true and correct.

Executed this $\underline{10}^{th}$ day of December, 2015 at Boise, Idaho

_____

ALLISON BLACKMAN, ESQ.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this $\underline{10}^{th}$ day of December 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy of this document to the following persons:

B. Newal Squyres
Nsquyres@hollandhart.com

Pamela S. Howland
phowland@hollandhart.com

Douglas L. Abbot
dabbott@hollandhart.com

Jennifer Jensen
jmjensen@hollandhart.com

**DECLARATION OF ALLISON BLACKMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES- 4**

# Exhibit 1

Allison Blackman     $     225.00

| Date | Timekeeper | Time | Billable Amount | Description |
|---|---|---|---|---|
| 3/3/2014 | AMB | 0.40 | $ 90.00 | Case Status Meeting |
| 3/5/2014 | AMB | 3.50 | $ 787.50 | Review collective action certification case-law; attend two potential client meetings to familiarize myself with the case and possible claims. |
| 3/6/2014 | AMB | 1.00 | $ 225.00 | Legal Research re: Kolstad doctrine alleged in D's Answer, provide findings to Jeremiah Hudson. |
| 3/12/2014 | AMB | 0.30 | $ 67.50 | Case Status Meeting |
| 3/15/2014 | AMB | 2.00 | $ 450.00 | Case Status Meeting with clients |
| 3/19/2014 | AMB | 0.70 | $ 157.50 | Meet with Jeremiah to discuss client wage and hours spreadsheet to capture lost wages. |
| 3/21/2014 | AMB | 0.20 | $ 45.00 | Case Status Meeting |
| 3/28/2014 | AMB | 0.70 | $ 157.50 | Case Status Meeting |
| 3/31/2014 | AMB | 2.00 | $ 450.00 | Review email's forwarded by Howard Belodoff concerning a variety of client identified issues; revise Howard Belodoff's email re potential Maximus disability discrimination towards trainers |
| 4/4/2014 | AMB | 5.00 | $ 1,125.00 | Research and draft Trainer Affidavits for Motion to Certify under Rule 23; send to Jeremiah Hudson for review. |
| 4/10/2014 | AMB | 1.80 | $ 405.00 | Meet with Jeremiah Hudson re Litigation Plan; draft Litigation Plan and Addendum, provide to Jeremiah Hudson for review. |
| 4/11/2014 | AMB | 0.20 | $ 45.00 | Case Status Meeting |
| 4/16/2014 | AMB | 0.80 | $ 180.00 | Revise addendum to litigation plan, send to Jeremiah Hudson for review. |
| 4/27/2014 | AMB | 1.00 | $ 225.00 | Review draft of Plaintiffs' objection to Defendant's Litigation Plan. |
| 4/29/2014 | AMB | 0.20 | $ 45.00 | Strategize with Jeremiah Hudson re preparation of draft notice. |
| 4/30/2014 | AMB | 0.20 | $ 45.00 | Case Status Meeting |
| 5/1/2014 | AMB | 1.00 | $ 225.00 | Research FLSA collective action notices. |
| 5/2/2014 | AMB | 0.20 | $ 45.00 | Case Status Meeting |
| 5/5/2014 | AMB | 0.10 | $ 22.50 | Case Status Meeting |
| 5/5/2014 | AMB | 2.00 | $ 450.00 | Continue researching FLSA collective action class notices. |
| 5/9/2014 | AMB | 3.00 | $ 675.00 | Review and edit Proposed Notice for Trainers and Memorandum in Support. |
| 5/12/2014 | AMB | 0.20 | $ 45.00 | Case Status Meeting |
| 5/12/2014 | AMB | 1.00 | $ 225.00 | Review class certification case-law in preparation of drafting motion to certify collective action. |

