Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Allison Blackman, ISB No. 8686
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com
       allison@frhtriallawyers.com

*Attorneys for Plaintiffs
and the Putative Collective Action Members*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MAXIMUS INC.<br><br>*Defendant* | Civil Action No. 1:14-cv-00030<br><br>**DECLARATION OF VAUGHN FISHER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

TO DEFENDANT HEREIN, AND ITS RESPECTIVE ATTORNEYS OF RECORD:

**DECLARATION OF VAUGHN FISHER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 1**

I, VAUGHN FISHER, declare under penalty of perjury as follows:

1. I am a member in good standing of the Bar of the United States District and Bankruptcy Court in the District of Idaho and am legal counsel for the Plaintiffs in the above-entitled action. I make this declaration on behalf of the Plaintiffs and in support of Plaintiffs' Motion for Attorneys' Fees. The facts contained herein are based upon my own personal knowledge, as will be shown. If called to Court to testify, I would testify to these same facts.

2. I am an attorney licensed to practice in Idaho and have been an active member of the Idaho State Bar since April 3, 2007. I am also a member of the bar of Idaho's United State District and Bankruptcy Courts since September 29, 2011. Additionally, I am an active member of Idaho's Trial Lawyers Association and a recent recipient of the Idaho Business Review's Leaders in Law award.

3. I am also licensed to practice law in Georgia and have been a member of the Georgia Bar in good standing since May 31, 1995 (currently inactive). I am admitted to practice in the Georgia trial and appellate courts and the Federal Courts for the Northern District of Georgia.

4. I received my undergraduate degree from Kent State University in 1991 and my J.D. from Thomas M. Cooley Law School in 1995.

5. At our firm, I have an interstate litigation practice with a focus on commercial litigation and complex federal litigation, including civil rights cases. As the senior member of Fisher Rainey Hudson, I also help make decisions about the deployment of resources and case strategy.

6. Prior to helping to establish Fisher Rainey Hudson PLLC in Boise, ID, I helped establish a law firm in Atlanta, Georgia, where I practice from 1995 through 2006.

**DECLARATION OF VAUGHN FISHER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 2**

7. I have appeared in state courts in Idaho, Georgia, Florida, Alabama, New York, Ohio, Oklahoma and Missouri and in federal court in Georgia, Tennessee, Texas, Colorado and Idaho. I have twenty years of experience in state and federal civil litigation.

8. When I first began practicing in Idaho, I assisted Howard Belodoff in the matter of *Community House Inc. v. City of Boise*, Case No. CV 05-283-S-CWD (D. Idaho 2005). In that case the Honorable Candy W. Dale, United States Magistrate Judge found my then rate of $325 per hour to be reasonable as of March 25, 2014. *Community House Inc.* (Dkt. 447).

9. My current rate for litigation matters, similar to this matter, is between $235 and $350 per hour. My rate for new, hourly litigation matters is $300 per hour. I reserve historic hourly rates for many of my long-term clients. For federal litigation, where the attorney fees are contingent upon recovery, I charge $350 per hour because of the risk with taking those cases and because of the complexity of the law and rules. It is my professional opinion that my rate sought is well within the range charged by comparably qualified attorneys in Boise, Idaho for similar litigation.

10. Attached hereto as **Exhibit 1** is a spreadsheet accurately listing the actual hours I spent performing professional services in this case.

11. My primary contribution to the Plaintiffs' representation consisted of litigation and settlement strategy meetings and direct settlement discussions with Defendant's lead counsel, Newal Squyres. From August 17 through September 11, 2015, I had five face to face meetings with Newal Squyres to discuss settlement. In the four weeks after September 11, 2015, I had nearly a dozen phone conversations with Newal Squyres. My interaction with Newal Squyres substantially established the framework for the settlement agreement in this matter.

**DECLARATION OF VAUGHN FISHER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 3**

12. I have exercised billing discretion. The remaining charges are fair and reasonable, and represent what I would charge a contingency client for this kind of work.

I declare under penalty of perjury under the laws of the United States and the State of Idaho that the foregoing is true and correct.

Executed this 10 day of December, 2015 at Boise, Idaho.

