Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Allison Blackman, ISB No. 8686
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com
        allison@frhtriallawyers.com

*Attorneys for Plaintiffs
and the Putative Collective Action Members*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MAXIMUS INC.<br><br>*Defendant* | Civil Action No. 1:14-cv-00030<br><br>**DECLARATION OF JENNIFER HANWAY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

TO DEFENDANT HEREIN, AND ITS RESPECTIVE ATTORNEYS OF RECORD:

**DECLARATION OF JENNIFER HANWAY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 1**

I, JENNIFER HANWAY, declare as follows:

1. I am a paralegal with Fisher Rainey Hudson, the legal counsel for the Plaintiffs in the above-entitled action. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees. The facts contained herein are based upon my own personal knowledge. If called to Court to testify, I would testify to these same facts.

2. I have worked for Fisher Rainey Hudson for two years as a paralegal. Prior to working for Fisher Rainey Hudson I worked at Rainey Law Office as a paralegal and legal assistant. I have worked for these two firms for a total of four years and eight months.

3. I received by undergraduate degree *cum laude* from Seattle University.

4. While working full time for Fisher Rainey Hudson and Rainey Law Office I have also attended law school in the evenings at Concordia University School of Law. I am a member of the inaugural class at Concordia and expect to graduate *magna cum laude* in December 2015 and will sit for the Idaho, February 2016 Bar.

5. On December 26, 2014, the Idaho Supreme Court entered an order permitting me to practice in state courts in the State of Idaho under the supervision of an attorney. A copy of this order is attached hereto as **Exhibit 1**.

6. During law school I have worked as the research assistant for Dean Cathy Silak and assisted her in research for her forthcoming article "Judicial Education for State Supreme Court and Appellate Court Judges: A Regional Collaborative Strategy."

7. I also served as Co-Editor-in-Chief for the Concordia Law Review. The first journal is expected to be published in Spring 2016.

**DECLARATION OF JENNIFER HANWAY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 2**

8. While working at Fisher Rainey Hudson I have worked on a variety of complex litigation cases including commercial disputes, medical malpractice cases, Section 1983 cases, and other employment law cases.

9. My work on the Maximus case has included, among other items, assistance with research; reviewing trainers claimed hours and creating spreadsheets to track each trainer's hours and overtime amounts; reviewing documents produced in discovery and comparing emails, deltek time sheets, and other documents to the trainers' claimed hours to ensure as much accuracy as possible and then contacting the trainers regarding their estimated hours and amounts owed; and assistance with the preparation and filing of the summary judgment motion and other related motions.

10. My current rate for this matter is $150.00 per hour. Attached hereto as **Exhibit 2** is a spreadsheet accurately listing the actual hours I spent performing professional services in this case. I have also removed charges which are primarily administrative in function.

11. The remaining charges are fair and reasonable and represent what our office would charge a contingency client for this kind of work.

I declare under penalty of perjury under the laws of the United States of the State of Idaho that the foregoing is true and correct.

Executed this 10th day of December, 2015 at Boise, Idaho.

JENNIFER HANWAY

**DECLARATION OF JENNIFER HANWAY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of December 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy of this document to the following persons:

B. Newal Squyres
Nsquyres@hollandhart.com

Pamela S. Howland
phowland@hollandhart.com

Douglas L. Abbot
dabbott@hollandhart.com

Jennifer Jensen
jmjensen@hollandhart.com

**DECLARATION OF JENNIFER HANWAY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES - 4**

# Exhibit 1

# In the Supreme Court of the State of Idaho

LEGAL INTERN ADMITTED TO )
LIMITED PRACTICE: ) ORDER
JENNIFER JAYLENE HANWAY )

The Court having approved the request of the Board of Commissioners of the Idaho State Bar for the admission of:

JENNIFER JAYLENE HANWAY

to limited practice as a Legal Intern under Rule 226,

IT IS THEREFORE ORDERED that JENNIFER JAYLENE HANWAY be, and hereby is, ADMITTED to the limited practice as a Legal Intern COMMENCING ON THE DATE OF THIS ORDER, and expiring on the date previously scheduled for release of the July 2015 bar examination results, September 17, 2015, (if unsuccessful) *or* on the date previously scheduled for the Fall 2015 Admission Ceremony, October 1, 2015, (if successful). Furthermore, JENNIFER JAYLENE HANWAY shall be subject to the supervision and direction of the attorney designated in the Application for Admission and approved by the Bar Commissioners, unless otherwise provided by an Order of this Court.

DATED this 26TH day of December, 2014.

