Howard A. Belodoff, ISB No. 2290
BELODOFF LAW OFFICE PLLC
1004 West Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Facsimile: (208) 947-0014
Email: hbelodoff@hotmail.com

Jeremiah M. Hudson, ISB No. 8364
Allison Blackman, ISB No. 8686
FISHER RAINEY HUDSON
950 West Bannock Street, Suite 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
Email: jeremiah@frhtriallawyers.com
           allison@frhtriallawyers.com

*Attorneys for Plaintiffs
and the Putative Collective Action Members*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, JEANNETTE RODRIGUEZ-GUZMAN, KELLY BARKER, JOSEPH BELL, BRAD EPPERLY, STEPHANIE JONES, KATHERINE KELLEY KNOWLES, NANCY RICHARDS, and MARK ZUMWALT, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MAXIMUS INC.<br><br>*Defendant* | Civil Action No. 1:14-cv-00030<br><br>DECLARATION OF DEBORAH A. FERGUSON IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEY FEES AND COSTS |

DECLARATION OF DEBORAH A. FERGUSON IN SUPPORT OF MOTION TO AWARD
ATTORNEY FEES AND COSTS - Page 1

Deborah A. Ferguson declares under penalty of perjury, does hereby state:

1. I am an attorney licensed to practice before the courts of the State of Idaho. I am a partner in the law firm of Ferguson Durham, PLLC and have been asked to make this Declaration concerning the appropriateness of the attorney's fees requested by Plaintiffs' counsel.

2. The matters set forth herein are based upon my personal knowledge, except where stated to be upon information and belief.

3. Briefly summarized, my background is as follows: I am a 1986 graduate of Loyola University Chicago School of Law, where I was a member of the Law Review. I have practiced law in the area of civil litigation for 29 years. I first received a license to practice law in Illinois, in September 1986. I worked initially at a Chicago law firm specializing in litigation, and then from 1987-1991 for the law firm, Katten Muchin & Zavis, in its litigation department, where I tried cases in federal and state court.

4. I left private practice and for almost twenty-one years, I served as an Assistant United States Attorney, first in the Civil Division of the Northern District of Illinois, (Chicago) from 1991-1995 and then in the District of Idaho from 1995-2012. During those two decades with the U.S. Department of Justice, I was lead counsel on hundreds of federal civil cases on behalf of a wide array of agencies and individuals, before the United States Court for the District Court of Idaho and the Northern District of Illinois, and on appeal before the Ninth and Seventh Circuit Courts of Appeals. As lead counsel, I handled and tried a wide variety of complex federal civil litigation, such as constitutional, torts, environmental challenges, medical malpractice defense and other torts. Attached

as Exhibit A is a copy of my curriculum vitae, which contains a general summary of some of my significant cases.

5. In 2012, I left the U.S. Department of Justice to return to private practice and form my own firm. In August 2014 I formed the law firm of Ferguson Durham, PLLC, along with my partner, Craig Durham. Based on my extensive litigation experience, my practice concentrates on representing clients in civil litigation, and mediating litigated disputes. From November 2012 until June 2013, I was appointed to serve as a Special Master by a federal Senior District Judge in a complex international electronic discovery dispute that arose in a commercial litigation in the District of Idaho.

6. I am active in the legal community in Idaho and have served as a member and/or officer of a number of professional organizations such as the Idaho State Bar (Past President 2011 and Bar Commissioner, 2008-2011), the Federal Bar Association—Idaho Chapter, (Recipient of 2013 Exemplary Service Award), the Idaho Academy of Leadership for Lawyers (Founding Chair of Steering Committee, 2011- 2015) and the American Inns of Court. I am also the Idaho State Bar Delegate to the American Bar Association, and a Fellow of the American Bar Foundation.

7. In my capacity as an attorney I have become very familiar with the market rate for professional legal services in this state and Boise and the amount by which a market rate may vary depending upon the particular attorney's experience and qualifications.  This familiarity has been obtained in several ways, including providing representation in numerous cases and observing billable rates being requested and awarded by the United States District Court.

8. I understand that Plaintiffs are requesting compensation for the professional services

of their lead counsels, Howard A. Belodoff, who has 37 years of experience, based upon an hourly rate of $425 and Jeremiah Hudson, who has five and half years of experience, based upon an hourly rate of $250. I also understand an associate, Allison Blackman, is requesting an hourly rate of $225.

9. I have reviewed the Court's Memorandum and Order Re: Cross-Motions for Summary Judgment as to Liquidated Damages, Dkt. 138 and Memorandum and Order Re: Motion for Final Approval of Partial Class Action Settlement in this case. I am previously familiar with the legal work of Mr. Belodoff in *Community House Inc. v. City of Boise*, Case No. CV 05-283-S-CWD (D. Idaho), 490 F.3d 1041 (9th Cir. 2007). I have reviewed the Declaration of Howard Belodoff and his *Vitae* and the Declarations of Jeremiah Hudson and Allison Blackman listing their professional experience in State and Federal Court.

10. In light of the fact that Mr. Belodoff has extensive litigation and appellate experience and in complex cases, including class actions, it is my opinion that an hourly rate $425 per hour is similar to what other attorneys in Boise doing specialized litigation charge and is reasonable for prosecuting an action of this complexity and difficulty regarding a class action under the Fair Labor Standards Act. It is also my opinion that an hourly rate of $250 for Mr. Hudson and $225 for Ms. Blackman are representative as to what other attorneys in Boise would charge based upon Mr. Hudson's and Ms. Blackman's litigation experience in similar cases.

11. At the present time my hourly rate in complex litigation is $400 per hour. I have been awarded attorney fees based upon the $400 per hour rate by the United States District Court for the District of Idaho. I believe that other attorneys in Boise involved in complex commercial litigation and appellate work of similar experience and reputation charge an hourly rate between $400 and

$475. These rates would not be based upon a contingency of prevailing but would be charged without regard to the results obtained in the case.

12. I believe that this case and appeal would justify the hourly rate being requested by Plaintiffs' counsel due to the complexity of the issue and the amount of work required to represent the Plaintiffs.

DATED this 11th day of December, 2015.

/s/_____
Deborah A. Ferguson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of Deember 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy of this document to the following persons:

B. Newal Squyres
Nsquyres@hollandhart.com

Pamela S. Howland
phowland@hollandhart.com