IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YVETTE NORTON, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>MAXIMUS INC.,<br><br>                  Defendant. | Case No.  1:14-cv-00030-WBS<br><br>**ORDER FOR EXTENSION OF DEADLINE RE: RESPONSE TO PLAINTIFF TRAINERS' MOTION COSTS AND ATTORNEY FEES** |

      Upon reviewing the Stipulation to Extend Deadline re: Response to Plaintiff Trainers' Motion for Costs and Attorney Fees (Dkt. 151), and for good cause appearing therein,

      IT IS ORDERED that the deadline for Defendant's response shall be extended for one day from January 7, 2016, to January 8, 2016, and that no further extensions of this deadline will be granted.

      Dated:  January 7, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/// end of text ///

Submitted by Attorneys for Defendants
B. Newal Squyres
HOLLAND & HART LLP

8380211_1.docx