| Date | | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 5/31/2014 | AMB | 2.00 | $ | 450.00 | Case Status Meeting with clients at Elmer's discussing case updates and next steps. |
| 6/9/2014 | AMB | 0.50 | $ | 112.50 | Contact Trainers with outstanding time sheet submissions in anticipation of Friday's initial disclosure |
| 6/11/2014 | AMB | 2.50 | $ | 562.50 | Draft and revise a letter to opposing counsel regarding Paragraph 9 of the Parties' Proposed Stipulated Confidentiality Agreement |
| 6/13/2014 | AMB | 0.70 | $ | 157.50 | Review finalized initial disclosure and make final edits; coordinate service to Defendant. |
| 6/19/2014 | AMB | 0.30 | $ | 67.50 | Review Howard Belodoff's changes to the final version of Stipulated Protective Order and Confidentiality Agreement. |
| 6/19/2014 | AMB | 0.20 | $ | 45.00 | Case Status Meeting |
| 7/3/2014 | AMB | 0.50 | $ | 112.50 | Meet with Jeremiah to discuss sending of an update email; draft update email and send to clients. |
| 7/11/2014 | AMB | 0.80 | $ | 180.00 | review Defendant's changes to protective order and confidentiality agreement, compare changes and share the same with Jeremiah Hudson |
| 7/11/2014 | AMB | 0.30 | $ | 67.50 | Case Status Meeting |
| 7/16/2014 | AMB | 0.20 | $ | 45.00 | Phone call to potential client regarding nature of the lawsuit. |
| 7/21/2014 | AMB | 0.40 | $ | 90.00 | Case Status Meeting |
| 7/22/2014 | AMB | 2.50 | $ | 562.50 | Receive Defendant's Response to Plaintiffs' Motion to Conditionally Certify Collective Action- review brief and related documents, begin outlining Reply brief ; strategize with Jeremiah Hudson re the same. |
| 7/24/2014 | AMB | 0.40 | $ | 90.00 | Meet with Jeremiah Hudson regarding documents provided in Initial Disclosures, and discuss potential strategy re emails between Maximus and GDIT re reclassification of trainers; strategize re Jeremiah's phone conversation with ex-Black Turtle employee re possible addition of GDIT to lawsuit |
| 7/28/2014 | AMB | 2.00 | $ | 450.00 | Begin review of initial disclosures. |
| 7/28/2014 | AMB | 0.40 | $ | 90.00 | Phone call with client. |
| 7/28/2014 | AMB | 0.20 | $ | 45.00 | Case Status Meeting |
| 7/29/2014 | AMB | 2.00 | $ | 450.00 | Continue review of initial disclosures. |
| 7/30/2014 | AMB | 1.60 | $ | 360.00 | Continue review of initial disclosures; discuss with Jeremiah Hudson client's request for review of some related documents, specifically discussing requirements related to confidentiality agreement and a discussion of the documents to made available to the client. |
| 8/1/2014 | AMB | 0.30 | $ | 67.50 | Phone conversation with Brownsville Trainer re Maximus retaliation against her for participating in the FLSA suit. |
| 8/4/2014 | AMB | 3.00 | $ | 675.00 | Finalize review of initial disclosures. |