_____
VAUGHN FISHER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of December 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy of this document to the following persons:

B. Newal Squyres
Nsquyres@hollandhart.com

Pamela S. Howland
phowland@hollandhart.com

Douglas L. Abbot
dabbott@hollandhart.com

Jennifer Jensen
jmjensen@hollandhart.com

**DECLARATION OF VAUGHN FISHER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 4**

# Exhibit 1

Vaughn Fisher	$ 350.00

| Date | Timekeeper | Time | Billable Amount | Description |
|---|---|---|---|---|
| 5/19/2014 | VWF | 0.70 | $ 245.00 | Meeting with partners to discuss status, strategy, case in Brownsville, local counsel, MDL, investigator and information regarding other potential defendants |
| 6/13/2014 | VWF | 1.00 | $ 350.00 | Research MDL application to FLSA case |
| 7/11/2014 | VWF | 2.20 | $ 770.00 | Meeting with consulting attorney D Williams regarding status and strategy for moving forward; Meeting with staff regarding strategy and assignments; Entity research for General Dynamics, GDIT and Vangent; Review annual reports, websites and edgar information |
| 7/21/2014 | VWF | 1.00 | $ 350.00 | All staff meeting regarding strategy and assignments; Continue entity research on GD, GDIT and Vangent |
| 7/28/2014 | VWF | 0.80 | $ 280.00 | All staff meeting for strategy and assignments |
| 7/29/2014 | VWF | 0.50 | $ 175.00 | Continue entity research |
| 12/10/2014 | VWF | 0.50 | $ 175.00 | Meeting with JH, RR and CT about strategy, damages and potential other defendants |
| 12/11/2014 | VWF | 0.40 | $ 140.00 | Confer with JH about settlement strategy and possibility of SJ for trainers |
| 2/5/2015 | VWF | 1.00 | $ 350.00 | Review article about attorney fees in FLSA case; Confer with JH re: settlement strategy; Confer with AMB re: attorney fees issues and strategy for approaching it in this matter |
| 2/9/2015 | VWF | 0.80 | $ 280.00 | Meeting with JH, JJH & HB about settlement strategy, attorney fees and possibility of filing a summary judgment motion; Discussions about Brownsville and Boise damages; Discussion about mediator and contact with opposing counsel |
| 2/11/2015 | VWF | 1.20 | $ 420.00 | Review mediator profiles; Meeting with JJH to go through Granville Trainers and expert report to create assignment for damages spreadsheet Confer with JJH about fed law on instructor salaries |
| 2/12/2015 | VWF | 0.70 | $ 245.00 | Confer with JH about SCA, potential mediators & progress on damages analysis; Work with JJH on damages spreadsheet |
| 2/16/2015 | VWF | 0.80 | $ 280.00 | Confer with JJH about damage analysis and spreadsheet (.4); Damages meeting with HB, AMB and JJH |
| 2/25/2015 | VWF | 0.20 | $ 70.00 | Confer with JH regarding depositions in TX |
| 3/4/2015 | VWF | 1.30 | $ 455.00 | Meet with JJH to review damages spread sheet; discuss with JJH the defendant expert calculations and the points of difference for the upcoming mediation; Work on parts of spreadsheet that will show the money difference between our evidence and their expert |