For the Supreme Court

Stephen W. Kenyon, Clerk

cc: Idaho State Bar
Jennifer Jaylene Hanway
Rebecca Anne Rainey

# Exhibit 2

Jennifer Hanway   $ 150.00

| Date | Timekeeper | Time | Billable Amount | Description |
|---|---|---|---|---|
| 1/22/2014 | JJH | 2.20 | $ 330.00 | Prepare civil cover sheet to be filed with the complaint; draft consent to collective action documents for each of the plaintiffs. |
| 1/23/2014 | JJH | 0.90 | $ 135.00 | Edit consent to collective action to reflect the appropriate plaintiffs, draft a summons. |
| 1/24/2014 | JJH | 1.30 | $ 195.00 | File complaint, cover sheet and summons, while attempting to file learn that the online federal filing system is down so arrange for a runner to take the filing to the courthouse. |
| 1/27/2014 | JJH | 0.60 | $ 90.00 | Informed by the Court that the form of the summons was not how they wanted it, draft a new summons and send to Court for signature. |
| 1/30/2014 | JJH | 0.50 | $ 75.00 | Draft a consent to sue for potential trainers |
| 2/3/2014 | JJH | 0.50 | $ 75.00 | Update trainer list and potential trainer list; call potential trainer to get email to send contract and consent. |
| 2/10/2014 | JJH | 0.80 | $ 120.00 | File consents to collective action. |
| 2/14/2014 | JJH | 0.30 | $ 45.00 | File the return of service with the court that showed that Maximus had been served. |
| 2/24/2014 | JJH | 0.50 | $ 75.00 | Redact the address block on consents to sue in preparation for filing. |
| 2/25/2014 | JJH | 0.30 | $ 45.00 | File Consents to Sue |
| 2/25/2014 | JJH | 0.30 | $ 45.00 | Draft and file a certificate of service for the consents to sue |
| 2/27/2014 | JJH | 2.50 | $ 375.00 | Meet with JH and CT regarding procedure for phone calls and new people in light of the recent lay offs; begin calling back a number of people who have left messages with JH and Howie and receive phone calls from new interested people. |
| 2/28/2014 | JJH | 0.80 | $ 120.00 | Field calls for additional people interested in signing up for the FLSA suit. |
| 3/12/2014 | JJH | 0.70 | $ 105.00 | Meeting with JH, AMB, and CT re what has been happening, what needs to be done by us and how to prepare for expected influx of calls due to announcements of who will be laid off; file consents to sue for additional trainers in FLSA matter. |
| 3/19/2014 | JJH | 0.30 | $ 45.00 | Meet with JH, AMB and CT re status update on the case. |
| 3/31/2014 | JJH | 0.30 | $ 45.00 | Meet with JH, AMB and CT re status of FLSA matter. |
| 3/31/2014 | JJH | 0.10 | $ 15.00 | Review time entry submission form and instructions for clarity before being sent to trainers. |
| 4/1/2014 | JJH | 0.40 | $ 60.00 | Phone calls with potential trainers |
| 4/2/2014 | JJH | 0.20 | $ 30.00 | Calls to potential trainers |
| 4/3/2014 | JJH | 0.30 | $ 45.00 | Calls with potential trainers |
| 4/8/2014 | JJH | 0.60 | $ 90.00 | Phone calls from potential trainers; file consents to sue for newest trainers |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 4/11/2014 | JJH | 0.80 | $ | 120.00 | Phone calls with potential trainers; meeting with JH, AMB, and CT re current status of the case |
| 4/15/2014 | JJH | 0.10 | $ | 15.00 | Phone calls with trainers |
| 4/16/2014 | JJH | 0.30 | $ | 45.00 | Prepare litigation plan to be filed with the court; meeting with JH, AB and CT re: next steps |
| 4/17/2014 | JJH | 0.20 | $ | 30.00 | Edits to the Litigation Plan; |
| 4/21/2014 | JJH | 0.30 | $ | 45.00 | File litigation plan and addendum |
| 5/8/2014 | JJH | 0.30 | $ | 45.00 | Proof notice to trainers and send to opposing counsel |
| 5/27/2014 | JJH | 1.70 | $ | 255.00 | Review and edit amended complaint; file amended complaint |
| 5/30/2014 | JJH | 0.20 | $ | 30.00 | Meet with JH, AMB and CT regarding status |
| 6/2/2014 | JJH | 1.00 | $ | 150.00 | Meet with JH and AMB re status and what needs to be done; email supervisors regarding signing of declarations; draft email to people who were not present at the Saturday meeting regarding what was discussed and forward to JH and AMB for review before sending out. |
| 6/10/2014 | JJH | 0.30 | $ | 45.00 | Draft initial disclosures |
| 7/2/2014 | JJH | 0.20 | $ | 30.00 | File new consents to sue |
| 7/7/2014 | JJH | 0.20 | $ | 30.00 | File consent to Sue and Certificate of Service. |
| 7/7/2014 | JJH | 0.20 | $ | 30.00 | File Summers consent to join and certificate of service |
| 7/14/2014 | JJH | 0.30 | $ | 45.00 | File additional consents to join and the certificate of service |
| 7/18/2014 | JJH | 0.70 | $ | 105.00 | Redact and file additional consents to join and certificates of service; compare old version and new version of protective order to see what changes had been made; |
| 7/21/2014 | JJH | 0.70 | $ | 105.00 | Meeting regarding current status of the case and assignment of projects |
| 8/4/2014 | JJH | 2.40 | $ | 360.00 | Begin to review and compare timesheets provided by the trainers to those provided by Maximus to check for accuracy regarding PTO and holidays |
| 8/4/2014 | JJH | 0.10 | $ | 15.00 | Respond to emails from trainers and supervisors |
| 8/5/2014 | JJH | 2.80 | $ | 420.00 | Continue review of timesheets |
| 8/6/2014 | JJH | 4.20 | $ | 630.00 | Continue review of time sheets |
| 8/8/2014 | JJH | 0.50 | $ | 75.00 | Continue review of time sheets |
| 8/11/2014 | JJH | 1.40 | $ | 210.00 | Edit and cite check reply brief |
| 8/12/2014 | JJH | 1.00 | $ | 150.00 | Continue reviewing time sheets |
| 8/13/2014 | JJH | 2.00 | $ | 300.00 | Continue timesheet review |
| 8/14/2014 | JJH | 5.50 | $ | 825.00 | Continue Timesheet review |
| 8/15/2014 | JJH | 4.08 | $ | 612.50 | Finish initial review of timesheets for accuracy |
| 8/20/2014 | JJH | 1.00 | $ | 150.00 | Compare trainer list to timesheets received from Maximus and compile a list of missing documents; meet with JH regarding computing overtime amounts for trainers |