| Date | | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 8/5/2014 | AMB | 1.00 | $ | 225.00 | Continue reviewing initial disclosures |
| 8/11/2014 | AMB | 4.40 | $ | 990.00 | Strategize revisions to reply with Jeremiah Hudson; make final revisions and conduct citation check |
| 8/20/2014 | AMB | 0.30 | $ | 67.50 | meeting with Jeremiah Hudson and Jenn Hanway re Trainer's timeslips |
| 8/25/2014 | AMB | 0.70 | $ | 157.50 | Case Status Meeting |
| 8/26/2014 | AMB | 1.20 | $ | 270.00 | Draft letter to opposing counsel requesting for Defendant to (1) Comply with the Court's Initial Disclosures Deadline for First-Level Supervisors, (2) Provide Accurate Time Records for Plaintiff's Brownsville clients; and (3) Provide Missing Miscellaneous Trainer Time Records, as indicated by the letter. |
| 8/28/2014 | AMB | 0.40 | $ | 90.00 | Conversation with client re Maximus email discussing Trainer responsibilities. |
| 9/8/2014 | AMB | 0.50 | $ | 112.50 | Case Status Meeting |
| 9/15/2014 | AMB | 0.20 | $ | 45.00 | Edit letter to Pam Howland and Newal Squyres re outstanding discovery issues |
| 9/22/2014 | AMB | 0.60 | $ | 135.00 | Case Status Meeting |
| 9/29/2014 | AMB | 0.40 | $ | 90.00 | Case Status Meeting |
| 10/13/2014 | AMB | 1.00 | $ | 225.00 | Review Maximus's First Set of Interrogatories and Requests for Production of Documents to Trainers; draft letter to Trainers re their assistance in responding to Maximus's discovery requests. |
| 10/15/2014 | AMB | 3.00 | $ | 675.00 | Begin drafting Response to Maximus's First Set of Interrogatories and Requests for Productions of Documents to Trainers. |
| 10/16/2014 | AMB | 3.00 | $ | 675.00 | Finalize first draft of Plaintiffs' response to Maximus's Interrogatories. |
| 10/21/2014 | AMB | 0.40 | $ | 90.00 | Case Status Meeting |
| 10/22/2014 | AMB | 1.50 | $ | 337.50 | Strategize with Jeremiah Hudson re update meeting with Trainers; attend update meeting with Trainers. |
| 10/23/2014 | AMB | 5.00 | $ | 1,125.00 | Review client documents for responsiveness to Defendant's First Interrogatories and Requests for Production of Documents to Trainers. |
| 10/24/2014 | AMB | 6.00 | $ | 1,350.00 | Finalize Plaintiffs' Response to MAXIMUS' First Set of Interrogatories and Request for Document Production to Trainers. |
| 10/27/2014 | AMB | 0.60 | $ | 135.00 | Draft trainer update email, including discussion of trainer meeting and send to Jeremiah Hudson for review; make final edits to the same. |
| 11/10/2014 | AMB | 1.50 | $ | 337.50 | Maximus meeting with Jeremiah Hudson and Howard Belodoff discussing motion for summary judgment and discovery responses. |
| 12/2/2014 | AMB | 1.50 | $ | 337.50 | Review interrogatories drafted by Jeremiah Hudson; meet with Hudson to discuss the same (.3); input changes as discussed. |
| 12/8/2014 | AMB | 1.30 | $ | 292.50 | Attend Maximus case update meeting with Jeremiah Hudson and Howard Belodoff. |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 12/12/2014 | AMB | 0.60 | $ | 135.00 | Draft letter to plaintiff class member's reminding them of their obligations re the prevention of spoliation of evidence; provide to Jeremiah Hudson for review. |
| 12/15/2014 | AMB | 0.60 | $ | 135.00 | Case Status Meeting with Jeremiah Hudson and Howard Belodoff. |
| 12/23/2014 | AMB | 0.40 | $ | 90.00 | review correspondence from opposing counsel regarding requested information. |
| 12/30/2014 | AMB | 0.80 | $ | 180.00 | Brainstorm response to letter from opposing counsel dated 12-22-2014 regarding deficient discovery responses. |
| 1/5/2015 | AMB | 1.50 | $ | 337.50 | Meet with Jeremiah to discuss Maximus' demand for supplemental discovery; Maximus meeting; review client Questionnaire for calculation of hours |