| Date | Atty | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 3/4/2015 | VWF | 0.50 | $ | 175.00 | Meet with HB & JH about depositions and settlement strategy for upcoming mediation; discussion about how to approach the attorney fees issue |
| 3/5/2015 | VWF | 0.30 | $ | 105.00 | Confer with RR & JH regarding settlement strategy for trainers |
| 3/5/2015 | VWF | 0.30 | $ | 105.00 | Review damages information on spreadsheet comparing our numbers to their expert; Review expert report regarding those differences |
| 3/12/2015 | VWF | 0.50 | $ | 175.00 | Conduct research (review complex litigation manual) regarding settlement of class actions and the treatment of attorney fees |
| 3/16/2015 | VWF | 0.60 | $ | 210.00 | Meetings about settlement strategy (including presenting attorney fees as a percentage of recovery or as actual time recorded) |
| 4/7/2015 | VWF | 0.40 | $ | 140.00 | Confer with AMB about depositions and mediation strategy |
| 4/21/2015 | VWF | 0.40 | $ | 140.00 | Meeting with HB and JH regarding settlement strategies, damage amounts and attorney fees and their interplay under differing settlement strategies |
| 4/28/2015 | VWF | 0.30 | $ | 105.00 | Confer with JH re: settlement strategy |
| 4/29/2015 | VWF | 0.40 | $ | 140.00 | Confer with JH about settlement strategy |
| 4/30/2015 | VWF | 0.80 | $ | 280.00 | Draft email to be sent to clients about settlement process; Confer with RR & JH re: same |
| 5/1/2015 | VWF | 0.50 | $ | 175.00 | Confer with JH about settlement strategy |
| 5/7/2015 | VWF | 0.50 | $ | 175.00 | Confer with AMB about mediation |
| 5/18/2015 | VWF | 0.30 | $ | 105.00 | Confer with JJH re: settlement strategy |
| 5/27/2015 | VWF | 0.30 | $ | 105.00 | Confer with JH about engaging in discussions with opposing counsel; Confer with HB abut settlement plan |
| 6/15/2015 | VWF | 0.50 | $ | 175.00 | Discussion with HB and JH about settlement strategy |
| 8/17/2015 | VWF | 0.20 | $ | 70.00 | Phone with opposing counsel (NS); confer with JH |
| 8/17/2015 | VWF | 1.00 | $ | 350.00 | Meeting with opposing counsel (NS) |
| 8/18/2015 | VWF | 0.70 | $ | 245.00 | Confer with RR and JH about settlement strategy |
| 8/19/2015 | VWF | 2.00 | $ | 700.00 | Review cases and articles on settling collective actions and court approval and requirements |
| 8/20/2015 | VWF | 0.70 | $ | 245.00 | Confer with JH about settlement strategy; Emails with NS about next meeting |
| 8/21/2015 | VWF | 1.50 | $ | 525.00 | Continue to research settlement procedures and requirements for collective actions; |
| 8/21/2015 | VWF | 1.00 | $ | 350.00 | Meet with Howard and Jeremiah regarding settlement strategy |
| 8/26/2015 | VWF | 1.80 | $ | 630.00 | Review briefs; Conduct research regarding collective action settlements |
| 8/27/2015 | VWF | 2.00 | $ | 700.00 | Prepare for settlement meeting with NS |
| 8/27/2015 | VWF | 2.00 | $ | 700.00 | Attend settlement meeting with NS |
| 8/31/2015 | VWF | 1.00 | $ | 350.00 | Confer with JH and RR: prepare for settlement meeting with opposing counsel NS |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 9/1/2015 | VWF | 2.30 | $ | 805.00 | Research issues associated with SCA and whether they can be released; Review notes from past discussions; Confer with RR and JH about potential resolution; Prepare for and attend meeting with NS to discuss settlement possibilities; Confer with RR and JH |
| 9/2/2015 | VWF | 0.30 | $ | 105.00 | Email correspondence from NS; Confer with JH |
| 9/4/2015 | VWF | 0.60 | $ | 210.00 | Email correspondence with opposing counsel about next meeting; Confer with JH re: SCA claim |
| 9/8/2015 | VWF | 0.60 | $ | 210.00 | Review documents on SCA; Email correspondence with opposing counsel; Confer with JH |
| 9/9/2015 | VWF | 1.50 | $ | 525.00 | Review notes and research in preparation for settlement meeting; Confer with JH re: settlement meeting; Meeting with NS to discuss settlement |