| Date | Atty | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 8/22/2014 | JJH | 1.00 | $ | 150.00 | Review trainer time sheets; draft and file a notice of appearance for AMB |
| 8/25/2014 | JJH | 5.30 | $ | 795.00 | Finish reviewing time sheets and create a spreadsheet to compute overtime amounts |
| 8/25/2014 | JJH | 1.10 | $ | 165.00 | Meeting regarding addition of supervisors to class and calculations of time for trainers |
| 8/26/2014 | JJH | 6.40 | $ | 960.00 | Overtime calculations |
| 8/28/2014 | JJH | 5.70 | $ | 855.00 | Continue working on overtime calculations |
| 8/29/2014 | JJH | 1.80 | $ | 270.00 | Review time sheets and flag those with leave without pay and PTO oddities during the week of the bomb threat; look into google docs as a way of having timesheets updated on a continual basis for trainers who are still working at Maximus |
| 9/4/2014 | JJH | 0.20 | $ | 30.00 | Work on Google docs sheet for time entry forms |
| 9/4/2014 | JJH | 1.10 | $ | 165.00 | Review updated trainer timesheets and input information on spreadsheet |
| 9/8/2014 | JJH | 3.80 | $ | 570.00 | Continue reviewing time entry forms submitted by trainers |
| 9/8/2014 | JJH | 1.70 | $ | 255.00 | Meeting with JH, HB, and AMB regarding case status; file notice for supervisors with the Court |
| 9/9/2014 | JJH | 4.08 | $ | 612.50 | Finish initial review of timesheets from trainers, begin sending out individual confirmation emails |
| 9/10/2014 | JJH | 5.20 | $ | 780.00 | Continue sending individual emails to trainers regarding hours |
| 9/12/2014 | JJH | 1.50 | $ | 225.00 | Continue drafting individual emails to trainers regarding hours |
| 9/15/2014 | JJH | 2.30 | $ | 345.00 | Emails to Trainers regarding calculations |
| 9/16/2014 | JJH | 1.20 | $ | 180.00 | Emails regarding hour calculations to Trainers; call HB regarding how to produce hour information to Maximus |
| 9/17/2014 | JJH | 2.10 | $ | 315.00 | Emails to trainers with individual calculations |
| 9/18/2014 | JJH | 0.90 | $ | 135.00 | Create format for producing information regarding time to Maximus |
| 9/19/2014 | JJH | 0.10 | $ | 15.00 | Emails with trainers regarding their hours |
| 9/22/2014 | JJH | 1.10 | $ | 165.00 | Meeting with JH, HB, and AMB regarding case status |
| 9/23/2014 | JJH | 3.30 | $ | 495.00 | Create individual spreadsheets for trainers in order to produce hours to Maximus |
| 9/24/2014 | JJH | 5.80 | $ | 870.00 | Continue working on individual spreadsheets for trainers; draft letter to opposing counsel with the spreadsheets enclosed and send first round of hours to Maximus |
| 9/25/2014 | JJH | 1.00 | $ | 150.00 | Emails with trainers regarding hours and timesheets |
| 9/29/2014 | JJH | 0.80 | $ | 120.00 | Meet with JH, HB, and AMB regarding case status |
| 10/1/2014 | JJH | 0.40 | $ | 60.00 | Emails with trainers regarding hours and update spreadsheet for approved hours |
| 10/2/2014 | JJH | 0.20 | $ | 30.00 | Emails with trainers |
| 10/6/2014 | JJH | 0.50 | $ | 75.00 | Emails with trainers regarding current status and time submissions to Maximus |
| 10/7/2014 | JJH | 0.20 | $ | 30.00 | Email to trainers re: update on the case; emails with individual trainers |
| 10/8/2014 | JJH | 0.20 | $ | 30.00 | Emails with trainers |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 10/10/2014 | JJH | 0.40 | $ | 60.00 | Emails and phone calls with trainers |
| 10/13/2014 | JJH | 0.40 | $ | 60.00 | Meeting with JH, AMB, and HB regarding status of the case and discovery production |
| 10/14/2014 | JJH | 0.10 | $ | 15.00 | Email to Trainers regarding documents for discovery |
| 10/14/2014 | JJH | 0.70 | $ | 105.00 | Emails with trainers; review time sheets |
| 10/15/2014 | JJH | 1.20 | $ | 180.00 | Emails with trainers and review new time sheets from trainers |
| 10/17/2014 | JJH | 0.70 | $ | 105.00 | Follow up emails to trainers who had not yet responded regarding their hours; follow up with the court regarding notice for supervisors - left a message |
| 10/17/2014 | JJH | 0.30 | $ | 45.00 | Begin drafting letter to opposing counsel regarding how hours were calculated. |
| 10/20/2014 | JJH | 3.60 | $ | 540.00 | Respond to emails from trainers regarding document production; review updated TESF's; finish drafting letter to opposing counsel and provide to JH for review; pull files with leave without pay while exempt for JH; prepare spreadsheets of overtime to produce to Maximus |
| 10/21/2014 | JJH | 1.60 | $ | 240.00 | Respond to trainer emails and update spreadsheets to send to Maximus with additional trainer hours; meet with JH and AMB regarding letter to opposing counsel describing "missing hours"; finalize and send letter |
| 10/22/2014 | JJH | 0.90 | $ | 135.00 | Emails with trainers and update spreadsheets of overtime hours to produce to Maximus; draft and send letter to opposing counsel with updated timesheets |
| 10/23/2014 | JJH | 1.40 | $ | 210.00 | Respond to trainer emails and work on OT hour spreadsheets; draft and send order re Notice to Supervisors to the Court |
| 10/24/2014 | JJH | 3.60 | $ | 540.00 | Respond to emails with trainers; review documents produced by trainers and pull relevant docs for responses to discovery; edit and finalize discovery responses. |
| 10/27/2014 | JJH | 0.30 | $ | 45.00 | Emails with trainers; send out mass email to update trainers regarding last week's meeting |
| 11/4/2014 | JJH | 0.70 | $ | 105.00 | Look at Jason Svir's W2 and total amount paid by Maximus to determine if there was a discrepancy in the hourly rate and discuss with Jeremiah. |
| 11/7/2014 | JJH | 0.60 | $ | 90.00 | Email to trainer that has not yet submitted time entry submission form; continue the review of Svir documents to try and reconcile the differences between hourly rates |
| 11/10/2014 | JJH | 0.50 | $ | 75.00 | Meet with JH, HB, and AB re: FLSA and perceived hourly pay discrepancy. |
| 11/19/2014 | JJH | 0.10 | $ | 15.00 | Call Casas regarding not receiving his TESF, left a message |
| 11/21/2014 | JJH | 0.50 | $ | 75.00 | Emails with trainers regarding approval of time.  Email to JH regarding status of time approvals. |
| 12/8/2014 | JJH | 0.20 | $ | 30.00 | Provide a list of the trainers we still need approval of hours from to JH |