| 1/6/2015 | AMB | 0.20 | $ | 45.00 | Final review of Questionnaire form for client's regarding discovery of hours calculation. |
| 1/9/2015 | AMB | 2.00 | $ | 450.00 | Meet with Jeremiah Hudson re experts; begin research re the same. |
| 1/12/2015 | AMB | 2.00 | $ | 450.00 | Meeting with Jeremiah Hudson and Howard Belodoff to discuss Trainer and Supervisor expert disclosures. Also discuss responses to Defendants' request for supplemental discovery re Trainers. |
| 1/12/2015 | AMB | 2.50 | $ | 562.50 | research representative testimony requirements, in lieu of expert testimony in FLSA cases. |
| 1/13/2015 | AMB | 2.00 | $ | 450.00 | Review client documents for responsiveness to Defendant's request for Trainers supplemental discovery |
| 1/14/2015 | AMB | 2.80 | $ | 630.00 | meeting with Jennifer Hanway and Jeremiah Hudson to determine Plaintiff's First Supplemental Response to Defendant's request for Trainer discovery supplements; draft Supplemental Response and work with Jenn to ensure accuracy of production. |
| 1/19/2015 | AMB | 1.00 | $ | 225.00 | attend case status meeting to discuss discovery issues re Trainers. |
| 1/26/2015 | AMB | 0.90 | $ | 202.50 | review Brownsville supplemental discovery questionnaire with Jennifer Hanway; review Trainer special projects information, discuss the same with Jenn Hanway |
| 1/26/2015 | AMB | 1.50 | $ | 337.50 | Review trainer supplemental discovery produced by the clients |
| 1/27/2015 | AMB | 1.00 | $ | 225.00 | final review of 2nd supplemental discovery and Brownsville Trainer questionnaire; meet with Jeremiah Hudson and Jenn Hanway re the same |
| 1/27/2015 | AMB | 0.60 | $ | 135.00 | Meeting with Howard Belodoff and Jeremiah Hudson re reconstruction of Trainers hours for purposes of partial summary judgment. |
| 2/2/2015 | AMB | 0.50 | $ | 112.50 | Meeting with Howard Belodoff and Jeremiah Hudson re Trainer discovery and upcoming Brownsville depositions. |
| 2/6/2015 | AMB | 3.50 | $ | 787.50 | Review Plaintiffs' Second Supplemental Discovery re Trainers and provide changes to Jenn Hanway; research FLSA attorney's fees in the Ninth circuit and how court's interpret contingency fee agreements, and draft memorandum re the same and provide to Vaughn Fisher |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 2/9/2015 | AMB | 1.00 | $ 225.00 | Meeting with Vaughn Fisher, Jeremiah Hudson, and Howard Belodoff regarding possible settlement and plaintiffs' strategy moving forward; also discuss response to Pam Howland's request to supplement trainers discovery |
| 2/10/2015 | AMB | 0.30 | $ 67.50 | Meet with Jeremiah to discuss Helene Fisher emails re Alice Compean and use of that information in Compean's deposition |
| 2/11/2015 | AMB | 2.00 | $ 450.00 | Research case-law to rebut Pamela Howland's request for supplement discovery arising from client's social media and provide findings to Jeremiah Hudson and Howard Belodoff; begin reviewing Maximus discovery for Alice Compean emails to use in her upcoming Granville Deposition |
| 2/12/2015 | AMB | 2.00 | $ 450.00 | Draft Plaintiffs' Responses to Maximus's Second Set of Interrogatories and Requests for Production and First Set Of Requests for Admission, focusing primarily on the Responses to Interrogatories. |
| 2/13/2015 | AMB | 1.60 | $ 360.00 | Prepare with Jeremiah Hudson and Jenn Hanway final version of Plaintiff's second supplemental trainer discovery, focusing on interrogatories. |
| 2/17/2015 | AMB | 2.50 | $ 562.50 | Review Maximus' produced discovery for emails sent to/from Alice Compian in preparation of Jeremiah's deposition of the same. |
| 2/18/2015 | AMB | 3.00 | $ 675.00 | finalize review of all discovery for emails relating to Alice Compean deposition, and provide documents and discuss with Jeremiah Hudson. |