| 9/9/2015 | VWF | 0.50 | $ | 175.00 | Confer with JH about discussions with NS re: settlement possibilities |
| 9/9/2015 | VWF | 0.20 | $ | 70.00 | Confer with RR about settlement possibilities |
| 9/10/2015 | VWF | 0.50 | $ | 175.00 | Confer with JH about settlement strategy and feedback from clients |
| 9/11/2015 | VWF | 2.00 | $ | 700.00 | Meet with NS to discuss settlement; Confer with JH |
| 9/14/2015 | VWF | 0.70 | $ | 245.00 | Confer with JH re: settlement strategy; Phone with opposing counsel |
| 9/14/2015 | VWF | 0.20 | $ | 70.00 | Phone with NS; Confer with JH |
| 9/15/2015 | VWF | 1.00 | $ | 350.00 | Phone with NS, JH and HB re: possible resolution |
| 9/17/2015 | VWF | 1.20 | $ | 420.00 | Phone with NS about settlement offer; Confer with RR and JH; Phone with NS; Email correspondence from NS re: possible settlement offer; Confer with JH re: same |
| 9/17/2015 | VWF | 0.70 | $ | 245.00 | More discussions with NS and JH about settlement proposal |
| 9/17/2015 | VWF | 0.70 | $ | 245.00 | More discussions with JH and NS |
| 9/18/2015 | VWF | 1.50 | $ | 525.00 | Phone and email correspondence with JH and NS re: settlement proposal |
| 9/19/2015 | VWF | 0.70 | $ | 245.00 | Phone with NS and JH about settlement progress |
| 9/20/2015 | VWF | 0.10 | $ | 35.00 | Phone with NS |
| 9/24/2015 | VWF | 0.50 | $ | 175.00 | Confer with JH about possible settlement of attorney fees portion of claim; Review community house decision on attorney fees, including my court approved rate |
| 9/25/2015 | VWF | 0.30 | $ | 105.00 | Confer with JH about settlement status and possible resolution of attorney fees claim |
| 9/28/2015 | VWF | 0.30 | $ | 105.00 | Confer with JH about attorney fees strategy and settlement progress; Phone with opposing counsel Squyres |
| 10/13/2015 | VWF | 0.30 | $ | 105.00 | Email correspondence with opposing counsel about attorney fees resolution; Confer with JH re: same |
| 10/19/2015 | VWF | 1.10 | $ | 385.00 | Phone with Newal; Confer with JH about resolution of the attorney fees claims; Meet with Newal at our office regarding same |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 10/20/2015 | VWF | 0.60 | $ | 210.00 | Email correspondence with HB regarding potential attorney fees resolution; Confer with Hudson regarding same; Continue email with HB |
| 10/26/2015 | VWF | 0.30 | $ | 105.00 | Phone with Newal; Confer with JH |
| 10/28/2015 | VWF | 0.30 | $ | 105.00 | Work with CT re: data for settlement discussions; Edit parameters; Delete HB time; Hours per timekeeper |
| 11/4/2015 | VWF | 0.60 | $ | 210.00 | Prepare for and attend meeting with opposing counsel (NS) about potential resolution of attorney fees |
| 11/5/2015 | VWF | 0.50 | $ | 175.00 | Meeting with HB about attorney fees discussions with opposing counsel and status of discussions to resolve the same |
| 11/11/2015 | VWF | 0.40 | $ | 140.00 | Confer with JH re: potential resolution of attorney fees; Phone w opposing counsel (NS); Email to NS re: attorney fees |
| 11/12/2015 | VWF | 0.70 | $ | 245.00 | Email from opposing counsel re: attorney fees; Confer with JH; Begin draft of discovery related to attorney fess |
| 11/13/2015 | VWF | 1.00 | $ | 350.00 | Finish attorney fess discovery & review docket for deadlines; Confer with JH about the amount of interrogatories already served; Review local rule re: same |
| 11/13/2015 | VWF | 0.40 | $ | 140.00 | Confer with JH about discovery limits; Send email to opposing counsel (NS) about serving interrogatories beyond 25 and outside the time prescribed in the scheduling order |
| 11/17/2015 | VWF | 0.80 | $ | 280.00 | Confer with JH about scope of discovery requests and potentially narrowing them to obviate creating more disputes; Review and edit motion for attorney fees discovery |
| 11/23/2015 | VWF | 0.40 | $ | 140.00 | Confer with AMB re: attorney fees discovery and attorney fees motion; Receive call form opposing counsel (NS); Email to JH about attorney fees motion |

**Total Billed Amount:**     57.40   $   20,090.00