| 12/12/2014 | JJH | 0.20 | $ | 30.00 | Edit and send spoliation letter to FLSA trainers. |
| 12/22/2014 | JJH | 0.50 | $ | 75.00 | Email remaining trainers regarding approval of hours |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 12/23/2014 | JJH | 2.50 | $ | 375.00 | Process emails from trainers regarding approval of hours; create spreadsheets to send to Maximus of approved hours |
| 12/29/2014 | JJH | 1.00 | $ | 150.00 | Process additional approvals of time |
| 1/5/2015 | JJH | 4.60 | $ | 690.00 | Review and respond to emails received from trainers; finalize trainer hours to provide to Maximus; email trainers; proof discovery requests, finalize and file. |
| 1/5/2015 | JJH | 1.60 | $ | 240.00 | Meeting with JH, HB, and AMB; begin creating questionnaire regarding hours calculation |
| 1/6/2015 | JJH | 5.10 | $ | 765.00 | Review and save emails received from trainers; continue working on creating a fillable PDF questionnaire |
| 1/7/2015 | JJH | 0.20 | $ | 30.00 | Begin drafting letter to trainers regarding Questionnaire |
| 1/8/2015 | JJH | 0.60 | $ | 90.00 | Continue drafting letter to trainers to go with the questionnaire; finalize and send to trainers |
| 1/9/2015 | JJH | 0.60 | $ | 90.00 | Review and save questionnaire responses received from trainers |
| 1/12/2015 | JJH | 2.30 | $ | 345.00 | Begin pulling together potentially responsive documents for supplemental discovery responses |
| 1/13/2015 | JJH | 5.20 | $ | 780.00 | Begin drafting first supplement to discovery and organizing responses from trainers. |
| 1/14/2015 | JJH | 1.30 | $ | 195.00 | Save and review additional questionnaires; discuss discovery responses with AMB; convert spreadsheets to PDF for production |
| 1/14/2015 | JJH | 4.30 | $ | 645.00 | Finish drafting, finalize, and file discovery responses with JH and AMB; pull together and bates responsive documents to go with discovery supplement |
| 1/15/2015 | JJH | 0.30 | $ | 45.00 | Review and save additional questionnaires |
| 1/15/2015 | JJH | 0.40 | $ | 60.00 | Review and save additional questionnaires |
| 1/15/2015 | JJH | 0.20 | $ | 30.00 | Review and respond to emails from trainers |
| 1/15/2015 | JJH | 0.80 | $ | 120.00 | Search PACER for other FLSA cases filed against Maximus |
| 1/19/2015 | JJH | 4.50 | $ | 675.00 | Review and save emails from trainers; receive a number of .msg files from trainer and research and download a program that would enable me to open and save a copy of those files; begin reviewing and saving those files; edit and finalize letter to supervisor who wishes to not be part of the lawsuit any longer; meeting with JH and HB |
| 1/20/2015 | JJH | 1.00 | $ | 150.00 | Review requests for admission from Maximus and begin planning how best to convey the information to the trainers; review RIF notice received from trainer |
| 1/20/2015 | JJH | 1.40 | $ | 210.00 | Begin drafting second supplement to discovery; follow up with trainers who have not sent back questionnaires; attempt to look up documents from NY case, not on PACER |
| 1/21/2015 | JJH | 1.50 | $ | 225.00 | Process additional questionnaires and input responses in supplemental discovery; begin creating a spreadsheet regarding which trainers may be good to depose or testify |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 1/22/2015 | JJH | 0.50 | $ | 75.00 | Review, save and input information into discovery responses from additional questionnaires received |
| 1/23/2015 | JJH | 2.00 | $ | 300.00 | Discovery meeting with HB, JH, and AMB; begin drafting version of how to relay RFA information to trainers |
| 1/23/2015 | JJH | 1.30 | $ | 195.00 | Draft of document to send to trainers regarding RFAs, review with JH and make edits |
| 1/26/2015 | JJH | 4.00 | $ | 600.00 | Review and save responses to questionnaires; input responses into 2nd Supp responses; Edits to RFA questionnaire and provide to attorneys for changes; create a chart documenting special projects responses to include as part of discovery supplement |
| 1/27/2015 | JJH | 4.70 | $ | 705.00 | Draft cover letter to trainers and prepare a copy of letter and finalize a version of the questionnaire for each trainer identified in the RFAs; finalize questionnaires after feed back from attorneys; edits to second supplemental discovery; meeting with JH, HB, and AMB |
| 1/28/2015 | JJH | 2.80 | $ | 420.00 | Finish cover letters to trainers and send out RFAs to each Brownsville trainer; discuss case status and to-dos with AMB |
| 1/29/2015 | JJH | 0.20 | $ | 30.00 | Review responses from trainers regarding work at home; phone call with trainer |
| 1/29/2015 | JJH | 0.50 | $ | 75.00 | Updates to discovery supplement |
| 2/2/2015 | JJH | 0.10 | $ | 15.00 | Send email to trainer with RFAs |
| 2/2/2015 | JJH | 0.30 | $ | 45.00 | Meeting with JH, HB, and AMB regarding case status |
| 2/3/2015 | JJH | 3.80 | $ | 570.00 | Pull together and review documents to produce with second discovery supplement |
| 2/4/2015 | JJH | 4.40 | $ | 660.00 | Finalize gathering of documents for second supplement to discovery and provide to attorneys for review; update second supplemental responses; draft notice of deposition for Brownsville deposition; redact emails |
| 2/5/2015 | JJH | 1.90 | $ | 285.00 | Receive and review expert report from Maximus; calls to Brownsville trainers regarding requests for admission |
| 2/6/2015 | JJH | 1.80 | $ | 270.00 | Review and save emails from trainers regarding discovery; input responses into supplemental discovery; edits to second supplement, finalize and file. |
| 2/9/2015 | JJH | 0.10 | $ | 15.00 | Email deponent trainers in Brownsville with notice of deposition |
| 2/9/2015 | JJH | 0.90 | $ | 135.00 | Meeting with JH, HB, AMB & VF regarding case status |
| 2/10/2015 | JJH | 2.40 | $ | 360.00 | Begin drafting responses to Requests for Admissions |
| 2/11/2015 | JJH | 1.50 | $ | 225.00 | Draft an amended notice of deposition of Compean; continue working on RFA responses; phone call with trainer re RFA questions |
| 2/11/2015 | JJH | 3.80 | $ | 570.00 | Meet with VF regarding calculating damage amount differences; begin working on spreadsheet |
| 2/12/2015 | JJH | 7.50 | $ | 1,125.00 | Continue working on damages differential spreadsheet |