| 2/19/2015 | AMB | 0.70 | $ 157.50 | confirm Villafranco, Carley, and Ortiz availability for meeting with Jeremiah Hudson prior to their Granville Depositions, and provide Maximus personnel files to each. |
| 2/24/2015 | AMB | 0.30 | $ 67.50 | discuss Granville depositions with Jeremiah Hudson and receive research assignment re Romiro Ortiz deposition. |
| 2/26/2015 | AMB | 3.00 | $ 675.00 | review all discovery searching for documents related to Romiro Ortiz to assist Jeremiah Hudson in deposition preparation; phone call with Jeremiah Hudson re the same |
| 3/2/2015 | AMB | 0.80 | $ 180.00 | meeting to discuss outstanding discovery issues, Paiz and Irchetta depositions, and other issues relevant to possible settlement |
| 3/4/2015 | AMB | 0.50 | $ 112.50 | Respond to Jeremiah's request to find specific email produced to Maximus; review all discovery in search of relevant document with Jenn Hanway and report back to Jeremiah Hudson re the same. |
| 3/9/2015 | AMB | 1.40 | $ 315.00 | Attend meeting with Jeremiah Hudson, Howard Belodoff, and Jenn Hanway to discuss additional Trainer depositions and Trainer settlement strategy. |
| 3/11/2015 | AMB | 0.80 | $ 180.00 | Work with Jenn Hanway to construct Plaintiffs' settlement proposal spreadsheet, and discuss the same with Jeremiah Hudson |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 3/16/2015 | AMB | 2.10 | $ | 472.50 | Weekly meeting with Jeremiah Hudson and Howard Belodoff to review settlement strategy; work with Jenn to draft template for proposed hours for settlement purposes; review expert report |
| 3/17/2015 | AMB | 0.70 | $ | 157.50 | Revise proposed hours template with Jenn Hanway and review the same with Jeremiah Hudson |
| 3/19/2015 | AMB | 2.40 | $ | 540.00 | Draft reminder email and explanation of expert report to Boise trainers; attend Boise Trainer client update meeting. |
| 3/23/2015 | AMB | 0.80 | $ | 180.00 | Meeting with Howard Belodoff and Jeremiah Hudson to discuss requirements for mediation statement and devise work assignments, and strategize additional communication to clients requesting final information to finalize Plaintiffs individual claims for damages. |
| 3/24/2015 | AMB | 1.00 | $ | 225.00 | Draft email to clients re-capping discussion held at Trainer Update Meeting which occurred on March 19, 2015, review changes from Jeremiah Hudson and finalize |
| 3/25/2015 | AMB | 2.80 | $ | 630.00 | Review notes from client meeting and previous meeting with Howard Belodoff and Jeremiah Hudson and draft email to clients requesting additional information to support additional hours in their individual damages claims. Respond to Trainers' inquiries regarding their individual claims for hours, and provide information to Jenn Hanway for incorporation into client's individual claimed hours spreadsheets: Robert Wauchope, Brad Epperly, Kelly Knowles, Kim Hall, Dean McKenzie, Chris Prindle, Tyson James, Jeannette Rodriguez, John Shell. |
| 3/26/2015 | AMB | 1.20 | $ | 270.00 | Respond to the following Trainers regarding their individual claims for hours, and provide information to Jenn Hanway for incorporation into client's individual claimed hours spreadsheets: Stephanie Jones, Mark Zumwald, Chadwick Davis, Tricia Howerton, Audra Girard, Sue Hess. |
| 3/27/2015 | AMB | 3.20 | $ | 720.00 | Client meetings for deposition preparation with Jeanette Rodriguez, Jeremiah Hudson, and Howard Belodoff; client meeting for deposition preparation with Shannon Morales, Jeremiah Hudson and Howard Belodoff; respond to trainer inquiry regarding individual damage claim, Christie Itokazu. |
| 3/30/2015 | AMB | 2.40 | $ | 540.00 | Revise Plaintiffs Second Request for Discovery; deposition preparation meeting with Nancy Richards, Jeremiah Hudson and Howard Belodoff; discuss Defendants' Expert Report with Howard Belodoff and Jeremiah Hudson. |