| Date | Initials | Hours | | Amount | | Description |
|---|---|---|---|---|---|---|
| 2/13/2015 | JJH | 5.00 | $ | 750.00 | | Continue working on discovery responses to requests for admissions |
| 2/15/2015 | JJH | 3.50 | $ | 525.00 | | Continue working on damages calculation differentials by spreadsheeting check in and outs and badge swipes for Brownsville trainers |
| 2/16/2015 | JJH | 7.00 | $ | 1,050.00 | | Continue working on damages differential spreadsheet; meeting with VF, JH, AMB, and HB |
| 2/18/2015 | JJH | 6.30 | $ | 945.00 | | Continue working on damages differential spreadsheet based on Brownsville trainers |
| 2/19/2015 | JJH | 6.20 | $ | 930.00 | | Continue working on damages differential spreadsheet |
| 2/20/2015 | JJH | 0.70 | $ | 105.00 | | Discovery supplement for RFAs |
| 2/20/2015 | JJH | 1.60 | $ | 240.00 | | Damages differential spreadsheet |
| 2/23/2015 | JJH | 0.10 | $ | 15.00 | | Email regarding questions on severance agreement |
| 2/25/2015 | JJH | 3.30 | $ | 495.00 | | Hours differential spreadsheets |
| 3/3/2015 | JJH | 3.80 | $ | 570.00 | | Begin Boise hours reconstruction for damages differential |
| 3/4/2015 | JJH | 2.80 | $ | 420.00 | | Hours reconstruction for Boise and meet with VF re Brownsville damages; begin Boise spreadsheet |
| 3/4/2015 | JJH | 2.80 | $ | 420.00 | | Meet with VF regarding Brownsville damages spreadsheet; Begin working on hours reconstruction for Davis by gathering documents showing times in and out and putting into a spreadsheet; begin working on Boise damages spreadsheet |
| 3/5/2015 | JJH | 3.20 | $ | 480.00 | | Damages differential spreadsheet for Boise |
| 3/5/2015 | JJH | 3.20 | $ | 480.00 | | Continue working on Boise Damages Differential spreadsheet and provide to VF for review |
| 3/9/2015 | JJH | 0.90 | $ | 135.00 | | Meeting regarding case status with HB, JH, and AMB |
| 3/10/2015 | JJH | 0.50 | $ | 75.00 | | Send copies of depositions to trainers for review and signature; email to Trainers in Boise regarding meeting next week |
| 3/11/2015 | JJH | 4.60 | $ | 690.00 | | Begin working on settlement proposal spreadsheets using Davis as a sample and discuss with AMB and JH to determine format and information to be included; Boylan settlement proposal spreadsheet; Hall settlement proposal spreadsheet; King Settlement proposal spreadsheet; look into issue of what days the expert considered as holidays for her report. |
| 3/12/2015 | JJH | 0.90 | $ | 135.00 | | Discuss holiday hour issue in expert report with JH; continue creating individual settlement proposal spreadsheets and some edits to previous spreadsheets created; Morales settlement proposal spreadsheet; Richards settlement proposal spreadsheet. |
| 3/13/2015 | JJH | 3.20 | $ | 480.00 | | Finish Boise Settlement proposal |
| 3/16/2015 | JJH | 2.50 | $ | 375.00 | | Review and edit Boise trainer settlement proposal spreadsheets; meeting with JH, AMB, and HB regarding format of settlement proposal spreadsheets |