| Date | | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 3/31/2015 | AMB | 1.30 | $ | 292.50 | Email clients re their damage valuation for their individual hours claim: Doug Scott, Jann Silverthorn, Jason Svir, Mark Boylan, Nicole Boyles, Onaldo Rivas, Rachel Montegomery, Regis Harvey, Sue Mercer Tyler King; review Defendants' Motion for Summary Judgment re Retaliation Claims. |
| 4/1/2015 | AMB | 2.80 | $ | 630.00 | Research Daubert standard applied to FLSA cases in the Ninth Circuit, provide findings to Howard Belodoff; review finalized individual claimed hours spreadsheet created by Jenn Hanway. |
| 4/2/2015 | AMB | 9.80 | $ | 2,205.00 | Deposition preparation with Nancy Richards, attended also by Howard Belodoff; attend Depositions of Nancy Richards; deposition preparation meeting with Doug Scott. |
| 4/3/2015 | AMB | 8.30 | $ | 1,867.50 | Deposition preparation meeting with Shannon Morales, also attended by Howard Belodoff; attended deposition of Shannon Morales; phone conversation with Doug Scott discussing deposition preparation. |
| 4/4/2015 | AMB | 3.50 | $ | 787.50 | Chadwick Davis deposition preparation meeting with client and Howard Belodoff. |
| 4/6/2015 | AMB | 10.10 | $ | 2,272.50 | Doug Scott deposition preparation and lunch meeting with client and Howard Belodoff; attend Doug Scott Depositions; Nicole Boyles deposition preparation meeting with client and Howard Belodoff. |
| 4/7/2015 | AMB | 8.50 | $ | 1,912.50 | Chadwick Davis preparation and lunch meeting with client and Howard Belodoff; attend Chadwick Davis deposition |
| 4/8/2015 | AMB | 1.50 | $ | 337.50 | Phone call from client Chadwick Davis re-ongoing retaliation; phone call with Newal Squyres re cancellation of depositions; phone call with Jeremiah Hudson re the same; phone call with Howard Belodoff re the same; follow-up phone call with client Chadwick Davis re ongoing retaliation. |
| 4/14/2015 | AMB | 0.20 | $ | 45.00 | Discuss revisions to Brownsville individual damage calculation spreadsheets with Jenn Hanway. |
| 4/14/2015 | AMB | 1.50 | $ | 337.50 | Attend meeting with Howard Belodoff, Jeremiah Hudson and Jenn Hanway- discussing outcome of Plaintiffs' depositions, strategy for mediation statement and response to Defendant's Motion for Summary Judgment |
| 4/15/2015 | AMB | 0.20 | $ | 45.00 | Discuss changes to individual damage claim spreadsheets with Jenn Hanway |
| 4/16/2015 | AMB | 0.70 | $ | 157.50 | Review changes to individual damage claim spreadsheets with Jenn Hanway; review damage claim spreadsheets in excel format to verify calculations therein; meet with Jeremiah Hudson and Jenn Hanway re the same. |
| 4/20/2015 | AMB | 2.00 | $ | 450.00 | Attend case status meeting with Howard Belodoff and Jeremiah Hudson discussing Plaintiff's Mediation Statement and approach to mediation, as well as Plaintiff's Response to Defendant's Motion for Partial Summary Judgment |