| Date | Atty | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 3/17/2015 | JJH | 3.90 | $ | 585.00 | Work on edits to settlement spreadsheet format to include additional information regarding defendant's claimed, plaintiff's claimed, proposed amounts and SCA amounts, provide drafts to JH and AMB for input and review |
| 3/18/2015 | JJH | 0.30 | $ | 45.00 | Final edits to plaintiff spreadsheets; email HB with current version for input |
| 3/18/2015 | JJH | 0.10 | $ | 15.00 | Provide conference call number to trainer who is unable to attend tomorrow's meeting |
| 3/25/2015 | JJH | 0.30 | $ | 45.00 | Work with AMB to finalize language of email to trainers regarding OT hours |
| 3/26/2015 | JJH | 0.90 | $ | 135.00 | Work on individual spreadsheets for trainers, confer with AMB and JH regarding additional information to include and formatting |
| 3/27/2015 | JJH | 2.30 | $ | 345.00 | Print copies of documents that were noted in the footnotes of the expert report for trainer meetings; Prepare and assemble documents for depositions; discuss expert report with HB and various additional issues with the report. |
| 3/30/2015 | JJH | 2.90 | $ | 435.00 | Review and save emails received from Jeannette; Continue working on trainer proposed damages spreadsheets |
| 3/31/2015 | JJH | 5.70 | $ | 855.00 | Continue working on trainer spreadsheets that show various damage calculations; discuss with AMB the people who we have not received a response from regarding the most recent email |
| 4/1/2015 | JJH | 6.50 | $ | 975.00 | Edits to Trainer spreadsheets and double check for errors; finalize and provide copies to JH, HB, and AMB |
| 4/2/2015 | JJH | 1.40 | $ | 210.00 | Phone call with Mercer regarding additional time to add; phone calls with Davis and Scott regarding rescheduling deposition preparation sessions; review and print Shannon Morales' check in and check out emails |
| 4/3/2015 | JJH | 2.50 | $ | 375.00 | Begin organizing check in check out emails folder; print Doug Scott check in/out emails |
| 4/6/2015 | JJH | 1.50 | $ | 225.00 | Pull Boyles and King check in/out emails |
| 4/13/2015 | JJH | 1.00 | $ | 150.00 | Meeting with HB, JH, and AMB and discuss status of case, revisions of spreadsheets and response to summary judgment |
| 4/14/2015 | JJH | 2.50 | $ | 375.00 | Work on Brownsville spreadsheets showing the proposed damages including adding additional information for the bilingual differential; create a damage comparison spreadsheet |
| 4/15/2015 | JJH | 3.60 | $ | 540.00 | Continue creating the damage comparison spreadsheet and working on Brownsville trainer spreadsheets;  Draft an explanation of the mediation spreadsheets and provide to JH, HB and AMB |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 4/16/2015 | JJH | 4.40 | $ | 660.00 | Continue working on Brownsville spreadsheets, recognize a small discrepancy in the hourly wage the trainers should have earned and the effective hourly wage and add an additional section to the spreadsheet to account for that amount; meet with JH and AMB regarding the spreadsheets |
| 4/20/2015 | JJH | 6.60 | $ | 990.00 | Continue working on edits to damages spreadsheets including adjusting the total hours worked column and inputting a wage differential amount to calculate the difference between the trainers' wage amounts and their effective amount; meet with JH, HB, and AMB regarding spreadsheets and the best way to present the information to the mediator. |
| 4/21/2015 | JJH | 0.50 | $ | 75.00 | Draft stipulation and proposed order to extend deadline for response to MSJ, edits to stipulation; file stipulation and proposed order. |
| 4/22/2015 | JJH | 4.80 | $ | 720.00 | Create a spreadsheet for both Boise and Brownsville that shows the difference in pay rates between when the Trainers were misclassified and then re-classified |
| 4/24/2015 | JJH | 0.60 | $ | 90.00 | Meet with AMB re information needed for declaration and format of the information; input changes to JH Declaration in opp to Summary Judgment with stats regarding trainer's pay |
| 4/27/2015 | JJH | 2.40 | $ | 360.00 | Pull names of supervisors who moved to Trainers and provide names and numbers to AMB; Edits to damage comparison spreadsheet including inputting all information for Boise Trainers |