| Date | Initials | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 4/21/2015 | AMB | 3.00 | $ 675.00 | Begin reviewing Defendant's Partial Motion for Summary Judgment, Declaration of Amy Lowry and Statement of Undisputed Facts and begin outlining Plaintiff's Response. |
| 4/22/2015 | AMB | 5.00 | $ 1,125.00 | Research cases for use in Plaintiff's Response to Defendant's Motion for Summary Judgment, focusing on cases with holdings opposite to Blackie and Humm; begin drafting Statement of Disputed Facts and Declaration of Jeremiah M. Hudson iso Plaintiff's Response. |
| 4/23/2015 | AMB | 6.00 | $ 1,350.00 | Finalize first draft of Declaration of Jeremiah Hudson and Statement of Disputed Facts iso Plaintiffs' Reply to Defendant's Motion for Partial Summary Judgment. |
| 4/25/2015 | AMB | 4.00 | $ 900.00 | Continue Drafting Plaintiffs' Response to Defendant's Motion for Partial Summary Judgment Re: Retaliation |
| 4/27/2015 | AMB | 4.60 | $ 1,035.00 | Attend strategy meeting with Howard Belodoff and Jeremiah Hudson to discuss Response to Partial Motion for Summary Judgment and Mediation Statement; continue drafting Plaintiffs' Response to Defendant's Motion for Partial Summary Judgment. |
| 4/28/2015 | AMB | 6.40 | $ 1,440.00 | Finalize draft of Plaintiffs' Response to Defendant's Motion for Partial Summary Judgment; meet with Jeremiah Hudson to finalize client settlement authority email; send client authority emails to each client, and calculate proposed damages formula for each client. |
| 4/29/2015 | AMB | 5.80 | $ 1,305.00 | Phone teleconference with Jeremiah Hudson, and Howard Belodoff ; draft email to client's regarding settlement authority; respond to client concerns regarding settlement authority; revise Hudson and Hanway Declarations and Statement of Disputed Facts. |
| 4/30/2015 | AMB | 9.30 | $ 2,092.50 | Revise Plaintiffs' Response to Defendant's Partial Motion for Summary Judgment; telephonic conference with Howard Belodoff and Jeremiah Hudson discussing the Response and Mediation Statement; send update to client regarding Saturday meeting in advance of mediation. |
| 5/1/2015 | AMB | 7.40 | $ 1,665.00 | Respond to client questions via email and phone regarding settlement authority; revise Mediation Statement and create corresponding Exhibit list; meet with Howard Belodoff to discuss Damage Calculation spreadsheets and client meeting |
| 5/2/2015 | AMB | 2.50 | $ 562.50 | Client meeting to discuss mediation; strategy meeting with Howard Belodoff and Jeremiah Hudson re mediation. |
| 5/4/2015 | AMB | 5.00 | $ 1,125.00 | Individual phone calls to clients regarding their individual claims for hours and their settlement authority; meeting with Howard Belodoff and Jeremiah Hudson pre-client meeting re mediation; client meeting with class representatives attending mediation. |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 5/5/2015 | AMB | 12.60 | $ | 2,835.00 | Client meeting pre-deposition; attend mediation; meet with Howard Belodoff and Jeremiah Hudson (lunch meeting and post meeting); individual damage calculations at lower rates. |
| 5/6/2015 | AMB | 12.80 | $ | 2,880.00 | Pre-mediation meeting with clients; attend mediation with clients; meeting with Howard Belodoff and Jeremiah Hudson (lunch meeting) during mediation. |
| 5/7/2015 | AMB | 4.50 | $ | 1,012.50 | Meeting with Jeremiah discussing client issues arising from mediation; phone call with Howard Belodoff discussing client settlement authority and various damage calculations; analyze potential settlement offers and create comparison chart shared with Jeremiah Hudson and Howard Belodoff |
| 5/11/2015 | AMB | 1.50 | $ | 337.50 | Meeting to strategize post mediation client meeting; strategize summary judgment motion and assign tasks |
| 5/12/2015 | AMB | 2.00 | $ | 450.00 | Review claimed hours breakdown to determine percentage thresholds for client's minimum amount allowable for settlement |
| 5/13/2015 | AMB | 6.00 | $ | 1,350.00 | Research SCA jurisdiction re wage differential and benefits and how to bring a claim; client meeting post mediation. |
| 5/14/2015 | AMB | 0.50 | $ | 112.50 | Contact Gloria Perez re her individual hours claim |
| 5/18/2015 | AMB | 0.30 | $ | 67.50 | Meet with Jeremiah to discuss task for this week to support drafting motion for summary judgment |
| 5/19/2015 | AMB | 2.00 | $ | 450.00 | Contact Tyler King re his Declaration iso Motion for Summary Judgment; begin reviewing Carlos Carley deposition assessing strength of his claims and use of his deposition as evidence in motion for summary judgment. |
| 5/20/2015 | AMB | 2.00 | $ | 450.00 | Finalize review of Carlos Carley deposition for use in Plaintiffs' summary judgment. |
| 5/21/2015 | AMB | 2.90 | $ | 652.50 | Review Nancy Richards records to identify records relevant to her individual hours claim as well as records relevant to other Trainers hours claims; discuss the same with Jeremiah Hudson; contact Tyler King re providing declaration iso Summary Judgment Motion. |
| 5/22/2015 | AMB | 5.50 | $ | 1,237.50 | Work with Jeremiah to create Shannon Morales and Tyler King Declarations iso Plaintiffs' Motion for Summary Judgment; meeting with Shannon Morales and Jeremiah Hudson to review her draft Declaration. |