| 4/28/2015 | JJH | 5.30 | $ | 795.00 | Finalize damages calculation spreadsheet including updating individual spreadsheets |
| 4/29/2015 | JJH | 3.80 | $ | 570.00 | Edits to damages calculations spreadsheet; create spreadsheet for tracking settlement authority and update with information received from trainers; update individual spreadsheets as needed based on responses. |
| 4/30/2015 | JJH | 7.90 | $ | 1,185.00 | Edits to damages spreadsheet; update settlement authority spreadsheet; begin drafting my declaration; prepare exhibits for my declaration and Jeremiah's declaration; edit and input cites to memorandum, declarations, and statement of disputed facts; finalize and file all. |
| 5/1/2015 | JJH | 3.40 | $ | 510.00 | Update settlement spreadsheet; edits to damages calculation spreadsheet to calculate based off of the plaintiff's original claimed hours; prepare exhibits to mediation statement and edit formatting of mediation statement; finalize and file mediation statement. |
| 5/4/2015 | JJH | 1.60 | $ | 240.00 | Update settlement authority spreadsheet; prepare supplemental exhibits and send to mediator; meet with JH regarding damages spreadsheets and prepare documents for mediation |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 5/5/2015 | JJH | 8.40 | $ | 1,260.00 | Edits to spreadsheets including separating SCA amount and 401k amount and calculating each at the lower SCA rate for each trainer, 65% calculation for Brownsville; discuss additional changes to spreadsheets with AMB, calculate each trainer's amount at the higher SCA rate including all add-ons for offer 1. |
| 5/6/2015 | JJH | 4.50 | $ | 675.00 | Create offer spreadsheets with various modifications to provide to the mediator. |
| 5/7/2015 | JJH | 2.30 | $ | 345.00 | Run numbers for Boise at 300 floor and 60% for anything over at lower SCA amounts; discuss options with AMB related to 800,000 offer and methods of making the offer work for all trainers |
| 5/11/2015 | JJH | 1.20 | $ | 180.00 | Meeting with JH, HB and AMB regarding potential settlement options and summary judgment plan |
| 5/12/2015 | JJH | 2.10 | $ | 315.00 | Work on trainer spreadsheet depicting percentages and provide to JH, HB, and AMB; draft initial trainer declaration and provide to attorneys for review; draft meet and confer letter regarding supervisor initial disclosures and provide to JH for review |
| 5/13/2015 | JJH | 0.70 | $ | 105.00 | Emails with HB; Discuss SCA differential, wage differential and holiday hours issues based on the case law with AMB |
| 5/14/2015 | JJH | 0.10 | $ | 15.00 | Email to Gloria with TESF and instructions |
| 5/15/2015 | JJH | 0.10 | $ | 15.00 | Send copies of deposition exhibits to Shannon |
| 5/21/2015 | JJH | 0.20 | $ | 30.00 | Preparation and assembly of Richards Declaration document; pull documents for JH for trainer meetings |
| 5/22/2015 | JJH | 0.10 | $ | 15.00 | Preparation and assembly of Morales and King declarations |
| 5/26/2015 | JJH | 1.10 | $ | 165.00 | Edits to King Declaration; meet with JH, AMB and HB regarding documents for MSJ |
| 5/27/2015 | JJH | 6.20 | $ | 930.00 | Review Perez TESF and create amended OT chart to supplement discovery; review Carley sent emails compared to expert report; begin pulling documents to support the statement of undisputed facts |
| 5/28/2015 | JJH | 15.90 | $ | 2,385.00 | Continue pulling documents for undisputed statement of facts; pull cites to deposition testimony; edits to undisputed statement of facts |
| 5/29/2015 | JJH | 17.50 | $ | 2,625.00 | Continue working on undisputed statement of facts to incorporate exhibits, clean up cites and cite to Hudson declaration, and continue editing; draft declaration of Hudson and prepare exhibits to Hudson declaration; pull additional documents for undisputed statement of facts; edit spreadsheet of damages |
| 6/1/2015 | JJH | 0.30 | $ | 45.00 | Assist SC in preparing hardcopy of filed documents for Judge |
| 6/26/2015 | JJH | 1.90 | $ | 285.00 | Meet with JH & AMB regarding motions to strike; pull sample motions to strike; begin a draft motion and research |
| 6/29/2015 | JJH | 0.50 | $ | 75.00 | Draft and file declaration of Jeremiah Hudson in support of motion to strike |