| 5/26/2015 | AMB | 3.40 | $ | 765.00 | Draft Angie Arredondo declaration; phone call with Arredondo re the same. |
| 5/27/2015 | AMB | 4.40 | $ | 990.00 | Finalize Arredondo declaration; phone call with Angie Arredondo re the same; revise Morales declaration; review Trainer stipulation; begin revisions to Plaintiffs' statement of undisputed facts. |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 5/28/2015 | AMB | 10.10 | $ | 2,272.50 | Finalize Morales and Richards declarations; draft and finalize Perez declaration; meet with Jeremiah Hudson and Howard Belodoff to strategize remaining tasks related to SJ motion; research SJ standard and revise standard section within memorandum; review and pull documents for Hudson declaration. |
| 5/29/2015 | AMB | 15.00 | $ | 3,375.00 | Draft Motion; revise memorandum iso SJ; phone call and email correspondence with federal court re Notice of Lodging; draft Notice of Lodging; revise Plaintiffs' Undisputed Statement of Facts; cross check cites between all documents filed with Motion |
| 6/1/2015 | AMB | 0.20 | $ | 45.00 | Review correspondence to Judge Shubb's clerk re courtesy copies of motion for summary judgment. |
| 6/29/2015 | AMB | 2.40 | $ | 540.00 | Discuss Reply to Plaintiffs' MSJ with Jeremiah Hudson, and strategize various tasks; revise and edit final draft of Plaintiffs' Motion to strike with Jeremiah Hudson. |
| 6/30/2015 | AMB | 4.30 | $ | 967.50 | Meeting with Howard Beladoff and Jeremiah Hudson re Plaintiffs' Reply iso SJ; Review opposition to SJ looking for evidence of OT in Maximus documentation and review declarations for hearsay and conclusory statements. |
| 7/1/2015 | AMB | 3.80 | $ | 855.00 | Continue review of Maximus pleadings to determine evidence of OT; review Defendant's declarations for hearsay and conclusory evidence; meet with Jeremiah Hudson re the same as applicable to Plaintiffs' Reply. |
| 7/2/2015 | AMB | 3.00 | $ | 675.00 | Begin drafting outline portion Plaintiffs' SJ Reply: Maximus's failure to classify Trainers in good faith. |
| 7/3/2015 | AMB | 5.00 | $ | 1,125.00 | Begin drafting Plaintiffs' Reply re good faith. |
| 7/5/2015 | AMB | 2.80 | $ | 630.00 | Continue drafting good faith section of Reply brief; strategize with Jeremiah Hudson re the same. |
| 7/6/2015 | AMB | 4.00 | $ | 900.00 | Strategy meeting with Jeremiah Hudson and Howard Belodoff re Reply; review client depositions and declaration for overtime evidence for inclusion in Reply brief, meet with Jeremiah re the same. |
| 7/7/2015 | AMB | 1.50 | $ | 337.50 | Meet with Jeremiah Hudson to review section of Reply supporting the reasonable inference client's claimed hours are correct, strategizing additional information needed and structural organization. |
| 7/8/2015 | AMB | 3.00 | $ | 675.00 | Continue drafting Maximus Reply iso Summary Judgment. |
| 7/9/2015 | AMB | 9.00 | $ | 2,025.00 | Continue drafting and making revisions to Maximus Reply brief. |
| 8/4/2015 | AMB | 2.40 | $ | 540.00 | Case status meeting with Jeremiah Hudson, Howard Belodoff, and Jenn Hanway. |
| 8/10/2015 | AMB | 2.00 | $ | 450.00 | Research standard for Rule 68 offer of judgment and applicability to FLSA and collective action claims; begin strategizing communication to clients re the same. |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 8/12/2015 | AMB | 3.50 | $ | 787.50 | Trainer client meeting; review Howard Belodoff's Reply Memo iso Motion in Limine and provided changes to him re the same. |
| 8/13/2015 | AMB | 0.70 | $ | 157.50 | Draft update email to clients, and respond to client questions re the same. |
| 8/17/2015 | AMB | 1.00 | $ | 225.00 | Review Reply ISO motion to compel and provide track changes to Howard Belodoff. |
| 8/18/2015 | AMB | 0.50 | $ | 112.50 | Strategy meeting regarding settlement of Trainers claims with Vaughn Fisher and Rebecca Rainey. |
| 8/27/2015 | AMB | 0.50 | $ | 112.50 | Discussion with VF re Maximus liability re liquidated damages. |
| 9/17/2015 | AMB | 1.00 | $ | 225.00 | Work with Clare Thibeau to create settlement spreadsheet; draft general communication to Trainers re settlement offer. |
| 9/18/2015 | AMB | 7.00 | $ | 1,575.00 | Prepare for client meeting; respond to client communications via email; attend client meeting; strategize with Jeremiah Hudson and Howard Belodoff post client meeting re counter-offer; research FLSA settlement parameters and provide results to Jeremiah Hudson. |
| 9/22/2015 | AMB | 1.00 | $ | 225.00 | Respond to client concerns via telephone and email re settlement. |
| 11/30/2015 | AMB | 1.00 | $ | 225.00 | Respond to client concerns regarding settlement and payments. |
| 12/1/2015 | AMB | 0.50 | $ | 112.50 | Phone call with Jeremiah re trainer update email re settlement and Blackman Declaration iso attorney's fees motion; draft update email and respond to client questions re the same. |
| 12/2/2015 | AMB | 0.50 | $ | 112.50 | Respond to clients re update email and discuss attorney's fees motion with Vaughn. |
| 12/3/2015 | AMB | 0.50 | $ | 112.50 | Research attorney's fees declarations in FLSA cases; draft Blackman declaration iso attorney's fees. |

**Total Billed Amount:**   399.70   $   89,932.50