| Date | Initials | Hours | | Amount | Description |
|---|---|---|---|---|---|
| 7/9/2015 | JJH | 12.70 | $ | 1,905.00 | Edit and pull cites to Boise Section; Review draft of reply, pull citations, edit, finalize and file |
| 8/4/2015 | JJH | 1.40 | $ | 210.00 | Meeting with JH, HB, and AMB regarding discovery production and replies |
| 8/5/2015 | JJH | 1.90 | $ | 285.00 | Pull badge swipe data for Trainers on 12/21 and 12/22; review documents for S. Jones PST on same dates |
| 8/7/2015 | JJH | 0.60 | $ | 90.00 | Draft a motion to extend time to reply to motion to compel and motion in limine |
| 8/11/2015 | JJH | 0.40 | $ | 60.00 | Edits to email to trainers and create meeting in Go2Meeting |
| 8/12/2015 | JJH | 0.10 | $ | 15.00 | Review HB declarations and for cites to badge swipes for AMB |
| 10/6/2015 | JJH | 3.50 | $ | 525.00 | Create a spreadsheet of offer amounts for each trainer to send in settlement letter; edits to settlement notice |
| 10/7/2015 | JJH | 0.30 | $ | 45.00 | Edits to estimated settlement amount spreadsheet |
| 10/8/2015 | JJH | 2.50 | $ | 375.00 | Final edit to Notice to Trainers regarding settlement; finalize and print Trainer settlement amounts |
| 10/9/2015 | JJH | 2.50 | $ | 375.00 | Prepare letters regarding notice of settlement to go out to trainers |
| 10/13/2015 | JJH | 0.30 | $ | 45.00 | Review and respond to trainer emails regarding settlement notices |
| 10/23/2015 | JJH | 1.60 | $ | 240.00 | Edits to Plaintiff's Reply in Opposition to Maximus's MSJ on Liquidated damages; finalize and file |
| 10/27/2015 | JJH | 0.20 | $ | 30.00 | Draft letter for trainer regarding expected timeline of settlement |
| 11/6/2015 | JJH | 0.10 | $ | 15.00 | Redact notice of proposed partial settlement and send to HB for filing |
| 11/17/2015 | JJH | 0.10 | $ | 15.00 | Respond to trainer email |
| 11/18/2015 | JJH | 0.40 | $ | 60.00 | Edits to motion to expand interrogatories regarding attorneys fees and file |
| 11/19/2015 | JJH | 0.50 | $ | 75.00 | Email to trainers regarding change in hearing time; pull notice and payment amounts for hearing |
| 11/23/2015 | JJH | 0.20 | $ | 30.00 | Discuss time entry spreadsheet with Clare in preparation for memo for costs and fees |
| 11/24/2015 | JJH | 0.10 | $ | 15.00 | Respond to HB inquiry regarding notice to Casas and Silverthorn |

**Total Billed Amount:** 439.57   $ 65,935.00